```
                                              FILED ___ LODGED
                                          ___ RECEIVED ___ COPY

                                              APR 0 5 2018

                                          CLERK U S DISTRICT COURT
                                            DISTRICT OF ARIZONA
                                          BY  SMH          DEPUTY
```

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

KEVIN M. RAPP (Ariz. Bar No. 14249, kevin.rapp@usdoj.gov)
DOMINIC LANZA (Cal. Bar No. 225989, dominic.lanza@usdoj.gov)
MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
JOHN J. KUCERA (Cal. Bar No. 274184, john.kucera@usdoj.gov)
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

JOHN P. CRONAN
Acting Assistant Attorney General
Criminal Division, U.S. Department of Justice

REGINALD E. JONES (Miss. Bar No. 102806, reginald.jones4@usdoj.gov)
Senior Trial Attorney, U.S. Department of Justice
Child Exploitation and Obscenity Section
950 Pennsylvania Ave N.W., Room 2116
Washington, D.C. 20530
Telephone (202) 616-2807
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | Case No.   CR-18-465-PHX-DJH |
|---|---|
| Plaintiff, | |
| vs. | **MOTION TO SEAL INFORMATION** |
| | **(Filed Under Seal)** |
| 1. Backpage.com, LLC<br>2. Website Technologies, LLC<br>3. Posting Solutions LLC<br>4. Amstel River Holdings, LLC<br>5. Ad Tech BV<br>6. UGC Tech Group CV | |
| Defendants. | |

The United States moves this Court for an Order sealing the Information and Plea Agreements, as well as this Motion and Order to Seal, as the disclosure of these documents would jeopardize the ongoing investigation.

cc: AUSA, Defense Counsel

Excludable delay under 18 U.S.C. § 3161(h) will occur as a result of this motion and order based thereon.

Respectfully submitted this 29th day of March, 2018.

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

JOHN P. CRONAN
Acting Assistant Attorney General
Criminal Division, U.S. Department of Justice

*/s/ Kevin M. Rapp*

KEVIN M. RAPP
DOMINIC LANZA
MARGARET PERLMETER
JOHN J. KUCERA
Assistant U.S. Attorneys

REGINALD E. JONES
Senior Trial Attorney
U.S. Department of Justice, Criminal Division
Child Exploitation and Obscenity Section