```
                                              LODGED
                          RECEIVED  ___ COPY

                          APR 0 5 2018

                          CLERK U S DISTRICT COURT
                            DISTRICT OF ARIZONA
                          BY  SMH           DEPUTY
```

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | Case No. **CR-18-465-PHX-DJH** |
| Plaintiff, | |
| vs. | **ORDER TO SEAL INFORMATION** |
| 1. Backpage.com, LLC<br>2. Website Technologies, LLC<br>3. Posting Solutions LLC<br>4. Amstel River Holdings, LLC<br>5. Ad Tech BV<br>6. UGC Tech Group CV | |
| Defendants. | |

Based upon the United States of America's Motion to Seal and good cause appearing;

IT IS ORDERED that the ~~Information and Plea Agreements~~ *all documents* filed in this matter, the Motion to Seal and this Order be filed under seal.

IT IS HEREBY ORDERED that excludable delay under 18 U.S.C. § 3161(h) is found to commence from _____ through _____.

DATED this _____ day of _____, 2018.

_____
United States Magistrate Judge

cc: None