**SEALED**

# WAIVER OF INDICTMENT

```
                FILED    ___ LODGED
            ___ RECEIVED ___ COPY

               APR 0 5 2018

           CLERK U S DISTRICT COURT
             DISTRICT OF ARIZONA
           BY _____ DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>1. Backpage.com, LLC<br>2. Website Technologies, LLC<br>3. Posting Solutions LLC<br>4. Amstel River Holdings, LLC<br>5. Ad Tech BV<br>6. UGC Tech Group CV<br><br>　　　　　Defendants. | No. CR-18-465-PHX-DJH |

The above-named defendants, who are accused of violating <u>Title 18, United States Code, Section 1956(h) (Money Laundering Conspiracy)</u>;  being advised of the nature of the charge and of their rights, waive in open court prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　CARL FERRER
　　　　　　　　　　　　　　　　　　　　Authorized Representative

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　DAVID BOTSFORD
　　　　　　　　　　　　　　　　　　　　Attorney for Defendants

Date: __4/5/2018__

cc: AUSA, Defense Counsel