SEALED

```
____ FILED      ____ LODGED
____ RECEIVED   ____ COPY

      APR 0 5 2018

   CLERK U S DISTRICT COURT
     DISTRICT OF ARIZONA
BY   SMH            DEPUTY
```

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

KEVIN M. RAPP (Ariz. Bar No. 14249, kevin.rapp@usdoj.gov)
DOMINIC LANZA (Cal. Bar No. 225989, dominic.lanza@usdoj.gov)
MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
JOHN J. KUCERA (Cal. Bar No. 274184, john.kucera@usdoj.gov)
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

JOHN P. CRONAN
Acting Assistant Attorney General
Criminal Division, U.S. Department of Justice

REGINALD E. JONES (Miss. Bar No. 102806, reginald.jones4@usdoj.gov)
Senior Trial Attorney, U.S. Department of Justice
Child Exploitation and Obscenity Section
950 Pennsylvania Ave N.W., Room 2116
Washington, D.C. 20530
Telephone (202) 616-2807
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | |
|---|---|
| Plaintiff, | NO. CR-18-465-PHX-DJH |
| v. | **I N F O R M A T I O N** |
| 1. Backpage.com, LLC<br>2. Website Technologies, LLC<br>3. Posting Solutions LLC<br>4. Amstel River Holdings, LLC<br>5. Ad Tech BV<br>6. UGC Tech Group CV | VIO: 18 U.S.C. § 1956(h)<br>(Money Laundering Conspiracy) |
| Defendants. | |

THE UNITED STATES ATTORNEY'S OFFICE CHARGES:

Beginning no later than 2004, and continuing through in or around March 2018, in the District of Arizona and elsewhere, defendants BACKPAGE.COM, LLC, WEBSITE TECHNOLOGIES, LLC, POSTING SOLUTIONS LLC, AMSTEL RIVER HOLDINGS, LLC, AD TECH BV, and UGC TECH BV knowingly and intentionally agreed, confederated, and conspired with each other and others to commit the offenses of

Concealment Money Laundering (18 U.S.C. § 1956(a)(1)(B)(i)), International Promotional Money Laundering (18 U.S.C. § 1956(a)(2)(A)), Transactional Money Laundering (18 U.S.C. § 1957(a)), and/or International Concealment Money Laundering (18 U.S.C. § 1956(a)(2)(B)(i)).

All in violation of 18 U.S.C. § 1956(h).

Dated this *March 29, 2018*.

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

JOHN P. CRONAN
Acting Assistant Attorney General
Criminal Division, U.S. Department of Justice

*/s/ Kevin M. Rapp*
KEVIN RAPP
DOMINIC LANZA
MARGARET PERLMETER
JOHN J. KUCERA
Assistant U.S. Attorneys

REGINALD JONES
Senior Trial Attorney