```
                                    FILED ___  ___ LODGED
                                    ___ RECEIVED ___ COPY

                                         APR 0 5 2018

                                    CLERK U S DISTRICT COURT
                                      DISTRICT OF ARIZONA
                                    BY SMH           DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>1-Backpage.com, LLC,<br>2-Website Technologies, LLC,<br>3-Posting Solutions LLC,<br>4-Amstel River Holdings, LLC,<br>5-Ad Tech BV,<br>6-UGC Tech Group CV,<br><br>    Defendant. | No. CR-18-465-PHX-DJH<br><br>**SEALED**<br><br>**CONSENT OF DEFENDANT** |

After full consultation with counsel, I voluntarily consent to go forward before the United States Magistrate Judge with my

☒     Change of Plea Hearing

☐     Admission or Denial Hearing on Petition for Revocation of Probation/Supervised Release and Evidentiary Hearing regarding revocation (if required).

DATED this 5th day of April, 2018.

_____
Backpage.com, LLC, et al.
Defendants

_____
David Botsford
Counsel for Defendant

_____
Kevin Rapp/Dominic Lanza
Assistant U.S. Attorney

cc: AUSA, Defense Counsel