AO 458 (Rev. 06/09) Appearance of Counsel

SEALED

☒ FILED   ☐ LODGED
☐ RECEIVED   ☐ COPY

APR 0 5 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _Smi*_ DEPUTY

# UNITED STATES DISTRICT COURT
for the
District of Arizona

United States of America )
  *Plaintiff* )
      v. ) Case No. CR-18-465-PHX-DJH
Backpage.com, LLC, et al. )
  *Defendant* )

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Backpage.com, LLC, et al.

Date: 04/05/2018

*Attorney's signature*

David Botsford
*Printed name and bar number*

1307 West Ave
*Address*

dbotsford at aol.com
*E-mail address*

512-479-8030
*Telephone number*

512-479-8040
*FAX number*

cc: AUSA, Defense Counsel