**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>1 – Backpage.com, LLC,<br>2 – Website Technologies, LLC,<br>3 – Posting Solutions, LLC,<br>4 – Amstel River Holdings, LLC,<br>5 – Ad Tech BV,<br>6 – UGC Tech Group CV<br><br>　　　　　　　　Defendants. | No. CR-18-00465-PHX-DJH<br><br>FINDINGS AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON A PLEA OF GUILTY AND ORDER<br><br>(**SEALED**) |

TO THE HONORABLE DIANE J. HUMETEWA, UNITED STATES DISTRICT JUDGE:

　　Upon Defendants' request to enter a plea of guilty pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter came on for hearing before United States Magistrate Judge John Z. Boyle on April 5, 2018, with the written consents of Defendants, counsel for Defendants, and counsel for the United States of America.

　　The undersigned Magistrate Judge accepted Defendants' waiver of indictment after inquiry was made of Defendants as to the understanding of the right to prosecution by indictment. Defendants' written waiver constitutes a part of the plea agreement lodged with the Court.

　　The hearing on Defendants' plea of guilty was in full compliance with Rule 11 of the Federal Rules of Criminal Procedure, before the undersigned Magistrate Judge in

open court and on the record. In consideration of that hearing and the statements made by Defendants under oath on the record and in the presence of counsel, and the remarks of the Assistant United States Attorney and of counsel for Defendants,

**I FIND** as follows:

(1) that Defendants understands the nature of the charge to which Defendants plead and the elements of the offense(s) to which Defendants are pleading guilty;

(2) that Defendants understand the right to trial by jury, to persist in a plea of not guilty, to the assistance of counsel, and appointed counsel if necessary at trial and at every other stage of the proceeding, to confront and cross-examine adverse witnesses, the right against compelled self-incrimination, to testify and present evidence, and to compel the attendance of witnesses;

(3) that Defendants understand any maximum possible penalty for the offense to which Defendants are pleading guilty, including imprisonment, fine and supervised release, and where applicable, any mandatory minimum penalty; that Defendants understand the effect of the supervised release term; that Defendants understand the Court's authority to order restitution and its obligation to impose a special assessment and any applicable forfeiture;

(4) that Defendants understand the Court's obligation to calculate the applicable sentencing guideline range and to consider that range, possible departures under the Sentencing Guidelines, and other sentencing factors under 18 U.S.C. § 3553(a); that Defendants understand that the sentencing guidelines are advisory, not mandatory, and that the Court may sentence outside those guidelines;

(5) that Defendants understand that answers given by Defendants may later be used in a prosecution for perjury or false statement;

(6) that Defendants understand that by pleading guilty Defendants are waiving the right to a jury trial;

(7) that Defendants understand the terms of any plea agreement provision waiving the right to appeal or to collaterally attack the sentence, and has knowingly, intelligently

and voluntarily waived those rights;

(8) that the plea of guilty by Defendants has been knowingly and voluntarily made and is not the result of force or threats or of promises apart from the plea agreement between the parties;

(9) that Defendants are competent to plead guilty;

(10) that Defendants are satisfied with the representation provided by defense counsel; and

(11)  that there is a factual basis for Defendants' plea.

**I RECOMMEND** that the Court accept Defendants' plea of Guilty to the Information.

**ORDER**

**IT IS ORDERED** that any objection to the guilty plea proceedings and any request for supplementation of those proceedings be made by the parties in writing and shall be specific as to the objection or request made.  All objections or requests for supplementation shall be filed within fourteen (14) days of the date of service of a copy of these findings unless extended by an Order of the assigned judge.

**IT IS FURTHER ORDERED** that any letters, documents, or other matters Defendants would like the sentencing judge to consider before sentencing (including the English translation of any writings not in English) must be submitted in paper form with the original to the probation office and copies to the sentencing judge and opposing counsel no later than five (5) business days prior to the sentencing date or they may be deemed untimely by the sentencing judge and not considered.  No more than ten (10) character letters shall be submitted by defense counsel, unless otherwise ordered by the Court.  Character letters shall not be mailed directly to the sentencing judge by any family members or other persons writing in support of Defendants.  Character letters or a notice of service of such letters shall not be filed electronically unless otherwise ordered by the Court.

**IT IS FURTHER ORDERED** that any motions for upward or downward

departures or any sentencing memoranda must be filed at least seven (7) business days prior to the sentencing date. Responses are due three (3) business days prior to the sentencing date. Any motion to continue sentencing must be filed promptly upon discovery of the cause for continuance and must state the cause with specificity. Motions to continue sentencing filed fewer than fourteen (14) days before sentencing are disfavored.

Dated this 6th day of April, 2018.

Honorable John Z. Boyle
United States Magistrate Judge

Cc: AUSA – Dominic Lanza, Kevin Rapp, Margaret Perlmeter
Defense Counsel – David Botsford