FILED ___ LODGED
___ RECEIVED ___ COPY

APR 11 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

KEVIN M. RAPP (Ariz. Bar No. 14249, kevin.rapp@usdoj.gov)
DOMINIC LANZA (Cal. Bar No. 225989, dominic.lanza@usdoj.gov)
MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

JOHN P. CRONAN
Acting Assistant Attorney General
Criminal Division, U.S. Department of Justice

REGINALD E. JONES (Miss. Bar No. 102806, reginald.jones4@usdoj.gov)
Senior Trial Attorney, U.S. Department of Justice
Child Exploitation and Obscenity Section
950 Pennsylvania Ave N.W., Room 2116
Washington, D.C. 20530
Telephone (202) 616-2807
Attorneys for Plaintiff

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Backpage.com LLC et al.,<br><br>    Defendants. | CR-18-00465-PHX-DJH<br><br>**MOTION TO UNSEAL**<br><br>**(FILED UNDER SEAL)** |

    The United States of America, by and through counsel undersigned, moves this Court to unseal this case.

    Excludable delay under 18 U.S.C. § 3161(h) may occur as a result of this motion and order based thereon.

    Respectfully submitted this 11th day of April, 2018.

Case 2:18-cr-00465-DJH   Document 11   Filed 04/11/18   Page 2 of 2

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

*(signature)*

KEVIN M. RAPP
DOMINIC LANZA
MARGARET PERLMETER
Assistant U.S. Attorneys

REGINALD E. JONES
Senior Trial Attorney
U.S. Department of Justice, Criminal Division
Child Exploitation and Obscenity Section