1  Name          _____
2  Bar #         _____
   Firm          _____
3  Address       _____
4                _____
5                _____
   Telephone     _____
6

7              IN THE UNITED STATES DISTRICT COURT

8                 FOR THE DISTRICT OF ARIZONA

9

10                                        )
11                                        )
                                          )
12        Plaintiff,                      )
                                          )    **Case No.**
13        vs.                             )
                                          )    **Corporate Disclosure Statement**
14                                        )
                                          )
15        Defendant.                      )
                                          )
16  _____)

17

18        This Corporate Disclosure Statement is filed on behalf of _____
    in compliance with the provisions of: *(check one)*
19
          _____    Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an
20                 action in a district court must file a statement that identifies any parent corporation
                   and any publicly held corporation that owns 10% or more of its stock or states that
21                 there is no such corporation.
22        _____    Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate
23                 party to a proceeding in a district court must file a statement that identifies any
                   parent corporation and any publicly  held corporation that owns 10% or more of its
24                 stock or states that there is no such corporation.
25        _____    Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of
26                 alleged criminal activity is a corporation the government must file a statement
                   identifying the victim and the statement must also disclose the information required
27                 by Rule 12.4(a)(1).
28

**The filing party hereby declares as follows:**

\_\_\_\_ No such corporation.

\_\_\_\_ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below.  *(Attach additional pages if needed.)*

_____Relationship_____

\_\_\_\_ Publicly held corporation, not a party to the case, with a financial interest in the outcome.  *List identity of corporation and the nature of financial interest.  (Attach additional pages if needed.)*

_____ Relationship_____

\_\_\_\_\_ Other(please explain)

_____

_____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this _____ day of _____, _____.

_____

Counsel of Record

Certificate of Service:

- 2 -