1  Name          _____
2  Bar #         _____
3  Firm          _____
   Address       _____
4                _____
5                _____
   Telephone     _____
6

7                IN THE UNITED STATES DISTRICT COURT
8                    FOR THE DISTRICT OF ARIZONA
9

10                                    )
11                                    )
                                      )
12        Plaintiff,                  )
                                      )   **Case No.**
13        vs.                         )
                                      )   **Corporate Disclosure Statement**
14                                    )
                                      )
15        Defendant.                  )
                                      )
16 _____    )

17
18   This Corporate Disclosure Statement is filed on behalf of _____
   in compliance with the provisions of: *(check one)*
19
        ____ Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an
20      action in a district court must file a statement that identifies any parent corporation
21      and any publicly held corporation that owns 10% or more of its stock or states that
        there is no such corporation.
22
        ____ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate
23      party to a proceeding in a district court must file a statement that identifies any
        parent corporation and any publicly held corporation that owns 10% or more of its
24      stock or states that there is no such corporation.
25      ____ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of
26      alleged criminal activity is a corporation the government must file a statement
        identifying the victim and the statement must also disclose the information required
27      by Rule 12.4(a)(1).
28

**The filing party hereby declares as follows:**

\_\_\_\_   No such corporation.

\_\_\_\_   Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below.  *(Attach additional pages if needed.)*

_____Relationship_____

\_\_\_\_   Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest.  (Attach additional pages if needed.)*

_____Relationship_____

\_\_\_\_\_   Other(please explain)

_____

_____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this _____ day of _____, _____.

_____
Counsel of Record

Certificate of Service:

- 2 -