ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

KEVIN M. RAPP (Ariz. Bar No. 14249, kevin.rapp@usdoj.gov)
MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
ANDREW C. STONE (Ariz. Bar No. 026543, andrew.stone@usdoj.gov)
PETER S. KOZINETS (Ariz. Bar No. 019856, peter.kozinets @usdoj.gov)
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

JOHN J. KUCERA (Cal. Bar No. 274184, john.kucera@usdoj.gov)
Special Assistant U.S. Attorney
312 N. Spring Street, Suite 1200
Los Angeles, CA 90012
Telephone (213) 894-3391

JOHN P. CRONAN
Acting Assistant Attorney General
Criminal Division, U.S. Department of Justice

REGINALD E. JONES (Miss. Bar No. 102806, reginald.jones4@usdoj.gov)
Senior Trial Attorney, U.S. Department of Justice
Child Exploitation and Obscenity Section
950 Pennsylvania Ave N.W., Room 2116
Washington, D.C. 20530
Telephone (202) 616-2807
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States America,<br><br>    Plaintiff,<br><br>    vs.<br><br>1-Backpage.com, LLC,<br>2-Website Technologies, LLC,<br>3-Posting Solutions, LLC<br>4-Amstel River Holdings, LLC,<br>5-Ad Tech BV,<br>6-UGC Tech Group, CV,<br><br>    Defendants. | No. 18-CR-00465-PHX-SPL<br><br>**NOTICE OF APPEARANCE OF COUNSEL AND NOTICE OF SUBSTITUTION OF COUNSEL** |

NOTICE is hereby given, in accordance with Local Rule 83.3(a) of the Rules of

Practice for the U.S. District Court for the District of Arizona, that Assistant United States Attorney Andrew C. Stone is associated as co-counsel for the United States in the above-captioned matter.

NOTICE is further given, in accordance with Local Rule 83.3 of the Rules of Practice for the U.S. District Court for the District of Arizona, that Assistant United States Attorney Peter S. Kozinets is substituted in place of Assistant United States Attorney Dominic Lanza as attorney for the United States.

Respectfully submitted this 8th day of June, 2018.

>ELIZABETH A. STRANGE
>First Assistant United States Attorney
>District of Arizona
>
>*s/Andrew C. Stone*
>ANDREW C. STONE
>Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on this same date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

David Lawrence Botsford
Botsford & Roard
1307 West Ave.
Austin, TX 78701
Email:  dbotsford@aol.com

*s/Sally Hawley*
US Attorney's Office