ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

KEVIN M. RAPP (Ariz. Bar No. 14249, kevin.rapp@usdoj.gov)
MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
PETER S. KOZINETS (Ariz. Bar No. 019856, peter.kozinets@usdoj.gov)
ANDREW C. STONE (Ariz. Bar No. 026543, andrew.stone@usdoj.gov)
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

JOHN J. KUCERA (Cal. Bar No. 274184, john.kucera@usdoj.gov)
Special Assistant U.S. Attorney
312 N. Spring Street, Suite 1200
Los Angeles, CA 90012
Telephone (213) 894-3391

JOHN P. CRONAN
Acting Assistant Attorney General
Criminal Division, U.S. Department of Justice

REGINALD E. JONES (Miss. Bar No. 102806, reginald.jones4@usdoj.gov)
Senior Trial Attorney, U.S. Department of Justice
Child Exploitation and Obscenity Section
950 Pennsylvania Ave N.W., Room 2116
Washington, D.C. 20530
Telephone (202) 616-2807
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-18-00465-PHX-SPL |
| Plaintiff, | |
| vs. | **MOTION TO CONTINUE SENTENCING** |
| 1-Backpage.com, LLC,<br>2-Website Technologies, LLC,<br>3-Posting Solutions, LLC,<br>4-Amstel River Holdings, LLC,<br>5-Ad Tech BV,<br>6-UGC Tech Group CV, | **(First Request)** |
| Defendants. | |

The United States of America hereby requests this Court to continue the sentencing

currently set for July 10, 2018, at 10:00 a.m. for defendants, Backpage.com, LLC, et al. for a period of six months because it is in the interest of justice. Defense counsel has no objection to this motion.

Respectfully submitted this 8th day of June, 2018.

>ELIZABETH A STRANGE
>First Assistant United States Attorney
>District of Arizona
>
>JOHN P. CRONAN
>Acting Assistant Attorney General
>Criminal Division, U.S. Department of Justice
>
>*s/ Kevin M. Rapp*
>KEVIN M. RAPP
>MARGARET PERLMETER
>PETER S. KOZINETS
>ANDREW C. STONE
>Assistant U.S. Attorneys
>
>JOHN J. KUCERA
>Special Assistant U.S. Attorney
>
>REGINALD E. JONES
>Senior Trial Attorney
>U.S. Department of Justice, Criminal Division
>Child Exploitation and Obscenity Section

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing.

I hereby certify that on this same date, I served the attached document by Electronic mail, on the following, who may or may not be registered participants of the CM/ECF System:

>David Lawrence Botsford
>Botsford & Roard
>1307 West Ave.
>Austin, TX 78701
>Email:  dbotsford@aol.com
>Attorney for Backpage.com, et al.

*s/ Sally Hawley*
US Attorney's Office

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                 Plaintiff,<br><br>     vs.<br><br>1-Backpage.com, LLC,<br>2-Website Technologies, LLC,<br>3-Posting Solutions, LLC,<br>4-Amstel River Holdings, LLC,<br>5-Ad Tech BV,<br>6-UGC Tech Group CV,<br><br>                Defendants. | No. CR-18-00465-PHX-SPL<br><br>**ORDER** |

The Court having reviewed the Government's Unopposed Motion to Continue Defendants' Sentencing Hearing (Doc. _____ ), and good cause appearing,

IT IS ORDERED granting the Government's Unopposed Motion to Continue Defendants' Sentencing Hearing.

IT IS FURTHER ORDERED continuing the Sentencing from July 10, 2018, to _____ at _____ .