Erin E. McCampbell, NY 4480166
*(Admitted Pro Hac Vice)*
emccampbell@lglaw.com
LIPSITZ GREEN SCIME CAMBRIA, LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone (716) 849-1333 / Facsimile (716) 855-1580

Attorneys for Petitioner
Michael Lacey

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | Case No. CR-18-00465-PHX- SPL-(BSB) |
| Plaintiff, | **VERIFIED PETITION OF MICHAEL LACEY FOR DETERMINATION OF THIRD PARTY INTEREST IN PROPERTY SUBJECT TO FORFEITURE** |
| vs. | |
| Backpage.com LLC, et al., | |
| Defendants. | |

Michael Lacey ("Petitioner"), by and through his counsel, Lipsitz Green Scime Cambria, LLP, pursuant to 21 U.S.C. § 853(n) and Rule 32.2(c) of the Federal Rules of Criminal Procedure, hereby petitions this Court for a hearing to determine Petitioner's interest in property subject to the Court's Preliminary Order of Forfeiture entered on May 16, 2018 (the "Forfeiture Order"),[1] and to amend the Forfeiture Order to exclude all property in which Petitioner has right, title, and interest.

---

[1] *See* Dkt. 22 (Forfeiture Order).

## I. PETITIONER'S ASSERTION OF HIS RIGHT, TITLE, AND INTEREST IN THE SUBJECT ASSETS

Petitioner timely asserts[2] his right, title, and interest in the following property (collectively, the "Subject Assets") ordered forfeited to the United States in the Forfeiture Order by Backpage.com, LLC, Website Technologies, LLC, Posting Solutions LLC, Amstel RiverHoldings, LLC, Ad Tech BV, and UGC Tech Group CV (collectively, "Defendants"):

### A. U.S. Bank Accounts

1. Any and all bank funds, securities, or other assets on deposit or seized from account number x7188 held at Prosperity Bank.  (The account is held in the name of Posting Solutions LLC and the estimated value is $3,100,000.)

2. Any and all bank funds, securities, or other assets on deposit or seized from account number x4155 at JP Morgan Chase that were previously transferred into that account by the bail bonds service of Carl Ferrer.  (The estimated value is $500,000.)

3. Any and all bitcoin or other assets on deposit or seized from bitcoin wallet address -6Lix5 that were previously transferred into that account from the bitcoin wallet address-CSRd8.  (The estimated number of bitcoin is 405.)

4. Any and all bitcoin or other assets on deposit or seized from bitcoin wallet address -6Lix5 that were previously transferred into that account from the bitcoin wallet address -9aRkE.  (The estimated number of bitcoin is 200.)

---

[2] The Court entered the Forfeiture Order directing the government to give notice to any third parties who may have an interest in the forfeited property.  By letter dated June 1, 2018, Assistant United States Attorney Elizabeth A. Strange sent notice to Petitioner's attorney of the Forfeiture Order and advised that Petitioner had thirty (30) days from the date of the letter to assert a legal interest in the property ordered forfeited to the United States.  The notice was received by email on June 1, 2018.  The Petition is therefore timely.

5.     Any and all bitcoin or other assets on deposit or seized from bitcoin wallet address -6Lix5 that were previously transferred into that account from Coinapault. (The estimated number of bitcoin is 7.)

6.     Any and all bitcoin or other assets on deposit or seized from bitcoin wallet – 6Lix5 that were previously transferred into that account from GoCoin.  (The estimated number of bitcoin is 412.)

7.     Any and all bitcoin or other assets on deposit or seized from bitcoin wallet address -6Lix5 that were previously transferred into that account from Mobile Currency.  (The estimated number of bitcoin is 173.)

8.     Any and all litecoin or other assets on deposit or seized from litecoin wallet address –goaeV that were previously transferred into that wallet from the Nano Ledger S. (The estimated number of litecoin is 16,311.)

9.     Any and all bitcoin cash or other assets on deposit or seized from bitcoin cash wallet address –t8v7e that were previously transferred into that from the Nano Ledger S.  (The estimated amount of bitcoin cash is 2,673.)

10.    Any and all bank funds, securities, or other assets on deposit or seized from account number x4155 at JP Morgan Chase that were previously transferred into that account from an Ad Tech BV account (x2071) held in the Netherlands. (The estimated value is $106,998.41.)

