Michael D. Kimerer – State Bar No. 002492
  mdk@kimerer.com
Rhonda Elaine Neff – State Bar No. 029773
  rneff@kimerer.com
KIMERER & DERRICK, P.C.
1313 E. Osborn Road, Suite 100
Phoenix, AZ 85014
Telephone:  (602) 279-5900
Facsimile:  (602) 264-5566

Gary S. Lincenberg *(admitted pro hac vice)*
  glincenberg@birdmarella.com
Ariel A. Neuman *(admitted pro hac vice)*
  aneuman@birdmarella.com
Gopi K. Panchapakesan *(admitted pro hac vice)*
  gpanchapakesan@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Petitioner John Brunst

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| United States of America, <br><br> Plaintiff, <br><br> vs. <br><br> Backpage.com LLC, et al., <br><br> Defendants. | Case No. 2:18-cr-00465-SPL <br><br> **VERIFIED PETITION OF JOHN BRUNST FOR DETERMINATION OF THIRD-PARTY INTEREST IN PROPERTY SUBJECT TO FORFEITURE** <br><br> Assigned to Hon. Steven P. Logan |

3506119.2

John Brunst ("Petitioner"), by and through his counsel, Kimerer & Derrick, P.C. and Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C., pursuant to 21 U.S.C. § 853(n) and Rule 32.2(c) of the Federal Rules of Criminal Procedure, hereby petitions this Court for a hearing to determine Petitioner's interest in property subject to the Court's Preliminary Order of Forfeiture entered on May 16, 2018 (the "Forfeiture Order"),[1] and to amend the Forfeiture Order to exclude all property in which Petitioner has right, title, and interest.

## I.     PETITIONER'S ASSERTION OF HIS RIGHT, TITLE, AND INTEREST IN THE SUBJECT ASSETS

Petitioner timely asserts[2] his right, title, and interest in the following property (collectively, the "Subject Assets") ordered forfeited to the United States in the Forfeiture Order by Backpage.com, LLC, Website Technologies, LLC, Posting Solutions LLC, Amstel RiverHoldings, LLC, Ad Tech BV, and UGC Tech Group CV (collectively, "Defendants"):

### A.     U.S. Bank Accounts

1.     Any and all bank funds, securities, or other assets on deposit or seized from account number x7188 held at Prosperity Bank. (The account is held in the name of Posting Solutions LLC and the estimated value is $3,100,000.)

2.     Any and all bank funds, securities, or other assets on deposit or seized from account number x4155 at JP Morgan Chase that

---

[1]   *See* Dkt. 22 (Forfeiture Order).

[2]   The Court entered the Forfeiture Order directing the government to give notice to any third parties who may have an interest in the forfeited property.  By letter dated June 1, 2018, Assistant United States Attorney Elizabeth A. Strange sent notice to Petitioner's attorney of the Forfeiture Order and advised that Petitioner had thirty (30) days from the date of the letter to assert a legal interest in the property ordered forfeited to the United States.  The notice was received by email on June 1, 2018. The Petition is therefore timely.

1    were previously transferred into that account by the bail bonds

2    service of Carl Ferrer.  (The estimated value is $500,000.)

3    3.    Any and all bitcoin or other assets on deposit or seized from

4    bitcoin wallet address -6Lix5 that were previously transferred

5    into that account from the bitcoin wallet address-CSRd8.  (The

6    estimated number of bitcoin is 405.)

7    4.    Any and all bitcoin or other assets on deposit or seized from

8    bitcoin wallet address -6Lix5 that were previously transferred

9    into that account from the bitcoin wallet address -9aRkE.  (The

10    estimated number of bitcoin is 200.)

11    5.    Any and all bitcoin or other assets on deposit or seized from

12    bitcoin wallet address -6Lix5 that were previously transferred

13    into that account from Coinapault.  (The estimated number of

14    bitcoin is 7.)

15    6.    Any and all bitcoin or other assets on deposit or seized from

16    bitcoin wallet – 6Lix5 that were previously transferred into that

17    account from GoCoin.  (The estimated number of bitcoin is 412.)

18    7.    Any and all bitcoin or other assets on deposit or seized from

19    bitcoin wallet address -6Lix5 that were previously transferred

20    into that account from Mobile Currency.  (The estimated number

21    of bitcoin is 173.)

22    8.    Any and all litecoin or other assets on deposit or seized from

23    litecoin wallet address –goaeV that were previously transferred

24    into that wallet from the Nano Ledger S.  (The estimated number

25    of litecoin is 16,311.)

26    9.    Any and all bitcoin cash or other assets on deposit or seized from

27    bitcoin cash wallet address –t8v7e that were previously

28    transferred into that from the Nano Ledger S.  (The estimated

3

1   amount of bitcoin cash is 2,673.)

