Daniel J. Quigley
**DANIEL J. QUIGLEY, PLC**
5425 E. Broadway Boulevard, Suite 352
Tucson, Arizona 85711
State Bar No. 011052
Telephone: (520) 867-4430
Facsimile:  (520) 867-4433
quigley@djqplc.com

Attorney for Medalist Holdings, Inc.

### UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| United States of America, | Case No. CR-18-00465-PHX-SPL-(BSB) |
|---|---|
| Plaintiff, | **VERIFIED PETITION OF MEDALIST HOLDINGS, INC. FOR DETERMINATION OF THIRD PARTY INTEREST IN PROPERTY SUBJECT TO FORFEITURE** |
| vs. | |
| Backpage.com LLC, et al., | |
| Defendants. | |

Medalist Holdings, Inc., a Delaware corporation ("Petitioner"), pursuant to 21 U.S.C. § 853(n) and Rule 32.2(c) of the Federal Rules of Criminal Procedure, petitions this Court for a hearing to determine its interest in property subject to the Court's Preliminary Order of Forfeiture entered on May 16, 2018 (the "Forfeiture Order")[1], and to amend the Forfeiture Order to exclude all property in which Petitioner has right, title, and interest.

. . .

. . .

. . .

---

[1] *See* Dkt. 22 (Forfeiture Order).

**DANIEL J. QUIGLEY, PLC**
5425 E. Broadway Boulevard, Suite 352
Tucson, Arizona 85711
Telephone: (520) 867-4430

## I.    PETITIONER'S ASSERTION OF ITS RIGHT, TITLE, AND INTEREST IN THE SUBJECT ASSETS

Petitioner timely asserts[2] its right, title, and interest in the following property (collectively, the "Subject Assets") ordered forfeited to the United States in the Forfeiture Order by Backpage.com, LLC, Website Technologies, LLC, Posting Solutions LLC, Amstel River Holdings, LLC, Ad Tech BV, and UGC Tech Group CV (collectively, "Defendants"):

### A.    U.S. Bank Accounts

1.   Any and all bank funds, securities, or other assets on deposit or seized from account number x7188 held at Prosperity Bank.  (The account is held in the name of Posting Solutions LLC and the estimated value is $3,100,000.)

2.   Any and all bank funds, securities, or other assets on deposit or seized from account number x4155 at JP Morgan Chase that were previously transferred into that account by the bail bonds service of Carl Ferrer.  (The estimated value is $500,000.)

3.   Any and all bitcoin or other assets on deposit or seized from bitcoin wallet address -6Lix5 that were previously transferred into that account from the bitcoin wallet address-CSRd8.  (The estimated number of bitcoin is 405.)

4.   Any and all bitcoin or other assets on deposit or seized from bitcoin wallet address -6Lix5 that were previously transferred into that account from the bitcoin wallet address -9aRkE.  (The estimated number of bitcoin is 200.)

---

[2] The Court entered the Forfeiture Order directing the government to give notice to any third parties who may have an interest in the forfeited property.  By letter dated June 1, 2018, Assistant United States Attorney Elizabeth A. Strange sent notice to the attorney for one or more of Petitioner's officers of the Forfeiture Order and advised that Petitioner had thirty (30) days from the date of the letter to assert a legal interest in the property ordered forfeited to the United States.  The notice was received by email on June 1, 2018.  The Petition is therefore timely.

5. Any and all bitcoin or other assets on deposit or seized from bitcoin wallet address - 6Lix5 that were previously transferred into that account from Coinapault. (The estimated number of bitcoin is 7.)

6. Any and all bitcoin or other assets on deposit or seized from bitcoin wallet – 6Lix5 that were previously transferred into that account from GoCoin.  (The estimated number of bitcoin is 412.)

7. Any and all bitcoin or other assets on deposit or seized from bitcoin wallet address - 6Lix5 that were previously transferred into that account from Mobile Currency.  (The estimated number of bitcoin is 173.)

8. Any and all litecoin or other assets on deposit or seized from litecoin wallet address –goaeV that were previously transferred into that wallet from the Nano Ledger S. (The estimated number of litecoin is 16,311.)

9. Any and all bitcoin cash or other assets on deposit or seized from bitcoin cash wallet address –t8v7e that were previously transferred into that from the Nano Ledger S.  (The estimated amount of bitcoin cash is 2,673.)

10. Any and all bank funds, securities, or other assets on deposit or seized from account number x4155 at JP Morgan Chase that were previously transferred into that account from an Ad Tech BV account (x2071) held in the Netherlands. (The estimated value is $106,998.41.)

11. Any and all bank funds, securities, or other assets on deposit or seized from account number x4155 at JP Morgan Chase that were previously transferred into that account from a Payment Solutions BV account (x7684) held in the Netherlands. (The estimated value is $700,000.)

12. Any and all bank funds, securities, or other assets on deposit or seized from account number x6886 held at Crypto Capital.  (The account is held in the name of Website Technologies and the estimated value is $52,722.87.)

DANIEL J. QUIGLEY, PLC
5425 E. Broadway Boulevard, Suite 352
Tucson, Arizona 85711
Telephone: (520) 867-4430

DANIEL J. QUIGLEY, PLC
5425 E. Broadway Boulevard, Suite 352
Tucson, Arizona 85711
Telephone: (520) 867-4430

13. Any and all bank funds, securities, or other assets on deposit or seized from account number x1124 held at Crypto Capital.  (The account is held in the name of Ad Tech BV and the estimated value is $41,994.24.)

