ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
KEVIN M. RAPP (Ariz. Bar No. 14249),
kevin.rapp@usdoj.gov
MARGARET PERLMETER (Ariz. Bar No. 024805),
margaret.perlmeter@usdoj.gov
PETER S. KOZINETS (Ariz. Bar No. 019856),
peter.kozinets@usdoj.gov
ANDREW C. STONE (Ariz. Bar No. 026543),
andrew.stone@usdoj.gov
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

JOHN J. KUCERA (Cal. Bar No. 274184),
john.kucera@usdoj.gov
Special Assistant U.S. Attorney
312 N. Spring Street, Suite 1400
Los Angeles, CA 90012
Telephone (213) 894-3391

BRIAN BENCZKOWSKI
Assistant Attorney General
Criminal Division, U.S. Department of Justice

REGINALD E. JONES (Miss. Bar No. 102806),
reginald.jones4@usdoj.gov
Senior Trial Attorney, U.S. Department of Justice
Child Exploitation and Obscenity Section
950 Pennsylvania Ave N.W., Room 2116
Washington, D.C. 20530
Telephone (202) 616-2807

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>               v.<br><br>*BACKPAGE*.COM, LLC, ET AL.,<br><br>          Defendants. | No. CR 18-465-PHX-SPL (BSB)<br><br>STIPULATED STATEMENT OF FACTS |

From the time the court issued its Preliminary Order of Forfeiture, Defendants Backpage.com, LLC; Website Technologies, LLC; Posting Solutions, LLC; Amstel River Holdings, LLC; Ad Tech BV; and UGC Tech Group BV, and the United States have worked together to identify all assets subject to forfeiture as property involved in the money laundering offense to which the Defendants pled guilty.  The parties have now identified the following accounts as ones to which funds derived from "specified unlawful activity" (as defined in 18 U.S.C. § 1956(c)(7)) were transferred by the Defendants in furtherance of the conspiracy to violate the money laundering laws, including a conspiracy to conduct a transaction involving more than $10,000 in criminally-derived funds in violation of Section 1957.  As such, the United States and the Defendants agree that these additional assets are subject to forfeiture pursuant to 18 U.S.C. § 982(a)(1) as "property involved" in the money laundering offense of which the Defendants have been convicted.

Specifically, at various times in the course of the money laundering conspiracy, the Defendants transferred the millions of dollars to the following accounts to serve as retainers to pay the legal fees of the Defendants.  The amounts sets forth in parentheses are estimates of the amounts that were transferred at the time the transfers occurred, and may or may not reflect the balances in those accounts at this time.

- Davis Wright Tremaine LLP ($6.25 million): Bank of America Account No. 50033414
- Perkins Coie LLP ($2.9 million): US Bank Account No. 153555921235

- Rusing Lopez & Lizardi PLLC ($5.25 million): Bank of the West Account No. 35171363
- Prince Lobel Tye LLP ($100,000): Citibank Account No. 1255451369
- Copeland, Franco, Screws & Gill, P.A. ($100,000): Wells Fargo Bank Account No. 2000608102052
- Wayne B. Giampietro LLC ($100,000): JP Morgan Chase Bank Account No. 616275397
- Walters Law Group ($100,000): JP Morgan Chase Bank Account No. 851844381
- Akin Gump Strauss Haeur & Feld LLP ($250,000): Citi Private Bank Account No. 9250397941
- Thompson Coburn LLP ($100,000): US Bank Private Client Reserve Account No. 1001423332

/ / /

/ / /

The Defendants agree that the funds transferred to these accounts are subject to forfeiture under Section 982(a)(1) because they were involved in a money laundering offense, to wit: a conspiracy to violate 18 U.S.C. § 1957, and affirmatively waive any defense to the forfeiture under any provision of law, including 18 U.S.C. § 1957(f)(1).

Dated: October 15, 2018        Respectfully submitted,

ELIZABETH STRANGE
First Assistant United States Attorney
District of Arizona

BRIAN BENCZOWSKI
Assistant Attorney General
Criminal Division, U.S. Department of Justice

KEVIN RAPP
MARGARET PERLMETER
ANDREW STONE
PETER KOZINETS
Assistant United States Attorneys

REGINALD JONES
Senior Trial Attorney

　　　　/s/*John J. Kucera*　　　　

JOHN J. KUCERA
Special Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

October 15, 2018            __/s/(e-mail confirmation)_____
Date                        DAVID BOTSFORD
                            Attorney for Defendants
                            Backpage.com, LLC (Defendant #1)
                            Website Technologies, LLC (Defendant #2)
                            Posting Solutions, LLC (Defendant #3)
                            Amstel River Holdings, LLC (Defendant #4)
                            Ad Tech BV (Defendant #5)
                            UGC Tech Group BV (Defendant #6)