**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America, | No. CR-18-00465-PHX-SPL |
| Plaintiff, | **ORDER** |
| v. | |
| Backpage.com LLC, et al, | |
| Defendants. | |

Pending before the Court is the parties' Stipulated Motion to Amend and Supplement Preliminary Order of Forfeiture. (Doc. 43)

Defendants Backpage.com, LLC; Website Technologies LLC; Posting Solutions LLC; Amstel River Holdings LLC; Ad Tech BV; and UGC Tech Group CV (together, the "Defendants") have pled guilty to conspiring to violate the money laundering laws in violation of 18 U.S.C. § 1956(h) and have agreed to the forfeiture of all property involved in that offense pursuant to 18 U.S.C. § 982(a)(1).  On May 16, 2018, the Court entered a Preliminary Order of Forfeiture pursuant to Rule 32.2(b) of the Federal Rules of Criminal Procedure directing the Defendants to forfeit certain property. (Doc. 22)  The Preliminary Order of Forfeiture expressly provided that the Court would retain jurisdiction to amend the Order pursuant to Rule 32.2(e) as necessary to include any additional property that might be subject to forfeiture in connection with the offenses for which the Defendants pled guilty. *Id*. at 25.

The Defendants and the United States have now moved pursuant to Rule 32.2(e) to

amend the Preliminary Order of Forfeiture to include additional assets that were involved in the money laundering offense within the meaning of 18 U.S.C. § 982(a)(1). Based on the Stipulated Statement of Facts (Doc. 42), the Court finds that the following assets were derived from "specified unlawful activity" and transferred by the Defendants in the course of the conspiracy in amounts exceeding $10,000 in violation of 18 U.S.C. § 1957. Accordingly,

**IT IS ORDERED** that the Preliminary Order of Forfeiture (Doc. 22) is amended to include the following assets as property involved in the money laundering conspiracy to which the Defendants have pled guilty and as property forfeited to the United States.

- Davis Wright Tremaine LLP ($6.25 million): Bank of America Account No. 50033414
- Perkins Coie LLP ($2.9 million): US Bank Account No. 153555921235
- Rusing Lopez & Lizardi PLLC ($5.25 million): Bank of the West Account No. 35171363
- Prince Lobel Tye LLP ($100,000): Citibank Account No. 1255451369
- Copeland, Franco, Screws & Gill, P.A. ($100,000): Wells Fargo Bank Account No. 2000608102052
- Wayne B. Giampietro LLC ($100,000): JP Morgan Chase Bank Account No. 616275397
- Walters Law Group ($100,000): JP Morgan Chase Bank Account No. 851844381
- Akin Gump Strauss Haeur & Feld LLP ($250,000): Citi Private Bank Account No. 9250397941
- Thompson Coburn LLP ($100,000): US Bank Private Client Reserve Account No. 1001423332

**IT IS FURTHER ORDERED** that the Preliminary Order of Forfeiture (Doc. 22) is amended to make clear that the Defendants are required to forfeit all property involved in the money laundering offense to which they pled guilty, that the statutory basis for the

forfeiture is 18 U.S.C. § 982(a)(1), and that all of the property listed in the Preliminary Order as amended is subject to forfeiture under that statute.

All other provisions of the Preliminary Order of Forfeiture, including the provisions relating to the adjudication of third party claims to the forfeited property, shall remain in effect.

Dated this 18th day of October, 2018.

Honorable Steven P. Logan
United States District Judge