| AO 435 | | | |
|---|---|---|---|
| AZ Form (Rev. 10/2018) | **TRANSCRIPT ORDER** | | FOR COURT USE ONLY<br>DUE DATE: |

| 1. NAME Whitney Z. Bernstein | 2. PHONE NUMBER 949-369-3700 | 3. DATE 10-26-18 |
|---|---|---|
| 4. FIRM NAME Bienert Miller & Katzman, PLC | | |
| 5. MAILING ADDRESS 903 Calle Amanecer, Suite 350 | 6. CITY San Clemente | 7. STATE CA / 8. ZIP CODE 92673 |
| 9. CASE NUMBER 2:18-cr-00465-SPL | 10. JUDGE Logan | DATES OF PROCEEDINGS |
| | | 11. April 5, 2018 / 12. |
| 13. CASE NAME United States v. Backpage.com LLC, et al. | | LOCATION OF PROCEEDINGS |
| | | 14. Phoenix / 15. STATE AZ |

**16. ORDER FOR**
- [ ] APPEAL
- [x] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [ ] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER (Specify)

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) | |
| [ ] SENTENCING | | Plea Hearing | April 5, 2018 |
| [ ] BAIL HEARING | | | |

**18. ORDER**

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | [x] | [x] | | [ ] PAPER COPY | |
| 14 DAYS | [ ] | [ ] | | | |
| 7 DAYS (expedited) | [ ] | [ ] | | [x] PDF (e-mail) | |
| 3 DAYS | [ ] | [ ] | | | |
| DAILY | [ ] | [ ] | | [ ] ASCII (e-mail) | |
| HOURLY | [ ] | [ ] | | | |
| REALTIME | [ ] | [ ] | | E-MAIL ADDRESS tthomas@bmkattorneys.com | |

CERTIFICATION (19. & 20.) By signing below, I certify that I will pay all charges (deposit plus additional).

**NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.**

19. SIGNATURE /s/Whitney Z. Bernstein

20. DATE October 26, 2018

| TRANSCRIPT TO BE PREPARED BY | ESTIMATE TOTAL | |
|---|---|---|
| ORDER RECEIVED / DATE / BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | TOTAL DUE | |

**DISTRIBUTION:** COURT COPY  TRANSCRIPTION COPY  ORDER RECEIPT  ORDER COPY