IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>Backpage.com LLC, et al.,<br><br>　　　　　　Defendants. | No. CR-18-00465-PHX-SPL<br><br>**ORDER** |

　　　　The Government has filed a Motion for Leave to File Response to Movant Michael Lacey's Motion to Reconsider Order Granting Government's Motion to Amend/Correct and Supplement Preliminary Order of Forfeiture (Doc. 45) (Doc. 48), and lodged its proposed response (Doc. 48-2). Finding good cause,

　　　　**IT IS ORDERED** that the Motion for Leave to File Response (Doc. 48) is **granted**;

　　　　**IT IS FURTHER ORDERED** that the Clerk of Court shall filed the lodged proposed response (Doc. 48-2).

　　　　Dated this 2nd day of November, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Steven P. Logan
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge