Gary S. Lincenberg *(admitted pro hac vice)*
glincenberg@birdmarella.com
Ariel A. Neuman *(admitted pro hac vice)*
aneuman@birdmarella.com
Gopi K. Panchapakesan *(admitted pro hac vice)*
gpanchapakesan@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Petitioner John Brunst

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| United States of America, | Case No. 2:18-cr-00465-SPL |
| Plaintiff, | **PETITIONER JOHN BRUNST'S NOTICE OF JOINDER IN JAMES LARKIN'S MOTION TO STAY AND POSTPONE ANCILLARY HEARING** |
| vs. | |
| Backpage.com LLC, et al., | |
| Defendants. | Assigned to Hon. Steven P. Logan |

Petitioner John Brunst, by and through undersigned counsel, joins in Petitioner James Larkin's Motion to Stay and Postpone Ancillary Hearing (Dkt. No. 51) ("Motion").

Mr. Brunst agrees with the arguments made in Mr. Larkin's Motion. Mr. Brunst adopts the positions set forth in the Motion as if fully set forth herein.

DATED:  November 9, 2018

Gary S. Lincenberg
Ariel A. Neuman
Gopi K. Panchapakesan
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.


By:   */s/ Ariel A. Neuman*
             Ariel A. Neuman

*Attorneys for Petitioner John Brunst*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of November, 2018, I electronically transmitted the foregoing Petitioner John Brunst's Notice of Joinder in Defendant Larkin's Motion to Stay and Postpone Ancillary Hearing to the Clerk of the Court by filing with the CM/ECF system and understand a copy of the filing will be emailed to all registered CM/ECF registrants:

Honorable Steven P. Logan: logan_chambers@azd.uscourts.gov

John J. Kucera: John.Kucera@usdoj.gov
Kevin M. Rapp: Kevin.Rapp@usdoj.gov
Margaret Perlmeter: Margaret.Perlmeter@usdoj.gov
Reginald E. Jones: Reginald.Jones4@usdoj.gov
Andrew C. Stone: Andrew.Stone@usdoj.gov
Peter S. Kozinets: Peter.Kozinets@usdoj.gov
*Attorneys for Government*

Anne M. Chapman: anne@mscclaw.com
Lee D. Stein: lee@mscclaw.com
*As to all Defendants*

Paul John Cambria, Jr.: pcambria@lglaw.com
Erin E. McCampbell: emccampbell@lglaw.com
James C. Grant: jimgrant@dwt.com
Robert Corn-Revere: bobcornrevere@dwt.com
Ronald Gary London: ronnielondon@dwt.com
Janey Henze Cook: janey@henzecookmurphy.com
*Attorneys for Defendant Michael Lacey*

James C. Grant: jimgrant@dwt.com
John Lewis Littrell: jlittrell@bmkattorneys.com
Kenneth M. Miller: kmiller@bmkattorneys.com
Thomas H. Bienert, Jr.: tbienert@bmkattorneys.com
*Attorney for Defendant James Larkin*

Bruce S. Feder: bf@federlawpa.com
*Attorney for Defendant Scott Spear*

David Seiyei Wakukawa: dwakukawa@bgrfirm.com
K C Maxwell: kmaxwell@bgrfirm.com
*Attorney for Defendant Dan Hyer*

Michael L. Piccarreta: mlp@pd-law.com
*Attorney for Defendant Andrew Padilla*

1  Stephen M. Weiss: sweiss@karpweiss.com
   *Attorney for Defendant Joye Vaught*
2
3  By: /s/ Bora Lee