**KARP & WEISS, P.C.**
**3060 North Swan Road**
**Tucson, Arizona 85712-1225**
**Telephone (520) 325-4200**
**Facsimile (520) 325-4224**

**Stephen M. Weiss**
**PCC No. 61412**
**State Bar No. 002261**
sweiss@karpweiss.com

**Adam C. Page**
**PCC No. 66148**
**State Bar No. 025015**
apage@karpweiss.com

**Attorneys for**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>BACKPAGE.COM, LLC, et al.,<br><br>Defendants | No. 18-CR-00465-SPL<br><br>DEFENDANT JOYE VAUGHT'S NOTICE OF JOINDER IN DEFENDANT JAMES LARKIN'S MOTION TO STAY AND POSTPONE ANCILLARY HEARING<br><br>Hon. Stephen P. Logan<br>Date: November 16, 2018<br>Time: 9:00 a.m. |

It is expected that excludable delay under 18 U.S.C. §3161(h)(1) may occur as a result of tis Motion or an order based thereon, as explained more fully below.

The Defendant Joye Vaught, by and through her attorney Stephen M. Weiss, hereby joins in Defendant James Larkin's Motion to Stay and Postpone Ancillary Hearing (Doc 51) and adopts the positions set forth in said Motion as if fully set

forth herein.  The issues raised by Defendant Larkin in said Motion apply with equal force to Defendant Vaught.

DATED this 9th day of November 2018.

KARP & WEISS, P.C.


By: *Stephen M. Weiss*
Stephen M. Weiss
Attorney for Defendant Vaught

## CERTIFICATE OF SERVICE

I certify that on this 9th day of November, 2018, I electronically transmitted a PDF version of this document to the Clerk of the Court, using the CM/ECF system, for filing and for transmittal of a Notice of electronic Filing to the following CM/ECF registrants listed below.

Thomas H. Bienert, Jr., tbienert@bmkattorneys.com
Whitney Z. Bernstein, wbernstein@bmkattorneys.com
Andrew C. Stone, andrew.stone@usdoj.gov
Anthony Ray Bisconti, tbisconti@bmkattorneys.com
Ariel A. Neuman, aneuman@birdmarella.com
Bruce S. Feder, bf@federlawpa.com
Daniel J. Quigley, quigley@djqplc.com
David L. Botsford, dbotsford@aol.com, davidlbotsford@gmail.com
Erin McCampbell, emccampbell@lglaw.com
Gary S. Lincenbert, glincenbert@birdmarella.com
Gopi K. Panchapakesan, gpanchapakesan@birdmarella.com
John J. Kucera, john.kucera@usdoj.gov
K. C. Maxwell, kcm@kcmaxlaw.com
Kenneth M. Miller, kmiller@bmkattorneys.com
Kevin M. Rapp, Kevin.Rapp@usdoj.gov
Margaret Wu Perlmeter, margaret.perlmeter@usdoj.gov
Michael D. Kimerer, MDK@kimerer.com
Michael L. Piccarreta, mlp@pd-law.com
Peter S. Kozinets, Peter.Kozinets@usdoj.gov
Reginal E. Jones, reginald.jones4@usdoj.gov
Rhonda E. Neff, rneff@kimerer.com