IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,  )<br>  )<br>            Plaintiff,  )<br>vs.  )<br>  )<br>Backpage.com LLC, et al.,  )<br>  )<br>           Defendants.  )<br>  ) | No.  CR-18-00465-PHX-SPL<br><br>**ORDER** |

Before the Court is Movants' Motion to Stay and Postpone Ancillary Hearing. (Doc. 51)  Having considered the Movants' request,

**IT IS ORDERED** that the Motion to Stay and Postpone Ancillary Hearing (Doc. 51) is **granted in part**.  The hearing on all pending Petitions for Determination of Third Party Interest in Property Subject to Forfeiture (Docs. 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40) presently set for November 16, 2018 at 9:00 a.m. is **vacated and reset** for **December 7, 2018 at 9:30 a.m.** in Courtroom 501, 401 West Washington Street, Phoenix, AZ 85003 before Judge Steven P. Logan.

Dated this 14th day of November, 2018.

Honorable Steven P. Logan
United States District Judge