ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

KEVIN M. RAPP (Ariz. Bar No. 14249, kevin.rapp@usdoj.gov)
MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
PETER S. KOZINETS (Ariz. Bar No. 019856, peter.kozinets@usdoj.gov)
ANDREW C. STONE (Ariz. Bar No. 026543, andrew.stone@usdoj.gov)
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

JOHN J. KUCERA (Cal. Bar No. 274184, john.kucera@usdoj.gov)
Special Assistant U.S. Attorney
312 N. Spring Street, Suite 1200
Los Angeles, CA 90012
Telephone (213) 894-3391

JOHN P. CRONAN
Acting Assistant Attorney General
Criminal Division, U.S. Department of Justice

REGINALD E. JONES (Miss. Bar No. 102806, reginald.jones4@usdoj.gov)
Senior Trial Attorney, U.S. Department of Justice
Child Exploitation and Obscenity Section
950 Pennsylvania Ave N.W., Room 2116
Washington, D.C. 20530
Telephone (202) 616-2807
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, <br><br> Plaintiff, <br> vs. <br><br> 1-Backpage.com, LLC, <br> 2-Website Technologies, LLC, <br> 3-Posting Solutions, LLC, <br> 4-Amstel River Holdings, LLC, <br> 5-Ad Tech BV, <br> 6-UGC Tech Group CV, <br><br> Defendants. | CR-18-00465-PHX-SPL <br><br> **MOTION TO CONTINUE SENTENCING** <br><br> **(Second Request)** |

The United States of America hereby requests this Court to continue the sentencing

currently set for January 17, 2019, at 9:00 a.m. for defendants, Backpage.com, LLC, et al. for a period of six months because it is in the interest of justice. Defense counsel has no objection to this motion.

   Respectfully submitted this 7th day of December, 2018.

              ELIZABETH A STRANGE
              First Assistant United States Attorney
              District of Arizona

              JOHN P. CRONAN
              Acting Assistant Attorney General
              Criminal Division, U.S. Department of Justice

              *s/ Kevin M. Rapp*
              KEVIN M. RAPP
              MARGARET PERLMETER
              PETER S. KOZINETS
              ANDREW C. STONE
              Assistant U.S. Attorneys

              JOHN J. KUCERA
              Special Assistant U.S. Attorney

              REGINALD E. JONES
              Senior Trial Attorney
              U.S. Department of Justice, Criminal Division
              Child Exploitation and Obscenity Section

**CERTIFICATE OF SERVICE**

   I hereby certify that on this date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing.

   I hereby certify that on this same date, I served the attached document by Electronic mail, on the following, who may or may not be registered participants of the CM/ECF System:

   David Lawrence Botsford
   Botsford & Road
   1307 West Ave.
   Austin, TX 78701
   Email:  dbotsford@aol.com
   Attorney for Backpage.com, et al.

*s/ Angela Schuetta*
US Attorney's Office

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>  vs.<br><br>1-Backpage.com, LLC,<br>2-Website Technologies, LLC,<br>3-Posting Solutions, LLC,<br>4-Amstel River Holdings, LLC,<br>5-Ad Tech BV,<br>6-UGC Tech Group CV,<br><br>    Defendants. | No. CR-18-00465-PHX-SPL<br><br>**ORDER** |

The Court having reviewed the Government's Unopposed Motion to Continue Defendants' Sentencing Hearing (Doc. _____ ), and good cause appearing,

IT IS ORDERED granting the Government's Unopposed Motion to Continue Defendants' Sentencing Hearing.

IT IS FURTHER ORDERED continuing the Sentencing from January 17, 2019, to _____ at _____.