IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>vs.<br><br>Backpage.com, LLC, et al.<br><br>  Defendants. | No.  CR-18-00465-PHX-SPL<br><br>**ORDER** |

Before the Court is the Government's Motion to Continue Sentencing (Second Request). (Doc. 80)  Having considered the Government's request,

**IT IS ORDERED** that the Motion to Continue Sentencing (Second Request) (Doc. 80) is **granted**.  The sentencing hearing for Defendants Backpage.com, LLC, et al. presently set for January 17, 2019 at 9:00 a.m. is **vacated and reset** for **July, 18 2019 at 9:30 a.m.** in Courtroom 501, 401 West Washington Street, Phoenix, AZ 85003 before Judge Steven P. Logan.

Dated this 17th day of December, 2018.

Honorable Steven P. Logan
United States District Judge