Thomas H. Bienert, Jr., CA State Bar No. 135311, *admitted pro hac vice*
Whitney Z. Bernstein, CA State Bar No. 304917, *admitted pro hac vice*
BIENERT, MILLER & KATZMAN, PLC
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone:   (949) 369-3700
Facsimile:   (949) 369-3701
Email:   tbienert@bmkattorneys.com
         wbernstein@bmkattorneys.com
*Attorneys for James Larkin*

Paul J. Cambria, Jr., CA State Bar No. 177957, *admitted pro hac vice*
Erin E. McCampbell, NY State Bar No. 4480166, *admitted pro hac vice*
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite #120
Buffalo, New York 14202
Telephone:   (716) 849-1333
Facsimile:   (716) 855-1580
Email:   pcambria@lglaw.com
         emccampbell@lglaw.com
*Counsel for Michael Lacey*

Additional counsel listed on next page

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Backpage.com LLC, Website Technologies LLC, Posting Solutions LLC, Amstel River Holdings LLC, Ad Tech BV, and UGC Tech Group CV,<br><br>Defendants. | Case No. 18-CR-0465-SPL<br><br>**SECOND JOINT MOTION TO CONTINUE ANCILLARY HEARING**<br><br>Hon. Steven P. Logan<br>Date: January 25, 2019<br>Time: 9:30 a.m. |

Gary S. Lincenberg, CA State Bar No. 123058, *admitted pro hac vice*
Ariel A. Neuman, CA State Bar No. 241594, *admitted pro hac vice*
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067-2561
Telephone:  (310) 201-2100
Facsimile:  (310) 201-2110
Email:   glincenberg@birdmarella.com
         aneuman@birdmarella.com
*Counsel for John Brunst*

Michael L. Piccarreta, AZ Bar No. 003962
PICCARRETA DAVIS KEENAN FIDEL PC
2 E Congress St., Suite 1000
Tucson, Arizona 85701
Telephone:  (520) 622-6900
Facsimile:  (520) 622-0521
Email:   mlp@pd-law.com
*Counsel for Andrew Padilla*

Stephen M. Weiss, AZ Bar No. 002261
KARP & WEISS PC
3060 N Swan Rd.
Tucson, Arizona 85712
Telephone:  (520) 325-4200
Facsimile:  (520) 325-4224
Email:   sweiss@karpweiss.com
*Counsel for Joye Vaught*

Bruce Feder, AZ Bar No. 004832
FEDER LAW OFFICE, P.A.
2930 E. Camelback Road, Suite 160
Phoenix, Arizona 85016
Telephone:  (602) 257-0135
Email:   bf@federlawpa.com
*Counsel for Scott Spear*

Additional counsel listed on next page

Daniel James Quigley, AZ Bar No. 011052
DANIEL J QUIGLEY PLC
5425 E Broadway Blvd., Ste. 352
Tucson, AZ 85711
Telephone: (520) 867-4430
Email: quigley@djqplc.com
*Counsel for Medalist Holdings Incorporated;*
  *Leeward Holdings LLC;*
  *Camarillo Holdings LLC;*
  *Vermillion Holdings LLC;*
  *Shearwater Holdings LLC;*
  *Broadway Capital Corporation LLC;*
  *Remnant Corporation LC;*
  *Harbor Property Holdings LLC; and*
  *Cereus Properties LLC*

**SECOND JOINT MOTION TO CONTINUE ANCILLARY HEARING**

It is not expected that any excludable delay will occur as a result of this motion or an order based thereon.

The parties respectfully jointly request that the hearing on all pending Petitions for Determination of Third Party Interest in Property Subject to Forfeiture[1] presently set for January 25, 2019 at 9:30 a.m. (*see* Doc. 75) be continued for at least six months.  This continuance is jointly requested by the third-party petitioners as well as by government counsel to permit all parties reasonable time necessary for effective preparation of the substantive evidentiary hearing, taking into account due diligence, the press of business, and the parties' related litigation and upcoming hearings in other jurisdictions.

Movants maintain their request for a stay and postponement of this hearing as laid out in Doc. 51 (with joinders at Docs. 52, 53, 54, 55, 56, and 57).  Likewise, the government maintains its request for a continuance of this hearing as previously laid out in Doc. 59.  Nonetheless, all parties respectfully jointly request a continuance of the January 25, 2019 hearing date until at least July 25, 2019.

Respectfully submitted,

Dated:  January 14, 2019

BIENERT, MILLER & KATZMAN, PLC
*s/ Thomas H. Bienert*
Thomas H. Bienert
Whitney Z. Bernstein
Attorneys for James Larkin

LIPSITZ GREEN SCIME CAMBRIA LLP
*s/ Paul J. Cambria, Jr.*
Paul J. Cambria, Jr.
Erin McCampbell
Attorneys for Michael Lacey

---

[1] In the Court's previous order continuing this ancillary hearing (ECF Doc. No. 75), the Court specified that all pending Petitions include ECF Doc. Nos. 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 61, 62, 64, 65, 66, 67, 68, 69, 70, 71, 72, and 73.

