IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CR 18-465-SPL |
| | ) | |
| Backpage.com LLC, et al. | ) | |
| | ) | |
| Defendants. | ) | |

DECLARATION OF PUBLICATION

In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules

of Criminal Procedure, notice of the forfeiture was posted on an official government internet

site (www.forfeiture.gov) for at least 30 consecutive days, beginning on December 07, 2018

and ending on January 05, 2019.   Attachment 1 consists of a copy of the notice on the

www.forfeiture.gov website.   Attachment 2 is a copy of the Advertisement Certification Report,

which documents that the notice was posted on the www.forfeiture.gov website for at least 18

hours a day for the required 30 consecutive days.

I declare under penalty of perjury that the foregoing is true and correct. Executed on

January 15, 2019, at Los Angeles, CA.


Cecilia Palacios

Records Examiner

Attachment 1

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
## COURT CASE NUMBER: CR 18-465; NOTICE OF FORFEITURE

Notice is hereby given that on October 18, 2018, in the case of U.S. v. Backpage.com LLC, et al., Court Case Number CR 18-465, the United States District Court for the District of Arizona entered an Order condemning and forfeiting the following property to the United States of America:

$3,713,121.03 in funds seized from Bank of America Acct #XXXX3414 in the name of Davis Wright Tremaine LLP (The estimated value is $6.25 million.), on August 13, 2018 (18-USP-001984)

$5,193,679.21 in funds seized from Bank of the West Account #XXXXX1363 in the name of Rusing Lopez & Lizardi PLLC (The estimated value is $5.25 million.), on November 13, 2018 (19-USP-000283)

$64,599.82 in bank funds seized from JP Morgan Chase Bank Account #XXXXX4381 in the name of Walters Law Group (The estimated value is $100,000.00), on November 13, 2018 (19-USP-000285)

$10,502.82 in funds seized from Citi Private Bank Account #XXXXX7941 in the name of Akin Gump Strauss Haeur & Feld LLP (The estimated value is 250,000.00.), on November 13, 2018 (19-USP-000285)

$77,390.12 in bank funds seized from Citibank Account #XXXXX1369 in the name of Prince Lobel Tye LLP (The estimated value is $100,000.00.), on November 09, 2018 (19-USP-000288)

$87,359.51 in bank funds seized from US Bank Private Client Reserve Account #XXXXX3332 in the name of Thompson Coburn LLP (The estimated value is $100,000.00.), on November 14, 2018 (19-USP-000289)

Funds in US Bank Account #XXXXX1235 in the name of Perkins Coie LLP (The estimated value is 2.9 million.) (19-USP-000290)

Funds in Wells Fargo Bank Account #XXXXX2052 in the name of Copeland, Franco, Screws & Gill, P.A. (The estimated value is $100,000.00.) (19-USP-000496)

Funds in JP Morgan Chase Bank Account #XXXXX5397 in the name of Wayne B. Giampietro LLC (The estimated value is $100,000.00.) (19-USP-000497)

The custodian of the property is the U.S. Postal Inspection Service located at 1055 N. Vignes Street, Los Angeles, CA 90012.

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file an ancillary petition within 60 days of the first date of publication (December 07, 2018) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The ancillary petition must be filed with the Clerk of the Court, 401 W Washington Street, Phoenix, AZ 85003, and a copy served upon Assistant United States Attorney John J. Kucera, 401 W Washington Street, Phoenix, AZ 85003. The ancillary petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all ancillary petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such ancillary petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture. A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury. See 28 U.S.C. Section 1746. For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9. The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a). The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b). The petition for remission need not be made in any particular form and may be filed online or in writing. You should file a petition for remission not later than 11:59 PM EST 30 days after the date of final publication of this notice. See 28 C.F.R. Section 9.3(a). The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition for remission form that may be mailed and the link to file a petition for remission online. If you cannot find the desired assets online, you must file your petition for remission in writing by sending it to Assistant United States Attorney John J. Kucera, 401 W Washington Street, Phoenix, AZ 85003. This website provides answers to frequently asked questions (FAQs) about filing a petition for remission. You may file both an ancillary petition with the court and a petition for remission or mitigation.

Attachment 2



**Advertisement Certification Report**

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between December 7, 2018 and January 05, 2019.  Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Backpage.com LLC, et al.

**Court Case No:**          CR 18-465
**For Asset ID(s):**        See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 12/07/2018 | 24.0 | Verified |
| 2 | 12/08/2018 | 24.0 | Verified |
| 3 | 12/09/2018 | 24.0 | Verified |
| 4 | 12/10/2018 | 24.0 | Verified |
| 5 | 12/11/2018 | 24.0 | Verified |
| 6 | 12/12/2018 | 24.0 | Verified |
| 7 | 12/13/2018 | 24.0 | Verified |
| 8 | 12/14/2018 | 24.0 | Verified |
| 9 | 12/15/2018 | 24.0 | Verified |
| 10 | 12/16/2018 | 24.0 | Verified |
| 11 | 12/17/2018 | 24.0 | Verified |
| 12 | 12/18/2018 | 24.0 | Verified |
| 13 | 12/19/2018 | 24.0 | Verified |
| 14 | 12/20/2018 | 24.0 | Verified |
| 15 | 12/21/2018 | 24.0 | Verified |
| 16 | 12/22/2018 | 24.0 | Verified |
| 17 | 12/23/2018 | 24.0 | Verified |
| 18 | 12/24/2018 | 24.0 | Verified |
| 19 | 12/25/2018 | 24.0 | Verified |
| 20 | 12/26/2018 | 24.0 | Verified |
| 21 | 12/27/2018 | 24.0 | Verified |
| 22 | 12/28/2018 | 24.0 | Verified |
| 23 | 12/29/2018 | 24.0 | Verified |
| 24 | 12/30/2018 | 24.0 | Verified |
| 25 | 12/31/2018 | 24.0 | Verified |
| 26 | 01/01/2019 | 24.0 | Verified |
| 27 | 01/02/2019 | 24.0 | Verified |
| 28 | 01/03/2019 | 24.0 | Verified |
| 29 | 01/04/2019 | 24.0 | Verified |
| 30 | 01/05/2019 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.