11.    Any and all bank funds, securities, or other assets on deposit or seized from account number x4155 at JP Morgan Chase that were previously transferred into that account from a Payment Solutions BV account (x7684) held in the Netherlands. (The estimated value is $700,000.)

12.    Any and all bank funds, securities, or other assets on deposit or seized from account number x6886 held at Crypto Capital.  (The account is held in the name of Website Technologies and the estimated value is $52,722.87.)

13.     Any and all bank funds, securities, or other assets on deposit or seized from account number x1124 held at Crypto Capital.  (The account is held in the name of Ad Tech BV and the estimated value is $41,994.24.)

14.     Any and all bank funds, securities, or other assets on deposit or seized from account number x1933 held at Crypto Capital.  (The account is held in the name of Ad Tech BV and the estimated value is $129,000.)

15.     Any and all bank funds, securities, cryptocurrency, or other assets on deposit or seized from an account held at Kraken in the name of Ad Tech BV.  (The estimated value is $236,742.03.)

16.     Any and all bank funds, securities, or other assets on deposit or seized from account number x4155 at JP Morgan Chase that were previously transferred into that account by Crypto Capital account of Ad Tech BV.  (The estimated value is $50,000.)

17.     Any and all bank funds, securities, or other assets on deposit or seized from account number x4155 at JP Morgan Chase that were previously transferred into that account by Crypto Capital account of Website Technologies.  (The estimated value is $42,500.)

18.     Any and all bank funds, securities, or other assets on deposit or seized from account number x4155 at JP Morgan Chase that were previously or will be transferred into that account by Paul Hastings LLP on behalf of Website Technologies, LLC.  (The estimated value is $248,980.)

**B. Foreign Bank Accounts**

1.     Any and all bank funds, securities, or other assets on deposit or seized from account number x5803 held at Fio Banka (Czech Republic). The account is held in the name of Ad Tech BV and the estimated value is $1,228.76.

2.     Any and all bank funds, securities, or other assets on deposit or seized from account number x5801 held at Fio Banka (Czech Republic). The account is held in the name of Ad Tech BV and the estimated value is $18,610.10.

3.      Any and all bank funds, securities, or other assets on deposit or seized from account number x5805 held at Fio Banka (Czech Republic). The account is held in the name of AD Tech BV and the estimated value is $3,738.45.

4.      Any and all bank funds, securities, or other assets on deposit or seized from account number x4198 held at Fio Banka (Czech Republic) The account is held in the name of Protecctio s.r.o. and the estimated value is $112,880.49.

5.      Any and all bank funds, securities, or other assets on deposit or seized from account number x4194 held at Fio Banka (Czech Republic). The account is held in the name of Protecctio s.r.o. and the estimate value is $3,803,097.22.

6.      Any and all bank funds, securities, or other assets on deposit or seized from account number x4196 held at Fio Banka (Czech Republic). The account is held in the name of Protecctio s.r.o. and the estimated value is $4,902.90.

7.      Any and all bank funds, securities, or other assets on deposit or seized from account number x2226 held at Fio Banka (Czech Republic). The account is held in the name of Gold Leaf s.r.o. and the estimated value is $1,425,902.33.

8.      Any and all bank funds, securities, or other assets on deposit or seized from account number x2231 held at Fio Banka (Czech Republic). The account is held in the name of Gold Leaf s.r.o. and the estimated value is $104,062.02.

9.      Any and all bank funds, securities, or other assets on deposit or seized from account number x2230 held at Fio Banka (Czech Republic).  The account is held in the name of Gold Leaf s.r.o. and the estimated value is $504,972.87.

10.     Any and all bank funds, securities, or other assets on deposit or seized from account number x8083 held at Fio Banka (Czech Republic). The account is held in the name of Varicok Company s.r.o. and the estimated value is $440,467.75.

11.     Any and all bank funds, securities, or other assets on deposit or seized from account number x8086 held at Fio Banka (Czech Republic). The account is

held in the name of Varicok Company s.r.o. and the estimated value is $29,287.55.

12. Any and all bank funds, securities, or other assets on deposit or seized from account number x8080 held at Fio Banka (Czech Republic). The account is held in the name of Varicok Company s.r.o. and the estimated value is $280,692.50.