2   10.   Any and all bank funds, securities, or other assets on deposit or

3   seized from account number x4155 at JP Morgan Chase that

4   were previously transferred into that account from an Ad Tech

5   BV account (x2071) held in the Netherlands.  (The estimated

6   value is $106,998.41.)

7   11.   Any and all bank funds, securities, or other assets on deposit or

8   seized from account number x4155 at JP Morgan Chase that

9   were previously transferred into that account from a Payment

10   Solutions BV account (x7684) held in the Netherlands.  (The

11   estimated value is $700,000.)

12   12.   Any and all bank funds, securities, or other assets on deposit or

13   seized from account number x6886 held at Crypto Capital.  (The

14   account is held in the name of Website Technologies and the

15   estimated value is $52,722.87.)

16   13.   Any and all bank funds, securities, or other assets on deposit or

17   seized from account number x1124 held at Crypto Capital.  (The

18   account is held in the name of Ad Tech BV and the estimated

19   value is $41,994.24.)

20   14.   Any and all bank funds, securities, or other assets on deposit or

21   seized from account number x1933 held at Crypto Capital.  (The

22   account is held in the name of Ad Tech BV and the estimated

23   value is $129,000.)

24   15.   Any and all bank funds, securities, cryptocurrency, or other

25   assets on deposit or seized from an account held at Kraken in the

26   name of Ad Tech BV.  (The estimated value is $236,742.03.)

27   16.   Any and all bank funds, securities, or other assets on deposit or

28   seized from account number x4155 at JP Morgan Chase that

4

1  were previously transferred into that account by Crypto Capital

2  account of Ad Tech BV.  (The estimated value is $50,000.)

3  17.  Any and all bank funds, securities, or other assets on deposit or

4  seized from account number x4155 at JP Morgan Chase that

5  were previously transferred into that account by Crypto Capital

6  account of Website Technologies.  (The estimated value is

7  $42,500.)

8  18.  Any and all bank funds, securities, or other assets on deposit or

9  seized from account number x4155 at JP Morgan Chase that

10  were previously or will be transferred into that account by Paul

11  Hastings LLP on behalf of Website Technologies, LLC.  (The

12  estimated value is $248,980.)

13  **B.**     **Foreign Bank Accounts**

14  1.  Any and all bank funds, securities, or other assets on deposit or

15  seized from account number x5803 held at Fio Banka (Czech

16  Republic).  The account is held in the name of Ad Tech BV and

17  the estimated value is $1,228.76.

18  2.  Any and all bank funds, securities, or other assets on deposit or

19  seized from account number x5801 held at Fio Banka (Czech

20  Republic).  The account is held in the name of Ad Tech BV and

21  the estimated value is $18,610.10.

22  3.  Any and all bank funds, securities, or other assets on deposit or

23  seized from account number x5805 held at Fio Banka (Czech

24  Republic).  The account is held in the name of AD Tech BV and

25  the estimated value is $3,738.45.

26  4.  Any and all bank funds, securities, or other assets on deposit or

27  seized from account number x4198 held at Fio Banka (Czech

28  Republic).  The account is held in the name of Protecctio s.r.o.

1  and the estimated value is $112,880.49.

2  5.  Any and all bank funds, securities, or other assets on deposit or

3  seized from account number x4194 held at Fio Banka (Czech

4  Republic).  The account is held in the name of Protecctio s.r.o.

5  and the estimate value is $3,803,097.22.

6  6.  Any and all bank funds, securities, or other assets on deposit or

7  seized from account number x4196 held at Fio Banka (Czech

8  Republic).  The account is held in the name of Protecctio s.r.o.

9  and the estimated value is $4,902.90.

10  7.  Any and all bank funds, securities, or other assets on deposit or

11  seized from account number x2226 held at Fio Banka (Czech

12  Republic).  The account is held in the name of Gold Leaf s.r.o.

13  and the estimated value is $1,425,902.33.

14  8.  Any and all bank funds, securities, or other assets on deposit or

15  seized from account number x2231 held at Fio Banka (Czech

16  Republic).  The account is held in the name of Gold Leaf s.r.o.

17  and the estimated value is $104,062.02.

18  9.  Any and all bank funds, securities, or other assets on deposit or

19  seized from account number x2230 held at Fio Banka (Czech

20  Republic).  The account is held in the name of Gold Leaf s.r.o.

21  and the estimated value is $504,972.87.

22  10.  Any and all bank funds, securities, or other assets on deposit or

23  seized from account number x8083 held at Fio Banka (Czech

24  Republic).  The account is held in the name of Varicok Company

25  s.r.o. and the estimated value is $440,467.75.

26  11.  Any and all bank funds, securities, or other assets on deposit or

27  seized from account number x8086 held at Fio Banka (Czech

28  Republic).  The account is held in the name of Varicok Company

1    s.r.o. and the estimated value is $29,287.55.