14. Any and all bank funds, securities, or other assets on deposit or seized from account number x1933 held at Crypto Capital.  (The account is held in the name of Ad Tech BV and the estimated value is $129,000.)

15. Any and all bank funds, securities, cryptocurrency, or other assets on deposit or seized from an account held at Kraken in the name of Ad Tech BV.  (The estimated value is $236,742.03.)

16. Any and all bank funds, securities, or other assets on deposit or seized from account number x4155 at JP Morgan Chase that were previously transferred into that account by Crypto Capital account of Ad Tech BV.  (The estimated value is $50,000.)

17. Any and all bank funds, securities, or other assets on deposit or seized from account number x4155 at JP Morgan Chase that were previously transferred into that account by Crypto Capital account of Website Technologies.  (The estimated value is $42,500.)

18. Any and all bank funds, securities, or other assets on deposit or seized from account number x4155 at JP Morgan Chase that were previously or will be transferred into that account by Paul Hastings LLP on behalf of Website Technologies, LLC.  (The estimated value is $248,980.)

**B.      Foreign Bank Accounts**

1.  Any and all bank funds, securities, or other assets on deposit or seized from account number x5803 held at Fio Banka (Czech Republic). The account is held in the name of Ad Tech BV and the estimated value is $1,228.76.

2.  Any and all bank funds, securities, or other assets on deposit or seized from account number x5801 held at Fio Banka (Czech Republic). The account is held in the name of Ad Tech BV and the estimated value is $18,610.10.

4

DANIEL J. QUIGLEY, PLC
5425 E. Broadway Boulevard, Suite 352
Tucson, Arizona 85711
Telephone: (520) 867-4430

3.   Any and all bank funds, securities, or other assets on deposit or seized from account number x5805 held at Fio Banka (Czech Republic). The account is held in the name of AD Tech BV and the estimated value is $3,738.45.

4.   Any and all bank funds, securities, or other assets on deposit or seized from account number x4198 held at Fio Banka (Czech Republic) The account is held in the name of Protecctio s.r.o. and the estimated value is $112,880.49.

5.   Any and all bank funds, securities, or other assets on deposit or seized from account number x4194 held at Fio Banka (Czech Republic). The account is held in the name of Protecctio s.r.o. and the estimate value is $3,803,097.22.

6.   Any and all bank funds, securities, or other assets on deposit or seized from account number x4196 held at Fio Banka (Czech Republic). The account is held in the name of Protecctio s.r.o. and the estimated value is $4,902.90.

7.   Any and all bank funds, securities, or other assets on deposit or seized from account number x2226 held at Fio Banka (Czech Republic). The account is held in the name of Gold Leaf s.r.o. and the estimated value is $1,425,902.33.

8.   Any and all bank funds, securities, or other assets on deposit or seized from account number x2231 held at Fio Banka (Czech Republic). The account is held in the name of Gold Leaf s.r.o. and the estimated value is $104,062.02.

9.   Any and all bank funds, securities, or other assets on deposit or seized from account number x2230 held at Fio Banka (Czech Republic).  The account is held in the name of Gold Leaf s.r.o. and the estimated value is $504,972.87.

10. Any and all bank funds, securities, or other assets on deposit or seized from account number x8083 held at Fio Banka (Czech Republic). The account is held in the name of Varicok Company s.r.o. and the estimated value is $440,467.75.

11. Any and all bank funds, securities, or other assets on deposit or seized from account number x8086 held at Fio Banka (Czech Republic). The account is held in the name of Varicok Company s.r.o. and the estimated value is $29,287.55.

12. Any and all bank funds, securities, or other assets on deposit or seized from account number x8080 held at Fio Banka (Czech Republic). The account is held in the name of Varicok Company s.r.o. and the estimated value is $280,692.50.

13. Any and all bank funds, securities, or other assets on deposit or seized from account number LI090x held at AS LHV Pank (Estonia). The account is held in the name of Olist O.U. and the estimated value is $1,725,000.

14. Any and all bank funds, securities, or other assets on deposit or seized from account number LI090x held at Bank Frick (Liechtenstein).  The account is held in the name of Ad Tech BV and the estimated value is $8,292.87.

15. Any and all bank funds, securities, or other assets on deposit or seized from account number LI300x held at Bank Frick (Liechtenstein). The account is held in the name of Ad Tech BV and the estimated value is $2,601,164.44.

16. Any and all bank funds, securities, or other assets on deposit or seized from account number LI740x held at Bank Frick (Liechtenstein). The account is held in the name of Ad Tech BV and the estimated value is $1,533,820.07.

17. Any and all bank funds, securities, or other assets on deposit or seized from account number LI900x held at Bank Frick (Liechtenstein). The account is held in the name of Ad Tech BV and the estimated value is $1,598,027.

18. Any and all bank funds, securities, or other assets on deposit or seized from account number x7664 held at Knab Bank (Netherlands). The account is held in the name of Procop Services BV and the estimated value is $2,700,000.

DANIEL J. QUIGLEY, PLC
5425 E. Broadway Boulevard, Suite 352
Tucson, Arizona 85711
Telephone: (520) 867-4430

19. Any and all bank funds, securities, or other assets on deposit or seized from account number x2452 held at Rabo Bank (Netherlands). The account is held in the name of Guilietta Group BV and the estimated value is $650,000.

20. Any and all bank funds, securities, or other assets on deposit or seized from account number x4721 held at Rabo Bank (Netherlands).  The account is held in the name of Guilietta Group BV and the estimated value is $650,000.