BIRD MARELLA BOXER WOLPERT NESSIM
DROOKS LINCENBERG AND RHOW
*s/ Gary S. Lincenberg*
Gary S. Lincenberg
Ariel A. Neuman
Attorneys for John Brunst

FEDER LAW OFFICE, P.A.
*s/ Bruce Feder*
Bruce Feder
Attorneys for Scott Spear

PICCARRETA DAVIS KEENAN FIDEL PC
*s/Michael L. Piccarreta*
Michael L. Piccarreta
Attorneys for Andrew Padilla

KARP & WEISS PC
*s/Stephen M. Weiss*
Stephen M. Weiss
Attorneys for Joye Vaught

DANIEL J QUIGLEY PLC
*s/Daniel J. Quigley*
Daniel J. Quigley
Attorneys for Medalist Holdings Incorporated; Leeward Holdings LLC; Camarillo Holdings LLC; Vermillion Holdings LLC; Shearwater Holdings LLC; Broadway Capital Corporation LLC; Remnant Corporation LC; Harbor Property Holdings LLC; and Cereus Properties LLC

UNITED STATES ATTORNEY
*s/John J. Kucera*
John J. Kucera
Assistant U.S. Attorney

# CERTIFICATE OF SERVICE

I certify that on this 14th day of January 2019, I electronically transmitted a PDF version of this document to the Clerk of the Court, using the CM/ECF System, for filing and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants listed below.

*/s/ Toni Thomas*
Toni Thomas

David Lawrence Botsford, Botsford & Roark, dbotsford@aol.com
Erin E. McCampbell, Lipsitz Green Scime Cambria LLP, emccampbell@lglaw.com
Paul John Cambria, Jr., Lipsitz Green Scime Cambria LLP, pcambria@lglaw.com
Daniel James Quigley, Daniel J Quigley PLC, quigley@djqplc.com
Michael L. Piccarreta, Piccarreta Davis Keenan Fidel PC, mlp@pd-law.com
Anthony R. Bisconti, Bienert Miller & Katzman PLC, tbisconti@bmkattorneys.com
Kenneth M. Miller, Bienert Miller & Katzman PLC, kmiller@bmkattorneys.com
Thomas H. Bienert, Jr., Bienert Miller & Katzman PLC, tbienert@bmkattorneys.com
Whitney Z. Bernstein, Bienert Miller & Katzman PLC, wbernstein@bmkattorneys.com
K. C. Maxwell, Maxwell Law PC, kcm@kcmaxlaw.com
Adam Christian Page, Karp & Weiss PC, apage@karpweiss.com
Stephen M. Weiss, Karp & Weiss PC, sweiss@karpweiss.com
Ariel A. Neuman, Bird Marella, aan@birdmarella.com
Gary S. Lincenberg, Bird Marella, gsl@birdmarella.com
Gopi K. Panchapakesan, Bird Marella, gkp@birdmarella.com
Michael D. Kimerer, Kimerer & Derrick PC, MDK@kimerer.com
Rhonda Elaine Neff, Kimerer & Derrick PC, rneff@kimerer.com
Bruce S. Feder, Feder Law Office PA, bf@federlawpa.com
Andrew C. Stone, Assistant U.S. Attorney, andrew.stone@usdoj.gov
John J. Kucera, Assistant U.S. Attorney, john.kucera@usdoj.gov
Kevin M. Rapp, Assistant U.S. Attorney, kevin.rapp@usdoj.gov
Margaret Wu Perlmeter, Assistant U.S. Attorney, Margaret.perlmeter@usdoj.gov
Reginald E. Jones, Assistant U.S. Attorney, reginald.jones@usdoj.gov
Peter Shawn Kozinets, Assistant U.S. Attorney, peter.kozinets@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Backpage.com LLC, Website Technologies LLC, Posting Solutions LLC, Amstel River Holdings LLC, Ad Tech BV, and UGC Tech Group CV,<br><br>　　　　　　Defendants. | No. 18-CR-00465-SPL<br><br>**[PROPOSED] ORDER GRANTING SECOND JOINT MOTION TO CONTINUE ANCILLARY HEARING** |

　　Before the Court is Movants' and Government's Second Joint Motion to Continue Ancillary Hearing (Doc. ___). Having considered the Movants' and Government's request,

　　**IT IS ORDERED** that the Second Joint Motion to Continue Ancillary Hearing is granted. The hearing on all pending Petitions for Determination of Third Party Interest in Property Subject to Forfeiture presently set for January 25, 2019 at 9:30 a.m. is **vacated and reset** for _____ in Courtroom 501, 401 West Washington Street, Phoenix, AZ 85003 before the Honorable Steven P. Logan.

　　**IT IS FURTHER ORDERED** that excludable delay under 18 U.S.C. § 3161(h) will not result from the grant of this Order.

DATED this _____ day of _____, 2019.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Honorable Steven P. Logan
　　　　　　　　　　　　　　　　　　　　United States District Judge