13. Any and all bank funds, securities, or other assets on deposit or seized from account number LI090x held at AS LHV Pank (Estonia). The account is held in the name of Olist O.U. and the estimated value is $1,725,000.

14. Any and all bank funds, securities, or other assets on deposit or seized from account number LI090x held at Bank Frick (Liechtenstein).  The account is held in the name of Ad Tech BV and the estimated value is $8,292.87.

15. Any and all bank funds, securities, or other assets on deposit or seized from account number LI300x held at Bank Frick (Liechtenstein). The account is held in the name of Ad Tech BV and the estimated value is $2,601,164.44.

16. Any and all bank funds, securities, or other assets on deposit or seized from account number LI740x held at Bank Frick (Liechtenstein). The account is held in the name of Ad Tech BV and the estimated value is $1,533,820.07.

17. Any and all bank funds, securities, or other assets on deposit or seized from account number LI900x held at Bank Frick (Liechtenstein). The account is held in the name of Ad Tech BV and the estimated value is $1,598,027.

18. Any and all bank funds, securities, or other assets on deposit or seized from account number x7664 held at Knab Bank (Netherlands). The account is held in the name of Procop Services BV and the estimated value is $2,700,000.

19. Any and all bank funds, securities, or other assets on deposit or seized from account number x2452 held at Rabo Bank (Netherlands). The account is held in the name of Guilietta Group BV and the estimated value is $650,000.

20.     Any and all bank funds, securities, or other assets on deposit or seized from account number x4721 held at Rabo Bank (Netherlands).  The account is held in the name of Guilietta Group BV and the estimated value is $650,000.

21.     Any and all bank funds, securities, or other assets on deposit or seized from an account at Cashflows Europe Ltd (UK) held in the name of Gulietta Group BV. The estimated value is $613,343.07.

22.     Any and all bank funds, securities, or other assets on deposit or seized from an account at Cashflows Europe Ltd (UK) held in the name of Universeads BV. The estimated value is $79,304.96.

23.     Any and all bank funds, securities, or other assets on deposit or seized from an account at Cashflows Europe (UK) held in the name of Procop Services BV. The estimated value is $146,245.91.

## C. Domain Names

1.      admoderation.com (Versio)

2.      admoderators.com (Versio)

3.      adnet.ws (NetNames)

4.      adplace24.com (Versio)

5.      adplaces24.com (Versio)

6.      adpost24.com (Versio)

7.      adpost24.cz (GoDaddy)

8.      adquick365.com (Versio)

9.      adreputation.com (NetNames)

10.     ads-posted-mp.com (Versio)

11.     adsplace24.com (Versio)

12.     adspot24.com (Versio)

13.     adspots24.com (Versio)

14.     adsspot24.com (Versio)

15.     adtechbv.co.nl (NetNames)

16. adtechbv.com (NetNames)

17. adtechbv.nl (NetNames)

18. advert-ep.com (Versio)

19. adverts-mp.com (Versio)

20. axme.com (GoDaddy)

21. back0age.com (NetNames)

22. backpa.ge (NetNames)

23. backpaee.com (NetNames)

24. backpage-insider.com (NetNames)

25. backpage.adult (NetNames)

26. backpage.ae (NetNames)

27. backpage.at (NetNames)

28. backpage.ax (NetNames)

29. backpage.be (NetNames)

30. backpage.bg (European domains)

31. backpage.bg (NetNames)

32. backpage.ca (NetNames)

33. backpage.cl (NetNames)

34. backpage.cn (European domains)

35. backpage.cn (NetNames)

36. backpage.co.id (NetNames)

37. backpage.co.nl (European domains)

38. backpage.co.nl (NetNames)

39. backpage.co.nz (NetNames)

40. backpage.co.uk (NetNames)

41. backpage.co.ve (NetNames)

42. backpage.co.za (NetNames)

43. backpage.com (NetNames)

44.   backpage.com.ar (NetNames)

45.   backpage.com.au (NetNames)

46.   backpage.com.ph (NetNames)

47.   backpage.cz (NetNames)

48.   backpage.dk (NetNames)

49.   backpage.ec (NetNames)

50.   backpage.ee (European domains)

51.   backpage.ee (NetNames)

52.   backpage.es (NetNames)

53.   backpage.fi (European domains)

54.   backpage.fi (NetNames)

55.   backpage.fr (European domains)