2    12.    Any and all bank funds, securities, or other assets on deposit or

3    seized from account number x8080 held at Fio Banka (Czech

4    Republic).  The account is held in the name of Varicok Company

5    s.r.o. and the estimated value is $280,692.50.

6    13.    Any and all bank funds, securities, or other assets on deposit or

7    seized from account number LI090x held at AS LHV Pank

8    (Estonia).  The account is held in the name of Olist O.U. and the

9    estimated value is $1,725,000.

10    14.    Any and all bank funds, securities, or other assets on deposit or

11    seized from account number LI090x held at Bank Frick

12    (Liechtenstein).  The account is held in the name of Ad Tech BV

13    and the estimated value is $8,292.87.

14    15.    Any and all bank funds, securities, or other assets on deposit or

15    seized from account number LI300x held at Bank Frick

16    (Liechtenstein).  The account is held in the name of Ad Tech BV

17    and the estimated value is $2,601,164.44.

18    16.    Any and all bank funds, securities, or other assets on deposit or

19    seized from account number LI740x held at Bank Frick

20    (Liechtenstein).  The account is held in the name of Ad Tech BV

21    and the estimated value is $1,533,820.07.

22    17.    Any and all bank funds, securities, or other assets on deposit or

23    seized from account number LI900x held at Bank Frick

24    (Liechtenstein).  The account is held in the name of Ad Tech BV

25    and the estimated value is $1,598,027.

26    18.    Any and all bank funds, securities, or other assets on deposit or

27    seized from account number x7664 held at Knab Bank

28    (Netherlands).  The account is held in the name of Procop

Services BV and the estimated value is $2,700,000.

19.     Any and all bank funds, securities, or other assets on deposit or seized from account number x2452 held at Rabo Bank (Netherlands).  The account is held in the name of Guilietta Group BV and the estimated value is $650,000.

20.     Any and all bank funds, securities, or other assets on deposit or seized from account number x4721 held at Rabo Bank (Netherlands).  The account is held in the name of Guilietta Group BV and the estimated value is $650,000.

21.     Any and all bank funds, securities, or other assets on deposit or seized from an account at Cashflows Europe Ltd (UK) held in the name of Gulietta Group BV. The estimated value is $613,343.07.

22.     Any and all bank funds, securities, or other assets on deposit or seized from an account at Cashflows Europe Ltd (UK) held in the name of Universeads BV.  The estimated value is $79,304.96.

23.     Any and all bank funds, securities, or other assets on deposit or seized from an account at Cashflows Europe (UK) held in the name of Procop Services BV.  The estimated value is $146,245.91.

**C.     Domain Names**

1.     admoderation.com (Versio)

2.     admoderators.com (Versio)

3.     adnet.ws (NetNames)

4.     adplace24.com (Versio)

5.     adplaces24.com (Versio)

6.     adpost24.com (Versio)

7.   adpost24.cz (GoDaddy)

8.   adquick365.com (Versio)

9.   adreputation.com (NetNames)

10.   ads-posted-mp.com (Versio)

11.   adsplace24.com (Versio)

12.   adspot24.com (Versio)

13.   adspots24.com (Versio)

14.   adsspot24.com (Versio)

15.   adtechbv.co.nl (NetNames)

16.   adtechbv.com (NetNames)

17.   adtechbv.nl (NetNames)

18.   advert-ep.com (Versio)

19.   adverts-mp.com (Versio)

20.   axme.com (GoDaddy)

21.   back0age.com (NetNames)

22.   backpa.ge (NetNames)

23.   backpaee.com (NetNames)

24.   backpage-insider.com (NetNames)

25.   backpage.adult (NetNames)

26.   backpage.ae (NetNames)

27.   backpage.at (NetNames)

28.   backpage.ax (NetNames)

29.   backpage.be (NetNames)

30.   backpage.bg (European domains)

31.   backpage.bg (NetNames)

32.   backpage.ca (NetNames)

33.   backpage.cl (NetNames)

34.   backpage.cn (European domains)

VERIFIED PETITION OF JOHN BRUNST FOR DETERMINATION OF
THIRD-PARTY INTEREST IN PROPERTY SUBJECT TO FORFEITURE

35. backpage.cn (NetNames)

36. backpage.co.id (NetNames)

37. backpage.co.nl (European domains)

38. backpage.co.nl (NetNames)

39. backpage.co.nz (NetNames)

40. backpage.co.uk (NetNames)

41. backpage.co.ve (NetNames)

42. backpage.co.za (NetNames)

43. backpage.com (NetNames)

44. backpage.com.ar (NetNames)

45. backpage.com.au (NetNames)

46. backpage.com.ph (NetNames)

47. backpage.cz (NetNames)