21. Any and all bank funds, securities, or other assets on deposit or seized from an account at Cashflows Europe Ltd (UK) held in the name of Gulietta Group BV. The estimated value is $613,343.07.

22. Any and all bank funds, securities, or other assets on deposit or seized from an account at Cashflows Europe Ltd (UK) held in the name of Universeads BV. The estimated value is $79,304.96.

23. Any and all bank funds, securities, or other assets on deposit or seized from an account at Cashflows Europe (UK) held in the name of Procop Services BV. The estimated value is $146,245.91.

**C. Domain Names**

1.     admoderation.com (Versio)

2.     admoderators.com (Versio)

3.     adnet.ws (NetNames)

4.     adplace24.com (Versio)

5.     adplaces24.com (Versio)

6.     adpost24.com (Versio)

7.     adpost24.cz (GoDaddy)

8.     adquick365.com (Versio)

9.     adreputation.com (NetNames)

10.    ads-posted-mp.com (Versio)

DANIEL J. QUIGLEY, PLC
5425 E. Broadway Boulevard, Suite 352
Tucson, Arizona 85711
Telephone: (520) 867-4430

11.   adsplace24.com (Versio)

12.   adspot24.com (Versio)

13.   adspots24.com (Versio)

14.   adsspot24.com (Versio)

15.   adtechbv.co.nl (NetNames)

16.   adtechbv.com (NetNames)

17.   adtechbv.nl (NetNames)

18.   advert-ep.com (Versio)

19.   adverts-mp.com (Versio)

20.   axme.com (GoDaddy)

21.   back0age.com (NetNames)

22.   backpa.ge (NetNames)

23.   backpaee.com (NetNames)

24.   backpage-insider.com (NetNames)

25.   backpage.adult (NetNames)

26.   backpage.ae (NetNames)

27.   backpage.at (NetNames)

28.   backpage.ax (NetNames)

29.   backpage.be (NetNames)

30.   backpage.bg (European domains)

31.   backpage.bg (NetNames)

32.   backpage.ca (NetNames)

33.   backpage.cl (NetNames)

34.   backpage.cn (European domains)

35.   backpage.cn (NetNames)

36.   backpage.co.id (NetNames)

**DANIEL J. QUIGLEY, PLC**
5425 E. Broadway Boulevard, Suite 352
Tucson, Arizona 85711
Telephone: (520) 867-4430

37. backpage.co.nl (European domains)

38. backpage.co.nl (NetNames)

39. backpage.co.nz (NetNames)

40. backpage.co.uk (NetNames)

41. backpage.co.ve (NetNames)

42. backpage.co.za (NetNames)

43. backpage.com (NetNames)

44. backpage.com.ar (NetNames)

45. backpage.com.au (NetNames)

46. backpage.com.ph (NetNames)

47. backpage.cz (NetNames)

48. backpage.dk (NetNames)

49. backpage.ec (NetNames)

50. backpage.ee (European domains)

51. backpage.ee (NetNames)

52. backpage.es (NetNames)

53. backpage.fi (European domains)

54. backpage.fi (NetNames)

55. backpage.fr (European domains)

56. backpage.fr (NetNames)

57. backpage.gr (European domains)

58. backpage.gr (NetNames)

59. backpage.hk (European domains)

60. backpage.hk (NetNames)

61. backpage.hu (European domains)

62. backpage.hu (NetNames)

DANIEL J. QUIGLEY, PLC
5425 E. Broadway Boulevard, Suite 352
Tucson, Arizona 85711
Telephone: (520) 867-4430

**DANIEL J. QUIGLEY, PLC**
5425 E. Broadway Boulevard, Suite 352
Tucson, Arizona 85711
Telephone: (520) 867-4430

63.   backpage.ie (NetNames)

64.   backpage.in (NetNames)

65.   backpage.it (NetNames)

66.   backpage.jp (NetNames)

67.   backpage.kr (NetNames)

68.   backpage.lt (NetNames)

69.   backpage.lv (European domains)

70.   backpage.lv (NetNames)

71.   backpage.me (NetNames)

72.   backpage.mx (NetNames)

73.   backpage.my (NetNames)

74.   backpage.net (NetNames)

75.   backpage.nl (NetNames)

76.   backpage.no (European domains)

77.   backpage.no (NetNames)

78.   backpage.nz (NetNames)

79.   backpage.pe (NetNames)

80.   backpage.ph (NetNames)

81.   backpage.pk (NetNames)

82.   backpage.pl (NetNames)

83.   backpage.porn (NetNames)

84.   backpage.pt (NetNames)

85.   backpage.ro (European domains)

86.   backpage.ro (NetNames)

87.   backpage.se (NetNames)

88.   backpage.sex (NetNames)

89.  backpage.sg (NetNames)

90.  backpage.si (European domains)

91.  backpage.si (NetNames)

92.  backpage.sk (European domains)

93.  backpage.sk (NetNames)

94.  backpage.sucks (NetNames)

95.  backpage.tw (NetNames)

96.  backpage.uk (NetNames)

97.  backpage.uk.com (NetNames)

98.  backpage.us (NetNames)

99.  backpage.vn (NetNames)

100.  backpage.xxx (NetNames)

101.  backpage.xyz (NetNames)

102.  backpagecompimp.com (NetNames)

103.  backpagecompimps.com (NetNames)

104.  backpagepimp.com (NetNames)

105.  backpagepimps.com (NetNames)

106.  backpagg.com (NetNames)

107.  backpagm.com (NetNames)

108.  backpagu.com (NetNames)

109.  backpaoe.com (NetNames)

110.  backpawe.com (NetNames)