56.   backpage.fr (NetNames)

57.   backpage.gr (European domains)

58.   backpage.gr (NetNames)

59.   backpage.hk (European domains)

60.   backpage.hk (NetNames)

61.   backpage.hu (European domains)

62.   backpage.hu (NetNames)

63.   backpage.ie (NetNames)

64.   backpage.in (NetNames)

65.   backpage.it (NetNames)

66.   backpage.jp (NetNames)

67.   backpage.kr (NetNames)

68.   backpage.lt (NetNames)

69.   backpage.lv (European domains)

70.   backpage.lv (NetNames)

71.   backpage.me (NetNames)

72.   backpage.mx (NetNames)

73.   backpage.my (NetNames)

74.   backpage.net (NetNames)

75.   backpage.nl (NetNames)

76.   backpage.no (European domains)

77.   backpage.no (NetNames)

78.   backpage.nz (NetNames)

79.   backpage.pe (NetNames)

80.   backpage.ph (NetNames)

81.   backpage.pk (NetNames)

82.   backpage.pl (NetNames)

83.   backpage.porn (NetNames)

84.   backpage.pt (NetNames)

85.   backpage.ro (European domains)

86.   backpage.ro (NetNames)

87.   backpage.se (NetNames)

88.   backpage.sex (NetNames)

89.   backpage.sg (NetNames)

90.   backpage.si (European domains)

91.   backpage.si (NetNames)

92.   backpage.sk (European domains)

93.   backpage.sk (NetNames)

94.   backpage.sucks (NetNames)

95.   backpage.tw (NetNames)

96.   backpage.uk (NetNames)

97.   backpage.uk.com (NetNames)

98.   backpage.us (NetNames)

99.   backpage.vn (NetNames)

100. backpage.xxx (NetNames)

101. backpage.xyz (NetNames)

102. backpagecompimp.com (NetNames)

103. backpagecompimps.com (NetNames)

104. backpagepimp.com (NetNames)

105. backpagepimps.com (NetNames)

106. backpagg.com (NetNames)

107. backpagm.com (NetNames)

108. backpagu.com (NetNames)

109. backpaoe.com (NetNames)

110. backpawe.com (NetNames)

111. backqage.com (NetNames)

112. backrage.com (NetNames)

113. backxage.com (NetNames)

114. bakkpage.com (NetNames)

115. bcklistings.com (NetNames)

116. bestofbackpage.com (NetNames)

117. bestofbigcity.com (NetNames)

118. bickpage.com (NetNames)

119. bigcity.com (NetNames)

120. bpclassified.com (NetNames)

121. bpclassifieds.com (NetNames)

122. carlferrer.com (NetNames)

123. clasificadosymas.com (NetNames)

124. clasificadosymas.net (NetNames)

125. clasificadosymas.org (NetNames)

126. classifiedsolutions.co.uk (NetNames)

127. classifiedsolutions.net (NetNames)

128.   classyadultads.com (Versio)

129.   columbusbackpage.com (NetNames)

130.   connecticutbackpage.com (NetNames)

131.   cracker.co.id (NetNames)

132.   cracker.com (NetNames)

133.   cracker.com.au (NetNames)

134.   cracker.id (NetNames)

135.   cracker.net.au (NetNames)

136.   crackers.com.au (NetNames)

137.   crackers.net.au (NetNames)

138.   ctbackpage.com (NetNames)

139.   dallasbackpage.com (NetNames)

140.   denverbackpage.com (NetNames)

141.   easypost123.com (Versio)

142.   easyposts123.com (Versio)

143.   emais.com.pt (NetNames)

144.   evilempire.com (NetNames)

145.   ezpost123.com (Versio)

146.   fackpage.com (NetNames)

147.   fastadboard.com (Versio)

148.   guliettagroup.nl (Versio)

149.   htpp.org (NetNames)

150.   ichold.com (NetNames)

151.   internetspeechfoundation.com (nameisp)

152.   internetspeechfoundation.org (nameisp)

153.   loads2drive.com (NetNames)

154.   loadstodrive.com (NetNames)

155.   loadtodrive.com (NetNames)

156. losangelesbackpage.com (NetNames)

157. mediafilecloud.com (NetNames)

158. miamibackpage.com (NetNames)

159. minneapolisbackpage.com (NetNames)

160. mobileposting.com (Versio)