48. backpage.dk (NetNames)

49. backpage.ec (NetNames)

50. backpage.ee (European domains)

51. backpage.ee (NetNames)

52. backpage.es (NetNames)

53. backpage.fi (European domains)

54. backpage.fi (NetNames)

55. backpage.fr (European domains)

56. backpage.fr (NetNames)

57. backpage.gr (European domains)

58. backpage.gr (NetNames)

59. backpage.hk (European domains)

60. backpage.hk (NetNames)

61. backpage.hu (European domains)

62. backpage.hu (NetNames)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

63.     backpage.ie (NetNames)

64.     backpage.in (NetNames)

65.     backpage.it (NetNames)

66.     backpage.jp (NetNames)

67.     backpage.kr (NetNames)

68.     backpage.lt (NetNames)

69.     backpage.lv (European domains)

70.     backpage.lv (NetNames)

71.     backpage.me (NetNames)

72.     backpage.mx (NetNames)

73.     backpage.my (NetNames)

74.     backpage.net (NetNames)

75.     backpage.nl (NetNames)

76.     backpage.no (European domains)

77.     backpage.no (NetNames)

78.     backpage.nz (NetNames)

79.     backpage.pe (NetNames)

80.     backpage.ph (NetNames)

81.     backpage.pk (NetNames)

82.     backpage.pl (NetNames)

83.     backpage.porn (NetNames)

84.     backpage.pt (NetNames)

85.     backpage.ro (European domains)

86.     backpage.ro (NetNames)

87.     backpage.se (NetNames)

88.     backpage.sex (NetNames)

89.     backpage.sg (NetNames)

90.     backpage.si (European domains)

3506119.2

VERIFIED PETITION OF JOHN BRUNST FOR DETERMINATION OF
THIRD-PARTY INTEREST IN PROPERTY SUBJECT TO FORFEITURE

| | | |
|---|---|---|
| 91. | backpage.si | (NetNames) |
| 92. | backpage.sk | (European domains) |
| 93. | backpage.sk | (NetNames) |
| 94. | backpage.sucks | (NetNames) |
| 95. | backpage.tw | (NetNames) |
| 96. | backpage.uk | (NetNames) |
| 97. | backpage.uk.com | (NetNames) |
| 98. | backpage.us | (NetNames) |
| 99. | backpage.vn | (NetNames) |
| 100. | backpage.xxx | (NetNames) |
| 101. | backpage.xyz | (NetNames) |
| 102. | backpagecompimp.com | (NetNames) |
| 103. | backpagecompimps.com | (NetNames) |
| 104. | backpagepimp.com | (NetNames) |
| 105. | backpagepimps.com | (NetNames) |
| 106. | backpagg.com | (NetNames) |
| 107. | backpagm.com | (NetNames) |
| 108. | backpagu.com | (NetNames) |
| 109. | backpaoe.com | (NetNames) |
| 110. | backpawe.com | (NetNames) |
| 111. | backqage.com | (NetNames) |
| 112. | backrage.com | (NetNames) |
| 113. | backxage.com | (NetNames) |
| 114. | bakkpage.com | (NetNames) |
| 115. | bcklistings.com | (NetNames) |
| 116. | bestofbackpage.com | (NetNames) |
| 117. | bestofbigcity.com | (NetNames) |
| 118. | bickpage.com | (NetNames) |

VERIFIED PETITION OF JOHN BRUNST FOR DETERMINATION OF
THIRD-PARTY INTEREST IN PROPERTY SUBJECT TO FORFEITURE

119. bigcity.com (NetNames)
120. bpclassified.com (NetNames)
121. bpclassifieds.com (NetNames)
122. carlferrer.com (NetNames)
123. clasificadosymas.com (NetNames)
124. clasificadosymas.net (NetNames)
125. clasificadosymas.org (NetNames)
126. classifiedsolutions.co.uk (NetNames)
127. classifiedsolutions.net (NetNames)
128. classyadultads.com (Versio)
129. columbusbackpage.com (NetNames)
130. connecticutbackpage.com (NetNames)
131. cracker.co.id (NetNames)
132. cracker.com (NetNames)
133. cracker.com.au (NetNames)
134. cracker.id (NetNames)
135. cracker.net.au (NetNames)
136. crackers.com.au (NetNames)
137. crackers.net.au (NetNames)
138. ctbackpage.com (NetNames)
139. dallasbackpage.com (NetNames)
140. denverbackpage.com (NetNames)
141. easypost123.com (Versio)
142. easyposts123.com (Versio)
143. emais.com.pt (NetNames)
144. evilempire.com (NetNames)
145. ezpost123.com (Versio)
146. fackpage.com (NetNames)

13

147. fastadboard.com (Versio)

148. guliettagroup.nl (Versio)

149. htpp.org (NetNames)