111.  backqage.com (NetNames)

112.  backrage.com (NetNames)

113.  backxage.com (NetNames)

114.  bakkpage.com (NetNames)

DANIEL J. QUIGLEY, PLC
5425 E. Broadway Boulevard, Suite 352
Tucson, Arizona 85711
Telephone: (520) 867-4430

115.   bcklistings.com (NetNames)

116.   bestofbackpage.com (NetNames)

117.   bestofbigcity.com (NetNames)

118.   bickpage.com (NetNames)

119.   bigcity.com (NetNames)

120.   bpclassified.com (NetNames)

121.   bpclassifieds.com (NetNames)

122.   carlferrer.com (NetNames)

123.   clasificadosymas.com (NetNames)

124.   clasificadosymas.net (NetNames)

125.   clasificadosymas.org (NetNames)

126.   classifiedsolutions.co.uk (NetNames)

127.   classifiedsolutions.net (NetNames)

128.   classyadultads.com (Versio)

129.   columbusbackpage.com (NetNames)

130.   connecticutbackpage.com (NetNames)

131.   cracker.co.id (NetNames)

132.   cracker.com (NetNames)

133.   cracker.com.au (NetNames)

134.   cracker.id (NetNames)

135.   cracker.net.au (NetNames)

136.   crackers.com.au (NetNames)

137.   crackers.net.au (NetNames)

138.   ctbackpage.com (NetNames)

139.   dallasbackpage.com (NetNames)

140.   denverbackpage.com (NetNames)

**DANIEL J. QUIGLEY, PLC**
5425 E. Broadway Boulevard, Suite 352
Tucson, Arizona 85711
Telephone: (520) 867-4430

141.  easypost123.com (Versio)

142.  easyposts123.com (Versio)

143.  emais.com.pt (NetNames)

144.  evilempire.com (NetNames)

145.  ezpost123.com (Versio)

146.  fackpage.com (NetNames)

147.  fastadboard.com (Versio)

148.  guliettagroup.nl (Versio)

149.  htpp.org (NetNames)

150.  ichold.com (NetNames)

151.  internetspeechfoundation.com (nameisp)

152.  internetspeechfoundation.org (nameisp)

153.  loads2drive.com (NetNames)

154.  loadstodrive.com (NetNames)

155.  loadtodrive.com (NetNames)

156.  losangelesbackpage.com (NetNames)

157.  mediafilecloud.com (NetNames)

158.  miamibackpage.com (NetNames)

159.  minneapolisbackpage.com (NetNames)

160.  mobileposting.com (Versio)

161.  mobilepostings.com (Versio)

162.  mobilepostlist.com (Versio)

163.  mobilposting.com (Versio)

164.  naked.city (NetNames)

165.  nakedcity.com (NetNames)

166.  newyorkbackpage.com (NetNames)

DANIEL J. QUIGLEY, PLC
5425 E. Broadway Boulevard, Suite 352
Tucson, Arizona 85711
Telephone: (520) 867-4430

167. paidbyhour.com (NetNames)

168. petseekr.com (NetNames)

169. petsfindr.com (NetNames)

170. phoenixbackpage.com (NetNames)

171. posteasy123.com (Versio)

172. postfaster.com (NetNames)

173. postfastly.com (NetNames)

174. postfastr.com (NetNames)

175. postonlinewith.com (Versio)

176. postonlinewith.me (Versio)

177. postseasy123.com (Versio)

178. postsol.com (GoDaddy)

179. postszone24.com (Versio)

180. postzone24.com (Versio)

181. postzones24.com (Versio)

182. rentseekr.com (NetNames)

183. results911.com (NetNames)

184. sandiegobackpage.com (NetNames)

185. sanfranciscobackpage.com (NetNames)

186. seattlebackpage.com (NetNames)

187. sellyostuffonline.com (Versio)

188. sfbackpage.com (NetNames)

189. simplepost24.com (Versio)

190. simpleposts24.com (Versio)

191. svc.ws (NetNames)

192. truckrjobs.com (NetNames)

193. ugctechgroup.com (NetNames)

194. universads.nl (Versio)

195. villagevoicepimps.com (GoDaddy)

196. websitetechnologies.co.uk (NetNames)

197. websitetechnologies.com (NetNames)

198. websitetechnologies.net (NetNames)

199. websitetechnologies.nl (NetNames)

200. websitetechnologies.org (NetNames)

201. weprocessmoney.com (GoDaddy)

202. wst.ws (NetNames)

203. xn--yms-fla.com (NetNames)

204. ymas.ar.com (European domains)

205. ymas.br.com (European domains)

206. ymas.br.com (NetNames)

207. ymas.bz (European domains)

208. ymas.bz (NetNames)

209. ymas.cl (European domains)

210. ymas.cl (NetNames)

211. ymas.co.bz (European domains)

212. ymas.co.bz (NetNames)

213. ymas.co.cr (European domains)

214. ymas.co.cr (NetNames)

215. ymas.co.ni (European domains)

216. ymas.co.ni (NetNames)

217. ymas.co.ve (European domains)

218. ymas.co.ve (NetNames)

DANIEL J. QUIGLEY, PLC
5425 E. Broadway Boulevard, Suite 352
Tucson, Arizona 85711
Telephone: (520) 867-4430

219.   ymas.com (NetNames)

220.   ymas.com.br (European domains)

221.   ymas.com.br (NetNames)

222.   ymas.com.bz (European domains)

223.   ymas.com.bz (NetNames)

224.   ymas.com.co (European domains)

225.   ymas.com.co (NetNames)