161. mobilepostings.com (Versio)

162. mobilepostlist.com (Versio)

163. mobilposting.com (Versio)

164. naked.city (NetNames)

165. nakedcity.com (NetNames)

166. newyorkbackpage.com (NetNames)

167. paidbyhour.com (NetNames)

168. petseekr.com (NetNames)

169. petsfindr.com (NetNames)

170. phoenixbackpage.com (NetNames)

171. posteasy123.com (Versio)

172. postfaster.com (NetNames)

173. postfastly.com (NetNames)

174. postfastr.com (NetNames)

175. postonlinewith.com (Versio)

176. postonlinewith.me (Versio)

177. postseasy123.com (Versio)

178. postsol.com (GoDaddy)

179. postszone24.com (Versio)

180. postzone24.com (Versio)

181. postzones24.com (Versio)

182. rentseekr.com (NetNames)

183. results911.com (NetNames)

184.   sandiegobackpage.com (NetNames)

185.   sanfranciscobackpage.com (NetNames)

186.   seattlebackpage.com (NetNames)

187.   sellyostuffonline.com (Versio)

188.   sfbackpage.com (NetNames)

189.   simplepost24.com (Versio)

190.   simpleposts24.com (Versio)

191.   svc.ws (NetNames)

192.   truckrjobs.com (NetNames)

193.   ugctechgroup.com (NetNames)

194.   universads.nl (Versio)

195.   villagevoicepimps.com (GoDaddy)

196.   websitetechnologies.co.uk (NetNames)

197.   websitetechnologies.com (NetNames)

198.   websitetechnologies.net (NetNames)

199.   websitetechnologies.nl (NetNames)

200.   websitetechnologies.org (NetNames)

201.   weprocessmoney.com (GoDaddy)

202.   wst.ws (NetNames)

203.   xn--yms-fla.com (NetNames)

204.   ymas.ar.com (European domains)

205.   ymas.br.com (European domains)

206.   ymas.br.com (NetNames)

207.   ymas.bz (European domains)

208.   ymas.bz (NetNames)

209.   ymas.cl (European domains)

210.   ymas.cl (NetNames)

211.   ymas.co.bz (European domains)

212. ymas.co.bz (NetNames)

213. ymas.co.cr (European domains)

214. ymas.co.cr (NetNames)

215. ymas.co.ni (European domains)

216. ymas.co.ni (NetNames)

217. ymas.co.ve (European domains)

218. ymas.co.ve (NetNames)

219. ymas.com (NetNames)

220. ymas.com.br (European domains)

221. ymas.com.br (NetNames)

222. ymas.com.bz (European domains)

223. ymas.com.bz (NetNames)

224. ymas.com.co (European domains)

225. ymas.com.co (NetNames)

226. ymas.com.do (European domains)

227. ymas.com.do (NetNames)

228. ymas.com.ec (European domains)

229. ymas.com.ec (NetNames)

230. ymas.com.es (European domains)

231. ymas.com.es (NetNames)

232. ymas.com.gt (European domains)

233. ymas.com.gt (NetNames)

234. ymas.com.hn (European domains)

235. ymas.com.hn (NetNames)

236. ymas.com.mx  (NetNames)

237. ymas.com.ni (European domains)

238. ymas.com.ni (NetNames)

239. ymas.com.pe (European domains)

240. ymas.com.pe (NetNames)

241. ymas.com.pr (European domains)

242. ymas.com.pr (NetNames)

243. ymas.com.pt  (NetNames)

244. ymas.com.uy (European domains)

245. ymas.com.uy (NetNames)

246. ymas.com.ve (European domains)

247. ymas.com.ve (NetNames)

248. ymas.cr (European domains

249. ymas.cr (NetNames)

250. ymas.do (European domains)

251. ymas.do (NetNames)

252. ymas.ec (European domains)

253. ymas.ec (NetNames)

254. ymas.es (European domains)

255. ymas.es (NetNames)

256. ymas.org (NetNames)

257. ymas.pe (European domains)

258. ymas.pe (NetNames)

259. ymas.pt (NetNames)

260. ymas.us (European domains)

261. ymas.us (NetNames)

262. ymas.uy (European domains)

263. ymas.uy (NetNames)

264. ymas.uy.com (European domains)