150. ichold.com (NetNames)

151. internetspeechfoundation.com (nameisp)

152. internetspeechfoundation.org (nameisp)

153. loads2drive.com (NetNames)

154. loadstodrive.com (NetNames)

155. loadtodrive.com (NetNames)

156. losangelesbackpage.com (NetNames)

157. mediafilecloud.com (NetNames)

158. miamibackpage.com (NetNames)

159. minneapolisbackpage.com (NetNames)

160. mobileposting.com (Versio)

161. mobilepostings.com (Versio)

162. mobilepostlist.com (Versio)

163. mobilposting.com (Versio)

164. naked.city (NetNames)

165. nakedcity.com (NetNames)

166. newyorkbackpage.com (NetNames)

167. paidbyhour.com (NetNames)

168. petseekr.com (NetNames)

169. petsfindr.com (NetNames)

170. phoenixbackpage.com (NetNames)

171. posteasy123.com (Versio)

172. postfaster.com (NetNames)

173. postfastly.com (NetNames)

174. postfastr.com (NetNames)

175. postonlinewith.com (Versio)

176. postonlinewith.me (Versio)

177. postseasy123.com (Versio)

178. postsol.com (GoDaddy)

179. postszone24.com (Versio)

180. postzone24.com (Versio)

181. postzones24.com (Versio)

182. rentseekr.com (NetNames)

183. results911.com (NetNames)

184. sandiegobackpage.com (NetNames)

185. sanfranciscobackpage.com (NetNames)

186. seattlebackpage.com (NetNames)

187. sellyostuffonline.com (Versio)

188. sfbackpage.com (NetNames)

189. simplepost24.com (Versio)

190. simpleposts24.com (Versio)

191. svc.ws (NetNames)

192. truckrjobs.com (NetNames)

193. ugctechgroup.com (NetNames)

194. universads.nl (Versio)

195. villagevoicepimps.com (GoDaddy)

196. websitetechnologies.co.uk (NetNames)

197. websitetechnologies.com (NetNames)

198. websitetechnologies.net (NetNames)

199. websitetechnologies.nl (NetNames)

200. websitetechnologies.org (NetNames)

201. weprocessmoney.com (GoDaddy)

202. wst.ws (NetNames)

VERIFIED PETITION OF JOHN BRUNST FOR DETERMINATION OF
THIRD-PARTY INTEREST IN PROPERTY SUBJECT TO FORFEITURE

203. xn--yms-fla.com (NetNames)

204. ymas.ar.com (European domains)

205. ymas.br.com (European domains)

206. ymas.br.com (NetNames)

207. ymas.bz (European domains)

208. ymas.bz (NetNames)

209. ymas.cl (European domains)

210. ymas.cl (NetNames)

211. ymas.co.bz (European domains)

212. ymas.co.bz (NetNames)

213. ymas.co.cr (European domains)

214. ymas.co.cr (NetNames)

215. ymas.co.ni (European domains)

216. ymas.co.ni (NetNames)

217. ymas.co.ve (European domains)

218. ymas.co.ve (NetNames)

219. ymas.com (NetNames)

220. ymas.com.br (European domains)

221. ymas.com.br (NetNames)

222. ymas.com.bz (European domains)

223. ymas.com.bz (NetNames)

224. ymas.com.co (European domains)

225. ymas.com.co (NetNames)

226. ymas.com.do (European domains)

227. ymas.com.do (NetNames)

228. ymas.com.ec (European domains)

229. ymas.com.ec (NetNames)

230. ymas.com.es (European domains)

16

1    231.  ymas.com.es (NetNames)

2    232.  ymas.com.gt (European domains)

3    233.  ymas.com.gt (NetNames)

4    234.  ymas.com.hn (European domains)

5    235.  ymas.com.hn (NetNames)

6    236.  ymas.com.mx  (NetNames)

7    237.  ymas.com.ni (European domains)

8    238.  ymas.com.ni (NetNames)

9    239.  ymas.com.pe (European domains)

10   240.  ymas.com.pe (NetNames)

11   241.  ymas.com.pr (European domains)

12   242.  ymas.com.pr (NetNames)

13   243.  ymas.com.pt  (NetNames)

14   244.  ymas.com.uy (European domains)

15   245.  ymas.com.uy (NetNames)

16   246.  ymas.com.ve (European domains)

17   247.  ymas.com.ve (NetNames)

18   248.  ymas.cr (European domains

19   249.  ymas.cr (NetNames)

20   250.  ymas.do (European domains)

21   251.  ymas.do (NetNames)

22   252.  ymas.ec (European domains)

23   253.  ymas.ec (NetNames)

24   254.  ymas.es (European domains)

25   255.  ymas.es (NetNames)

26   256.  ymas.org (NetNames)

27   257.  ymas.pe (European domains)