226.   ymas.com.do (European domains)

227.   ymas.com.do (NetNames)

228.   ymas.com.ec (European domains)

229.   ymas.com.ec (NetNames)

230.   ymas.com.es (European domains)

231.   ymas.com.es (NetNames)

232.   ymas.com.gt (European domains)

233.   ymas.com.gt (NetNames)

234.   ymas.com.hn (European domains)

235.   ymas.com.hn (NetNames)

236.   ymas.com.mx  (NetNames)

237.   ymas.com.ni (European domains)

238.   ymas.com.ni (NetNames)

239.   ymas.com.pe (European domains)

240.   ymas.com.pe (NetNames)

241.   ymas.com.pr (European domains)

242.   ymas.com.pr (NetNames)

243.   ymas.com.pt  (NetNames)

244.   ymas.com.uy (European domains)

**DANIEL J. QUIGLEY, PLC**
5425 E. Broadway Boulevard, Suite 352
Tucson, Arizona 85711
Telephone: (520) 867-4430

245.   ymas.com.uy (NetNames)

246.   ymas.com.ve (European domains)

247.   ymas.com.ve (NetNames)

248.   ymas.cr (European domains

249.   ymas.cr (NetNames)

250.   ymas.do (European domains)

251.   ymas.do (NetNames)

252.   ymas.ec (European domains)

253.   ymas.ec (NetNames)

254.   ymas.es (European domains)

255.   ymas.es (NetNames)

256.   ymas.org (NetNames)

257.   ymas.pe (European domains)

258.   ymas.pe (NetNames)

259.   ymas.pt (NetNames)

260.   ymas.us (European domains)

261.   ymas.us (NetNames)

262.   ymas.uy (European domains)

263.   ymas.uy (NetNames)

264.   ymas.uy.com (European domains)

**D.    Security Deposits and Retainers/Deposits for Future Services**

1.   Deposit/retainer to DesertNet. The estimated value is $600,000.

2.   Deposit retainer to SalesForce Data Storage & Services. The estimated value is $113,458.

3.   Deposit/retainer to Sophos EndPoint. The estimated value is $14,225.

4.   Deposit/retainer to SHI VMWare. The estimated value is $180,417.

DANIEL J. QUIGLEY, PLC
5425 E. Broadway Boulevard, Suite 352
Tucson, Arizona 85711
Telephone: (520) 867-4430

5. Deposit/retainer to SalesForce Data Storage & Service. The estimated value is $113,458.

6. Deposit/retainer to SHI. The estimated value is $57,971.

7. Prepaid rent to Spaces. The estimated value is $97,607.

8. Security deposit to Spaces. The estimated value is $40,945.

9. Deposit/retainer to Switch Data Center. The estimated value is $85,993.05.

10. Any and all bank funds, securities, or other assets remaining In IOLTA account number x6180 at First Republic Bank at the conclusion of litigation in this case (with the understanding that the funds currently on deposit in that account may be withdrawn by counsel solely for the provision of legal services).

11. Any and all bank funds, securities, or other assets remaining In IOLTA account number x6255 at First Republic Bank at the conclusion of litigation in this case (with the understanding that the funds currently on deposit in that account may be withdrawn by counsel solely for the provision of legal services).

12. Any and all bank funds, securities, or other assets remaining In IOLTA account number x5978 at First Republic Bank at the conclusion of litigation in this case (with the understanding that the funds currently on deposit in that account may be withdrawn by counsel solely for the provision of legal services).

13. Any and all bank funds, securities, or other assets remaining In IOLTA account number x7091 at Wells Fargo Bank to fund the criminal defense of Backpage.com, LLC, Website Technologies, LLC, Posting Solutions LLC, Amstel River Holdings LLC, Ad Tech BV, and/or UGC Tech Group BV that are remaining in the account at the conclusion of litigation in this case (with the understanding that the funds currently on deposit in that account may be withdrawn by counsel solely for the provision of legal services).

**E.     Reserves and Accounts Receivable - Foreign**

DANIEL J. QUIGLEY, PLC
5425 E. Broadway Boulevard, Suite 352
Tucson, Arizona 85711
Telephone: (520) 867-4430

**DANIEL J. QUIGLEY, PLC**
5425 E. Broadway Boulevard, Suite 352
Tucson, Arizona 85711
Telephone: (520) 867-4430

1.   Any and all bank funds, securities, or other assets on deposit at Bank Frick & Co. Ag, Landstrasse 14, 9496 Blazers, Liechtenstein for the following companies: (a) Ad Tech BV, dba Cracker.com (estimated to be at least $1,439,203.51).

2.   Any and all bank funds, securities, or other assets on deposit at Borgun, Armuli 30, 108 Reykjavik, Iceland for the following companies: (a) Protecctio SRO, dba AdPost24.com (estimated to be at least $157,899.51); and (b) Goldleaf SRO, dba Fastadboard.com (estimated to be at least $341,768.81).

3.   Any and all bank funds, securities, or other assets on deposit at Cpc1 (Cashflows), Capital Park Cambridge, CB21 5XE, United Kingdom for the following companies: (a) Protecctio SRO, dba AdPost24.com (estimated to be at least $94,656.37); (b) Gulietta Group BV, dba Mobileposting.com (estimated to be at least $15,043.12; (c) Universads BV, dba Easypost123.com (estimated to be at least $332,595.37); (d) Procop Services BV, dba Postzone24.com (estimated to be at least $205,508.33); (e) Procop Services BV, dba Postix.com (estimated to be at least $225,454.43).