**D. Security Deposits And Retainers/Deposits For Future Services**

1. Deposit/retainer to DesertNet. The estimated value is $600,000.

2.   Deposit retainer to SalesForce Data Storage & Services. The estimated value is $113,458.

3.   Deposit/retainer to Sophos EndPoint. The estimated value is $14,225.

4.   Deposit/retainer to SHI VMWare. The estimated value is $180,417.

5.   Deposit/retainer to SalesForce Data Storage & Service.  The estimated value is $113,458.

6.   Deposit/retainer to SHI. The estimated value is $57,971.

7.   Prepaid rent to Spaces. The estimated value is $97,607.

8.   Security deposit to Spaces. The estimated value is $40,945.

9.   Deposit/retainer to Switch Data Center. The estimated value is $85,993.05.

10.  Any and all bank funds, securities, or other assets remaining In IOLTA account number x6180 at First Republic Bank at the conclusion of litigation in this case (with the understanding that the funds currently on deposit in that account may be withdrawn by counsel solely for the provision of legal services).

11.  Any and all bank funds, securities, or other assets remaining In IOLTA account number x6255 at First Republic Bank at the conclusion of litigation in this case (with the understanding that the funds currently on deposit in that account may be withdrawn by counsel solely for the provision of legal services).

12.  Any and all bank funds, securities, or other assets remaining In IOLTA account number x5978 at First Republic Bank at the conclusion of litigation in this case (with the understanding that the funds currently on deposit in that account may be withdrawn by counsel solely for the provision of legal services).

13.  Any and all bank funds, securities, or other assets remaining In IOLTA account number x7091 at Wells Fargo Bank to fund the criminal defense of Backpage.com, LLC, Website Technologies, LLC, Posting Solutions LLC, Amstel River Holdings LLC, Ad Tech BV, and/or UGC Tech Group BV that are remaining in the account at the conclusion of litigation in this case (with

the understanding that the funds currently on deposit in that account may be withdrawn by counsel solely for the provision of legal services).

**E. <u>Reserves and Accounts Receivable - Foreign</u>**

1.  Any and all bank funds, securities, or other assets on deposit at Bank Frick & Co. Ag, Landstrasse 14, 9496 Blazers, Liechtenstein for the following companies: (a) Ad Tech BV, dba Cracker.com (estimated to be at least $1,439,203.51).

2.  Any and all bank funds, securities, or other assets on deposit at Borgun, Armuli 30, 108 Reykjavik, Iceland for the following companies: (a) Protecctio SRO, dba AdPost24.com (estimated to be at least $157,899.51); and (b) Goldleaf SRO, dba Fastadboard.com (estimated to be at least $341,768.81).

3.  Any and all bank funds, securities, or other assets on deposit at Cpc1 (Cashflows), Capital Park Cambridge, CB21 5XE, United Kingdom for the following companies: (a) Protecctio SRO, dba AdPost24.com (estimated to be at least $94,656.37); (b) Gulietta Group BV, dba Mobileposting.com (estimated to be at least $15,043.12; (c) Universads BV, dba Easypost123.com (estimated to be at least $332,595.37); (d) Procop Services BV, dba Postzone24.com (estimated to be at least $205,508.33); (e) Procop Services BV, dba Postix.com (estimated to be at least $225,454.43).

4.  Any and all bank funds, securities, or other assets on deposit at Cpc1(Cashflows), Capital Park, Cambridge, CB21 5XE, United Kingdom for Amex for the following companies: (a) Gulietta Group BV, dba mobileposting.com (estimated to be at least $1,042,803.72); (b) Universads BV, dba easypost123.com  (estimated to be at least $221,211.47);  (c) Procop Services BV, dba Postzone24.com (estimated to be at least $6,897.66); and (d) Procop Services BV, dba Postix.Com (estimated to be at least $28,738.20).

5.  Any and all bank funds, securities, or other assets on deposit at Comprocessing, 14 Tonbridge Chambers Pembury Road Tonbridge Kent TN9

2HZ United Kingdom for the following companies: (a) Gulietta Group BV, dba Mobileposting.com (estimated to be at least $661,276.95); (b) Universads BV, dba easypost123.com   (estimated to be at least $952,506.56);   (c) Protecctio SRO, dba adpost24.com (estimated to be at least $1,383,949.27); (d) Goldleaf SRO, dba fastadboard.com (estimated to be at least $757,816.01); (e) Varicok SRO, dba postfree.com (estimated to be at least $278,652.63); (f) Procop Services BV, dba postzone24.com (estimated to be at least $142,114.96); and (g) Olist OU, dba jeboom.com (estimated to be at least $1,238,115.92).