28   258.  ymas.pe (NetNames)

VERIFIED PETITION OF JOHN BRUNST FOR DETERMINATION OF
THIRD-PARTY INTEREST IN PROPERTY SUBJECT TO FORFEITURE

259.   ymas.pt (NetNames)

260.   ymas.us (European domains)

261.   ymas.us (NetNames)

262.   ymas.uy (European domains)

263.   ymas.uy (NetNames)

264.   ymas.uy.com (European domains)

**D.**   **Security Deposits And Retainers/Deposits For Future Services**

1.   Deposit/retainer to DesertNet. The estimated value is $600,000.

2.   Deposit retainer to SalesForce Data Storage & Services.  The estimated value is $113,458.

3.   Deposit/retainer to Sophos EndPoint.  The estimated value is $14,225.

4.   Deposit/retainer to SHI VMWare.  The estimated value is $180,417.

5.   Deposit/retainer to SalesForce Data Storage & Service.  The estimated value is $113,458.

6.   Deposit/retainer to SHI.  The estimated value is $57,971.

7.   Prepaid rent to Spaces.  The estimated value is $97,607.

8.   Security deposit to Spaces.  The estimated value is $40,945.

9.   Deposit/retainer to Switch Data Center.  The estimated value is $85,993.05.

10.   Any and all bank funds, securities, or other assets remaining in IOLTA account number x6180 at First Republic Bank at the conclusion of litigation in this case (with the understanding that the funds currently on deposit in that account may be withdrawn by counsel solely for the provision of legal services).

11.   Any and all bank funds, securities, or other assets remaining in IOLTA account number x6255 at First Republic Bank at the

3506119.2

18

VERIFIED PETITION OF JOHN BRUNST FOR DETERMINATION OF
THIRD-PARTY INTEREST IN PROPERTY SUBJECT TO FORFEITURE

1    conclusion of litigation in this case (with the understanding that

2    the funds currently on deposit in that account may be withdrawn

3    by counsel solely for the provision of legal services).

4    12.    Any and all bank funds, securities, or other assets remaining in

5    IOLTA account number x5978 at First Republic Bank at the

6    conclusion of litigation in this case (with the understanding that

7    the funds currently on deposit in that account may be withdrawn

8    by counsel solely for the provision of legal services).

9    13.    Any and all bank funds, securities, or other assets remaining in

10    IOLTA account number x7091 at Wells Fargo Bank to fund the

11    criminal defense of Backpage.com, LLC, Website Technologies,

12    LLC, Posting Solutions LLC, Amstel River Holdings LLC, Ad

13    Tech BV, and/or UGC Tech Group BV that are remaining in the

14    account at the conclusion of litigation in this case (with the

15    understanding that the funds currently on deposit in that account

16    may be withdrawn by counsel solely for the provision of legal

17    services).

18    **E.    Reserves and Accounts Receivable - Foreign**

19    1.    Any and all bank funds, securities, or other assets on deposit at

20    Bank Frick & Co. Ag, Landstrasse 14, 9496 Blazers,

21    Liechtenstein for the following companies:  (a) Ad Tech BV, dba

22    Cracker.com (estimated to be at least $1,439,203.51).

23    2.    Any and all bank funds, securities, or other assets on deposit at

24    Borgun, Armuli 30, 108 Reykjavik, Iceland, for the following

25    companies: (a) Protecctio SRO, dba AdPost24.com (estimated to

26    be at least $157,899.51); and (b) Goldleaf SRO, dba

27    Fastadboard.com (estimated to be at least $341,768.81).

28    3.    Any and all bank funds, securities, or other assets on deposit at

3506119.2

19

Cpc1 (Cashflows), Capital Park Cambridge, CB21 5XE, United Kingdom for the following companies:  (a) Protecctio SRO, dba AdPost24.com (estimated to be at least $94,656.37); (b) Gulietta Group BV, dba Mobileposting.com (estimated to be at least $15,043.12; (c) Universads BV, dba Easypost123.com (estimated to be at least $332,595.37); (d) Procop Services BV, dba Postzone24.com (estimated to be at least $205,508.33); (e) Procop Services BV, dba Postix.com (estimated to be at least $225,454.43).

4. Any and all bank funds, securities, or other assets on deposit at Cpc1(Cashflows), Capital Park, Cambridge, CB21 5XE, United Kingdom for Amex for the following companies:  (a) Gulietta Group BV, dba mobileposting.com (estimated to be at least $1,042,803.72); (b) Universads BV, dba easypost123.com (estimated to be at least $221,211.47); (c) Procop Services BV, dba Postzone24.com (estimated to be at least $6,897.66); and (d) Procop Services BV, dba Postix.Com (estimated to be at least $28,738.20).