4.   Any and all bank funds, securities, or other assets on deposit at Cpc1(Cashflows), Capital Park, Cambridge, CB21 5XE, United Kingdom for Amex for the following companies: (a) Gulietta Group BV, dba mobileposting.com (estimated to be at least $1,042,803.72); (b) Universads BV, dba easypost123.com (estimated to be at least $221,211.47); (c) Procop Services BV, dba Postzone24.com (estimated to be at least $6,897.66); and (d) Procop Services BV, dba Postix.Com (estimated to be at least $28,738.20).

5.   Any and all bank funds, securities, or other assets on deposit at Comprocessing, 14 Tonbridge Chambers Pembury Road Tonbridge Kent TN9 2HZ United Kingdom for the following companies: (a) Gulietta Group BV, dba Mobileposting.com (estimated to be at least $661,276.95); (b) Universads BV, dba easypost123.com (estimated to be at least $952,506.56); (c) Protecctio SRO, dba adpost24.com (estimated to be at least

$1,383,949.27); (d) Goldleaf SRO, dba fastadboard.com (estimated to be at least $757,816.01); (e) Varicok SRO, dba postfree.com (estimated to be at least $278,652.63); (f) Procop Services BV, dba postzone24.com (estimated to be at least $142,114.96); and (g) Olist OU, dba jeboom.com (estimated to be at least $1,238,115.92).

6.   Any and all bank funds, securities, or other assets on deposit at Emerchantpay LTD, 29 Howard Street, North Shields, Tyne and Wear NE30 1AR, United Kingdom for the Neosurf card for the following companies: (a) Proteccio SRO, dba adpost24.com (estimated to be at least $136,792.29); (b) Goldleaf SRO, dba fastadbaord.com (estimated to be at least $248.27); (c) Varicok SRO, dba postfree.com (estimated to be at least $86,076.89); and (d) Olist OU, dba jeboom.com (estimated to be at least $509.21).

7.   Any and all bank funds, securities, or other assets on deposit at Kalixa, The Corn Mill, 1 Roydon Road, Stanstead Abbotts, Ware, Hertfordshire; SG12 BXL, United Kingdom for the following companies: (a) Gulietta Group BV, dba Mobileposting.com (estimated to be at least $342,522.89); (b) Universads BV, dba Easypost123.com (estimated to be at least $546,714.23); (c) Procop Services BV, dbs Postzone24.com (estimated to be at least $94,134.65); and (d) Procop Services BV, dba Postix.com (estimated to be at least $141,617.92).

8.   Any and all bank funds, securities, or other assets on deposit at Korta Bank RafstoQvarvegi 7 │110 Reykjavik, Iceland for the following companies: (a) Proteccio SRO, dba Adpost24.com (estimated to be at least 1,783,607.59); (b) Universads BV, dba Easypostl23.com (estimated to be 178,011.10); (c) Goldleaf SRO, dba FAstADBoard.com (estimated least $2,128,385.54); (d) Varicok SRO, dba Postfree.com estimated to be at least $448,593.62); (e) Procop Services BV, dba Postix.com (estimated to be at least $133,611.63); (f) Olist OU, dba Jeboom.com (estimated to be at least $675,552.56).

DANIEL J. QUIGLEY, PLC
5425 E. Broadway Boulevard, Suite 352
Tucson, Arizona 85711
Telephone: (520) 867-4430

9. Any and all bank funds, securities, or other assets on deposit at Kvika Bank, Borgartún 25, 6th Floor, 105 Reykjavik, Iceland for the following companies: (a) Gulietta Group BV, dba mobileposting.com (estimated to be at least $116,880.00).

10. Any and all bank funds, securities, or other assets on deposit at Masa Pay, 19f Hangke Building No.92 Yuan Shen Rd. Pudong, Shanghai 200120 China for the following companies: (a) Goldleaf SRO, dba fastadboard.com (estimated to be at least $87,799.92).

11. Any and all bank funds, securities, or other assets on deposit at Poli Payments Pty Limited, Level 8. 222 Exhibition Street, Melbourne, Victoria, 3000 for the following companies: (a) Ad Tech BV, dba Cracker.com (estimated to be at least $471,960.05).

12. Any and all bank funds, securities, or other assets on deposit at Transact Europe, 52-54 Dimitar Hadzhikotsev Str., 1421 Sofia, Bulgaria for the following companies: (a) Protecctio SRO, dba adpost24.com (estimated to be at least $720,254.57); (b) Goldleaf SRO, dba fastadboard.com to be at least $1,375,661.62); and (c) Procop Services BV, dba postix.com (estimated to be at least $130,962.90).

13. Any and all bank funds, securities, or other assets on deposit at Worldline SA/NV, Haachtsesteenweg 1442, 1130 Brussels, Belgium for the following companies: (a) Protecctio SRO, dba adpost24.com (estimated to be at least $767,421.64); and (b) Procop Services BV, dba postix.com (estimated to be at least $121,701.67).

14. Any and all bank funds, securities, or other assets on deposit at DCR Strategies INC., 2680 Skymark Ave. Suite 420 Mississauga, ON, L4W 5L6 for the following companies: (a) Posting Solutions LLC, dba Postfastr.com (estimated to be at least $503,425.14).

15. Any and all bank funds, securities, or other assets on deposit at Ecorepay, aka BillPro Pty Ltd, Operations Level 5 / 12 Commercial Road, Newstead, Queensland 4006 Australia for the following companies: (a) Classified Strategies Cooperatief U.A., dba Backpage.com and cracker.com (estimated to be at least $846,414.00).