6.  Any and all bank funds, securities, or other assets on deposit at Emerchantpay LTD, 29 Howard Street, North Shields, Tyne and Wear NE30 1AR, United Kingdom for the Neosurf card for the following companies: (a) Proteccio SRO, dba adpost24.com (estimated to be at least $136,792.29); (b) Goldleaf SRO, dba fastadbaord.com (estimated to be at least $248.27); (c) Varicok SRO, dba postfree.com (estimated to be at  least $86,076.89); and (d) Olist OU, dba jeboom.com (estimated to be at least $509.21).

7.  Any and all bank funds, securities, or other assets on deposit at Kalixa, The Corn Mill, 1 Roydon Road, Stanstead Abbotts, Ware, Hertfordshire; SG12 BXL, United Kingdom for the following companies: (a) Gulietta Group BV, dba Mobileposting.com (estimated to be at least $342,522.89); (b) Universads BV, dba Easypost123.com (estimated to be at least $546,714.23); (c) Procop Services BV, dbs Postzone24.com (estimated to be at least $94,134.65); and (d) Procop Services BV, dba Postix.com (estimated to be at least $141,617.92).

8.  Any and all bank funds, securities, or other assets on deposit at  Korta Bank RafstoQvarvegi 7 │110 Reykjavik, Iceland for the following companies: (a) Protecctio SRO, dba Adpost24.com (estimated to be at least 1,783,607.59); (b) Universads BV, dba Easypostl23.com (estimated to be 178,011.10); (c) Goldleaf SRO, dba FAstADBoard.com (estimated least $2,128,385.54); (d)

Varicok SRO, dba Postfree.com estimated to be at least $448,593.62); (e) Procop Services BV, dba Postix.com (estimated to be at least $133,611.63); (f) Olist OU, dba Jeboom.com (estimated to be at least $675,552.56).

9. Any and all bank funds, securities, or other assets on deposit at Kvika Bank, Borgartún 25, 6th Floor, 105 Reykjavik, Iceland for the following companies: (a) Gulietta Group BV, dba mobileposting.com (estimated to be at least $116,880.00).

10. Any and all bank funds, securities, or other assets on deposit at Masa Pay, 19f Hangke Building No.92 Yuan Shen Rd. Pudong, Shanghai 200120 China for the following companies: (a) Goldleaf SRO, dba fastadboard.com (estimated to be at least $87,799.92).

11. Any and all bank funds, securities, or other assets on deposit at Poli Payments Pty Limited, Level 8. 222 Exhibition Street, Melbourne, Victoria, 3000 for the following companies: (a) Ad Tech BV, dba Cracker.com (estimated to be at least $471,960.05).

12. Any and all bank funds, securities, or other assets on deposit at Transact Europe, 52-54 Dimitar Hadzhikotsev Str., 1421 Sofia, Bulgaria for the following companies: (a) Protecctio SRO, dba adpost24.com (estimated to be at least $720,254.57); (b) Goldleaf SRO, dba fastadboard.com to be at least $1,375,661.62); and (c) Procop Services BV, dba postix.com (estimated to be at least $130,962.90).

13. Any and all bank funds, securities, or other assets on deposit at Worldline SA/NV, Haachtsesteenweg 1442, 1130 Brussels, Belgium for the following companies: (a) Protecctio SRO, dba adpost24.com (estimated to be at least $767,421.64); and (b) Procop Services BV, dba postix.com (estimated to be at least $121,701.67).

14. Any and all bank funds, securities, or other assets on deposit at DCR Strategies INC., 2680 Skymark Ave. Suite 420 Mississauga, ON, L4W 5L6 for the

following companies: (a) Posting Solutions LLC, dba Postfastr.com (estimated to be at least $503,425.14).

15.     Any and all bank funds, securities, or other assets on deposit at Ecorepay, aka BillPro Pty Ltd, Operations Level 5 / 12 Commercial Road, Newstead, Queensland 4006 Australia for the following companies: (a) Classified Strategies Cooperatief U.A., dba Backpage.com and cracker.com (estimated to be at least $846,414.00).