5. Any and all bank funds, securities, or other assets on deposit at Comprocessing, 14 Tonbridge Chambers Pembury Road Tonbridge Kent TN9 2HZ United Kingdom for the following companies:  (a) Gulietta Group BV, dba Mobileposting.com (estimated to be at least $661,276.95); (b) Universads BV, dba easypost123.com  (estimated to be at least $952,506.56); (c) Protecctio SRO, dba adpost24.com (estimated to be at least $1,383,949.27); (d) Goldleaf SRO, dba fastadboard.com (estimated to be at least $757,816.01); (e) Varicok SRO, dba postfree.com (estimated to be at least $278,652.63); (f) Procop

1   Services BV, dba postzone24.com (estimated to be at least

2   $142,114.96); and (g) Olist OU, dba jeboom.com (estimated to

3   be at least $1,238,115.92).

4   6.   Any and all bank funds, securities, or other assets on deposit at

5   Emerchantpay LTD, 29 Howard Street, North Shields, Tyne and

6   Wear NE30 1AR, United Kingdom for the Neosurf card for the

7   following companies: (a) Proteccio SRO, dba adpost24.com

8   (estimated to be at least $136,792.29); (b) Goldleaf SRO, dba

9   fastadbaord.com (estimated to be at least $248.27); (c) Varicok

10   SRO, dba postfree.com (estimated to be at  least $86,076.89);

11   and (d) Olist OU, dba jeboom.com (estimated to be at least

12   $509.21).

13   7.   Any and all bank funds, securities, or other assets on deposit at

14   Kalixa, The Corn Mill, 1 Roydon Road, Stanstead Abbotts,

15   Ware, Hertfordshire; SG12 BXL, United Kingdom for the

16   following companies:  (a) Gulietta Group BV, dba

17   Mobileposting.com (estimated to be at least $342,522.89);

18   (b) Universads BV, dba Easypost123.com (estimated to be at

19   least $546,714.23); (c) Procop Services BV, dbs Postzone24.com

20   (estimated to be at least $94,134.65); and (d) Procop Services

21   BV, dba Postix.com (estimated to be at least $141,617.92).

22   8.   Any and all bank funds, securities, or other assets on deposit at

23   Korta Bank RafstoQvarvegi 7  │110 Reykjavik, Iceland, for the

24   following companies: (a) Protecctio SRO, dba Adpost24.com

25   (estimated to be at least 1,783,607.59); (b) Universads BV, dba

26   Easypostl23.com (estimated to be 178,011.10); (c) Goldleaf

27   SRO, dba FAstADBoard.com (estimated least $2,128,385.54);

28   (d) Varicok SRO, dba Postfree.com estimated to be at least

3506119.2

VERIFIED PETITION OF JOHN BRUNST FOR DETERMINATION OF
THIRD-PARTY INTEREST IN PROPERTY SUBJECT TO FORFEITURE

$448,593.62); (e) Procop Services BV, dba Postix.com (estimated to be at least $133,611.63); (f) Olist OU, dba Jeboom.com (estimated to be at least $675,552.56).

9.   Any and all bank funds, securities, or other assets on deposit at Kvika Bank, Borgartún 25, 6th Floor, 105 Reykjavik, Iceland, for the following companies:  (a) Gulietta Group BV, dba mobileposting.com (estimated to be at least $116,880.00).

10.   Any and all bank funds, securities, or other assets on deposit at Masa Pay, 19f  Hangke Building No.92 Yuan Shen Rd. Pudong, Shanghai 200120 China for the following companies:

(a) Goldleaf SRO, dba fastadboard.com (estimated to be at least $87,799.92).

11.   Any and all bank funds, securities, or other assets on deposit at Poli Payments Pty Limited, Level 8. 222 Exhibition Street, Melbourne, Victoria, 3000 for the following companies:  (a) Ad Tech BV, dba Cracker.com (estimated to be at least $471,960.05).

12.   Any and all bank funds, securities, or other assets on deposit at Transact Europe, 52-54 Dimitar Hadzhikotsev Str., 1421 Sofia, Bulgaria for the following companies:  (a) Protecctio SRO, dba adpost24.com (estimated to be at least $720,254.57); (b) Goldleaf SRO, dba fastadboard.com to be at least $1,375,661.62); and (c) Procop Services BV, dba postix.com (estimated to be at least $130,962.90).

13.   Any and all bank funds, securities, or other assets on deposit at Worldline SA/NV, Haachtsesteenweg 1442, 1130 Brussels, Belgium for the following companies:  (a) Protecctio SRO, dba adpost24.com (estimated to be at least $767,421.64); and (b)

Procop Services BV, dba postix.com (estimated to be at least $121,701.67).

14. Any and all bank funds, securities, or other assets on deposit at DCR Strategies INC., 2680 Skymark Ave. Suite 420 Mississauga, ON, L4W 5L6 for the following companies: (a) Posting Solutions LLC, dba Postfastr.com (estimated to be at least $503,425.14).