**DANIEL J. QUIGLEY, PLC**
5425 E. Broadway Boulevard, Suite 352
Tucson, Arizona 85711
Telephone: (520) 867-4430

**DANIEL J. QUIGLEY, PLC**
5425 E. Broadway Boulevard, Suite 352
Tucson, Arizona 85711
Telephone: (520) 867-4430

16. Any and all bank funds, securities, or other assets on deposit at Ipaydna International Limited, Level 12, 1 Peking Road, Tsim Sha Tsui, Kowloon, Hong Kong or Ipaydna (EU) Limited, Suite B, 29 Harley Street, London, W1G9QR, United Kingdom, for the following companies: (a) Classified Solutions Ltd., dba Backpage.com (estimated to be at least $809,492.29).

**F.      Reserves and Accounts Receivable - Domestic**

1.   Any and all bank funds, securities, or other assets on deposit at Paymitco, 4700 Millenia Blvd. Suite 175, Orlando, Florida 32839 for the following companies: (a) Posting Solutions LLC, dba backpage.com (estimated to be at least $647,410.05).

2.   Any and all bank funds, securities, or other assets on deposit at Romit, 25 Taylor St., San Francisco, CA 94123 for the following companies: (a) Website Technologies LLC, dba backpage.com (estimated to be at least $600,777.43).

3.   Any and all bank funds, securities, or other assets on deposit at Cardquiry with Posting Solutions LLC, 2209 E. Lexington Ave, Fresno, CA 93720 for the following companies: (a) Posting Solutions LLC, dba backpage.com (estimated to be at least $275,381.95).

4.   Any and all bank funds, securities, or other assets on deposit at Business & Corporate Development, LLC, A South Carolina Limited Liability ("Bcd") for the following companies: (a) Protecctio SRO, dba adpost24.com (estimated to be at least $396.59); (b) Gulietta Group BV, dba mobileposting.com (estimated to be at least $33,416.02); (c) Universads BV, dba easypostl23.com (estimated to be at least $15,942.60); (d) Goldleaf SRO, dba fastadboard.com (estimated to be at least $11,793.50) (e) Varicok SRO, dba postfree.com (estimated to be at least $5,191.95); (f) Procop Services BV, dba postix.com (estimated to be at least $1,379.57); (g) Procop Services BV, dba postzone24.com (estimated to be at least $1,084.12); (h) Olist OU, dba jeboom.com

(estimated to be at least $5,637.20); and (i) Posting Solutions LLC, dba backpage.com (estimated to be at least $328,667.76).

### G.    Trademarks and Other Intellectual Property

1. Backpage (United States, Australia, Canada, Europe).

2. Cracker (Australia).

3. All social media accounts affiliated with Backpage.com (e.g., Twitter account).

## II.    FACTUAL BASIS FOR PETITIONER'S INTEREST IN THE SUBJECT ASSETS

1.    The procedures relating to the criminal forfeiture proceedings in this case are governed by 21 U.S.C. § 853 and Federal Rule of Criminal Procedure 32.2.

2.    There are only two bases upon which the government may criminally forfeit property: (1) as "offense property" meaning property which has a "nexus" to the crime for which the defendant was convicted; or (2) as "substitute property" meaning "any other property of the defendant."  See 21 U.S.C. § 853(a); 21 U.S.C. § 853(p); Fed. R. Crim. P. 32.2(b)(1)(A); see also 18 U.S.C. § 981(a) and 28 U.S.C. § 2461(c).

3.    The government has failed to sufficiently allege that the Subject Assets have a nexus to the crime.  The Preliminary Order of Forfeiture alleges that the Subject Assets represent or are traceable to proceeds of the underlying violation of conviction.  However, the government has not sufficiently analyzed deposits into the subject bank accounts or other disbursements from these accounts, nor conducted and set forth a sufficient tracing analysis to establish the Subject Assets as traceable to proceeds of a crime.  Thus, the government has failed to establish the requisite nexus between the property sought to be forfeited and the offenses of conviction.  *See United States v. Rothstein, Rosenfeldt, Adler, P.A.*, 717 F.3d 1205 (11th Cir. 2013).

4.    On information and belief, the government first asserted the Subject Assets were subject to forfeiture on April 5, 2018. *See* Plea Agreement, Docket #8.

**DANIEL J. QUIGLEY, PLC**
5425 E. Broadway Boulevard, Suite 352
Tucson, Arizona 85711
Telephone: (520) 867-4430

23

5.      On information and belief, Petitioner acquired its right, title, and interest in the Subject Assets prior to the defendants' commission of the offenses to which they plead guilty. Thus, Petitioner's right, title, and interest in the property predates, and is superior to, the government's interest. *See United States v. Peterson*, 820 F. Supp. 2d 576, 585 (S.D.N.Y. 2011).

6.      On information and belief, on or about April 22, 2015, Atlantische Bedrijven C.V. ("ABC") and UGC Tech Group C.V. ("UGC") entered into purchase agreements, loan agreements, and promissory notes with affiliates of Petitioner. On information and belief, the obligations of ABC and UGC under the purchase agreements, loan agreements, and promissory notes, as modified, are secured by liens arising under security agreements, executed on or about April 22, 2015, encumbering, among other things, the assets of Backpage.com, LLC ("Backpage"), Website Technologies, LLC ("WST"), Posting Solutions LLC ("PS"), Ad Tech BV ("Ad Tech"), UGC, and ABC.