16.     Any and all bank funds, securities, or other assets on deposit at Ipaydna International Limited, Level 12, 1 Peking Road, Tsim Sha Tsui, Kowloon, Hong Kong or Ipaydna (EU) Limited, Suite B, 29 Harley Street, London, W1G9QR, United Kingdom, for the following companies: (a) Classified Solutions Ltd., dba Backpage.com (estimated to be at least $809,492.29).

## F.  Reserves and Accounts Receivable - Domestic

1.     Any and all bank funds, securities, or other assets on deposit at Paymitco, 4700 Millenia Blvd. Suite 175, Orlando, Florida 32839 for the following companies: (a) Posting Solutions LLC, dba backpage.com (estimated to be at least $647,410.05).

2.     Any and all bank funds, securities, or other assets on deposit at Romit, 25 Taylor St., San Francisco, CA 94123 for the following companies: (a) Website Technologies LLC, dba backpage.com (estimated to be at least $600,777.43).

3.     Any and all bank funds, securities, or other assets on deposit at Cardquiry With Posting Solutions LLC, 2209 E. Lexington Ave, Fresno, CA 93720 for the following companies: (a) Posting Solutions LLC, dba backpage.com (estimated to be at least $275,381.95).

4.     Any and all bank funds, securities, or other assets on deposit at Business & Corporate Development, LLC, A South Carolina Limited Liability ("Bcd") for the following companies: (a) Protecctio SRO, dba adpost24.com  (estimated to be at least $396.59); (b) Gulietta Group BV, dba  mobileposting.com

(estimated to be at least $33,416.02); (c) Universads BV, dba easypostl23.com (estimated to be at least $15,942.60); (d) Goldleaf SRO, dba fastadboard.com (estimated to be at least $11,793.50) (e) Varicok SRO, dba postfree.com (estimated to be at least $5,191.95); (f) Procop Services BV, dba postix.com (estimated to be at least $1,379.57); (g) Procop Services BV, dba postzone24.com (estimated to be at least $1,084.12); (h) Olist OU, dba jeboom.com (estimated to be at least  $5,637.20); and (i) Posting Solutions LLC, dba backpage.com (estimated to  be at least $328,667.76).

**G. Trademarks And Other Intellectual Property**

    1.    Backpage (United States, Australia, Canada, Europe).

    2.    Cracker (Australia).

    3.    All social media accounts affiliated with Backpage.com (e.g., Twitter account).

## II.    FACTUAL BASIS FOR PETITIONER'S INTEREST IN THE SUBJECT ASSETS

Petitioner holds an ownership interest in an entity that, directly or indirectly, has held enforceable first-priority security interests in the Subject Assets since on or about April 22, 2015.  The entity(ies) acquired the interests in exchange for a loan extended by that entity to Atlantische Bedrijven C.V. and UGC Tech Group C.V. in or about April 2015.  Petitioner also has the right to advancement and indemnification from Atlantische Bedrijven C.V. and UGC Tech Group C.V. pursuant to the loan agreements and related purchase agreements, which advancement and indemnification obligations are also secured by the first-priority security interests in the Subject Assets.  The Subject Assets do not contain or constitute criminal proceeds.   Petitioner's interest in the Subject Assets precedes the government's purported interest in the Subject Assets.  Petitioner also acquired his interest in the Subject Assets as a bona fide purchaser for value.  Therefore, Petitioner's interest in the Subject Assets is superior to the government's purported interest.

**WHEREFORE**, Petitioner respectfully requests that the Subject Assets be excluded from the Forfeiture Order and this Petition be granted in its entirety, together with such other and further relief as this Court deems equitable and proper.

Dated: June 29, 2018                LIPSITZ GREEN SCIME CAMBRIA, LLP

By: /s/Erin E. McCampbell
    Erin E. McCampbell
    Attorneys for Petitioner Michael Lacey

## VERIFICATION

MICHAEL LACEY declares under penalties of perjury pursuant to 28 U.S.C. § 1746:

I am the Petitioner in the above-captioned action. I have read the foregoing Verified Petition and know the contents thereof, and the same is true to the best of my own knowledge, except as to matters alleged upon information and belief, which I believe to be true.

Dated: June 29, 2018

MICHAEL LACEY