15. Any and all bank funds, securities, or other assets on deposit at Ecorepay, aka BillPro Pty Ltd, Operations Level 5 / 12 Commercial Road, Newstead, Queensland 4006 Australia for the following companies: (a) Classified Strategies Cooperatief U.A., dba Backpage.com and cracker.com (estimated to be at least $846,414.00).

16. Any and all bank funds, securities, or other assets on deposit at Ipaydna International Limited, Level 12, 1 Peking Road, Tsim Sha Tsui, Kowloon, Hong Kong or Ipaydna (EU) Limited, Suite B, 29 Harley Street, London, W1G9QR, United Kingdom, for the following companies: (a) Classified Solutions Ltd., dba Backpage.com (estimated to be at least $809,492.29).

F. **Reserves and Accounts Receivable - Domestic**

1. Any and all bank funds, securities, or other assets on deposit at Paymitco, 4700 Millenia Blvd. Suite 175, Orlando, Florida 32839 for the following companies: (a) Posting Solutions LLC, dba backpage.com (estimated to be at least $647,410.05).

2. Any and all bank funds, securities, or other assets on deposit at Romit, 25 Taylor St., San Francisco, CA 94123 for the following companies: (a) Website Technologies LLC, dba backpage.com (estimated to be at least $600,777.43).

3.   Any and all bank funds, securities, or other assets on deposit at Cardquiry With Posting Solutions LLC, 2209 E. Lexington Ave, Fresno, CA 93720 for the following companies:  (a) Posting Solutions LLC, dba backpage.com (estimated to be at least $275,381.95).

4.   Any and all bank funds, securities, or other assets on deposit at Business & Corporate Development, LLC, A South Carolina Limited Liability ("Bcd") for the following companies: (a) Protecctio SRO, dba adpost24.com  (estimated to be at least $396.59); (b) Gulietta Group BV, dba  mobileposting.com (estimated to be at least $33,416.02); (c) Universads BV, dba easypostl23.com (estimated to be at least $15,942.60); (d) Goldleaf SRO, dba fastadboard.com (estimated to be at least $11,793.50) (e) Varicok SRO, dba postfree.com (estimated to be at least $5,191.95); (f)  Procop Services BV, dba postix.com (estimated to be at least $1,379.57); (g) Procop Services BV, dba postzone24.com (estimated to be at least $1,084.12); (h) Olist OU, dba jeboom.com (estimated to be at least  $5,637.20); and (i) Posting Solutions LLC, dba backpage.com (estimated to  be at least $328,667.76).

G.   **Trademarks And Other Intellectual Property**

1.   Backpage (United States, Australia, Canada, Europe).

2.   Cracker (Australia).

3.   All social media accounts affiliated with Backpage.com (e.g., Twitter account).

II.   **FACTUAL BASIS FOR PETITIONER'S INTEREST IN THE SUBJECT ASSETS**

Petitioner holds an ownership interest in an entity that, directly or indirectly,

has held enforceable first-priority security interests in the Subject Assets since on or about April 22, 2015.  The entity(ies) acquired the interests in exchange for a loan extended by that entity to Atlantische Bedrijven C.V. and UGC Tech Group C.V. in or about April 2015.  Petitioner also has the right to advancement and indemnification from Atlantische Bedrijven C.V. and UGC Tech Group C.V. pursuant to the loan agreements and related purchase agreements, which advancement and indemnification obligations are also secured by the first-priority security interests in the Subject Assets.  The Subject Assets do not contain or constitute criminal proceeds.  Petitioner's interest in the Subject Assets precedes the government's purported interest in the Subject Assets.  Petitioner also acquired his interest in the Subject Assets as a bona fide purchaser for value.  Therefore, Petitioner's interest in the Subject Assets is superior to the government's purported interest.

**WHEREFORE**, Petitioner respectfully requests that the Subject Assets be excluded from the Forfeiture Order and this Petition be granted in its entirety, together with such other and further relief as this Court deems equitable and proper.

DATED:  June 29, 2018          Kimerer & Derrick, P.C.

By:    */s/ Michael D. Kimerer*
          Michael D. Kimerer

DATED:  June 29, 2018          Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.

By:    */s/ Gary S. Lincenberg*
          Gary S. Lincenberg

*Attorneys for Petitioner John Brunst*

## VERIFICATION

JOHN BRUNST declares under penalties of perjury pursuant to 28 U.S.C. § 1746:

I am the Petitioner in the above-captioned action. I have read the foregoing Verified Petition and know the contents thereof, and the same is true to the best of my own knowledge, except as to matters alleged upon information and belief, which I believe to be true.

Dated: June 29, 2018

JOHN BRUNST