7.      The security agreements state that they encumber the following assets of Backpage, WST, PS, Ad Tech, UGC, and ABC: "all personal and property of every kind and nature including without limitation all goods (including inventory, equipment and any accessions thereto), fixtures, instruments (including promissory notes), documents, accounts (including health-care-insurance receivables), chattel paper (whether tangible or electronic), deposit accounts, letter-of-credit rights (whether or not the letter of credit is evidenced by a writing), commercial tort claims, securities and all other investment property, supporting obligations, any other contract rights or rights to the payment of money, insurance claims and proceeds, all general intangibles (including all payment intangibles), the IP Collateral (as defined in the following paragraph), and all products and proceeds of all of the foregoing property."

8.      The security agreements define IP Collateral as: "(i) all patents, patent applications and utility models, all inventions and improvements claimed therein and the

**DANIEL J. QUIGLEY, PLC**
5425 E. Broadway Boulevard, Suite 352
Tucson, Arizona 85711
Telephone: (520) 867-4430

24

right to claim any inventions disclosed but unclaimed therein; (ii) all trademarks, service marks, domain names, trade dress, logos, designs, slogans, trade names, business names, corporate names and other source identifiers, whether registered or unregistered, together, in each case, with the goodwill of the business connected with the use thereof and symbolized thereby; (iii) all copyrights, including, without limitation, copyrights in computer software, internet web sites and the content thereof, whether registered or unregistered; (iv) all registrations and applications for registration for any of the foregoing; (v) all agreements, permits, consents, orders, leases, licenses and franchises relating to the license, development, use or disclosure of any of the foregoing to which such Grantor, now or hereafter, is a party or a beneficiary; (vi) all reissues, divisions, continuations, continuations-in-part, extensions, renewals and reexaminations of any of the foregoing, all rights in the foregoing provided by international treaties or conventions, all rights corresponding thereto throughout the world and all other rights of any kind whatsoever of such Grantor accruing thereunder or pertaining thereto; (vii) any and all claims for damages, other payments and/or injunctive relief for past, present and future infringement, dilution, misappropriation, violation, misuse or breach with respect to any of the foregoing, with the right, but not the obligation, to sue for and collect, or otherwise recover, such damages, payments or other relief; and (viii) any and all proceeds of, collateral for, income, royalties and other payments now or hereafter due and/or payable with respect to, and supporting obligations relating to, any and all of the foregoing, and, to the extent not otherwise included, all payments under insurance (whether or not the Secured Party is the loss payee thereof), or any indemnity, warranty or guaranty, payable by reason of loss or damage to or otherwise with respect to any of the foregoing."

9.     On information and belief, financing statements were filed with the Delaware Secretary of State, the Recorder of Deeds in the District of Columbia, and the Texas Secretary of State in April 2015 to perfect security interests in the collateral.

DANIEL J. QUIGLEY, PLC
5425 E. Broadway Boulevard, Suite 352
Tucson, Arizona 85711
Telephone: (520) 867-4430

25

10.     Petitioner has the right to advancement and indemnification from ABC and UGC under the purchase agreements and loan agreements, which advancement and indemnification obligations are guaranteed by Backpage, WST, PS, and Ad Tech and secured by the security interests in the Subject Assets.

11.     Carl A. Ferrer also guaranteed the obligations of ABC and UGC under the notes and the purchase agreements and loan agreements.

12.      On information and belief, the Subject Assets do not contain or constitute criminal proceeds.

13.     On information and belief, Petitioner's interest in the Subject Assets precedes the government's purported interest in the Subject Assets.

14.     On information and belief, Petitioner also acquired its interest in the Subject Assets as a bona fide purchaser for value.  Therefore, Petitioner's interest in the Subject Assets is superior to the government's purported interest.

15.     The Forfeiture Order should be amended to exclude Petitioner's right, title, and interest in the Subject Assets.

WHEREFORE, Petitioner respectfully requests that the Subject Assets be excluded from the Forfeiture Order and this Petition be granted in its entirety, together with such other and further relief as this Court deems equitable and proper.

July 1, 2018.


                                        /s/ *Daniel J. Quigley*
                                        Daniel J. Quigley
                                        Attorney for Medalist Holdings, Inc.

DANIEL J. QUIGLEY, PLC
5425 E. Broadway Boulevard, Suite 352
Tucson, Arizona 85711
Telephone: (520) 867-4430

1

2

## <u>CERTIFICATE OF SERVICE</u>

3

4

5

     I hereby certify that on July 1, 2018, I electronically transmitted the attached document to the Clerk's office using the ECF System and copies were served on the parties by Notice of Electronic Filing generated and transmitted by the ECF system.

6

  */s/ Daniel J. Quigley*

7

8

9

10

**DANIEL J. QUIGLEY, PLC**
5425 E. Broadway Boulevard, Suite 352
Tucson, Arizona 85711
Telephone: (520) 867-4430

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1

**VERIFICATION**

2

3        Daniel J. Quigley declares under penalty of perjury under the laws of the United

4   States of America:

5        I am an agent of petitioner Medalist Holdings, Inc., authorized to sign this Verified

6   Petition for petitioner.  I have read the foregoing Verified Petition and its contents are true

7   and correct to the best of my own knowledge, except for  matters stated on information and

8   belief, which I believe to be true.

9   Dated: July 1, 2018                          /s/ *Daniel J. Quigley*_____

10                                               Daniel J. Quigley
                                                 Authorized Agent for
11                                               Medalist Holdings, Inc.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**DANIEL J. QUIGLEY, PLC**
5425 E. Broadway Boulevard, Suite 352
Tucson, Arizona  85711
Telephone: (520) 867-4430