WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Backpage.com LLC, et al., )<br>)<br>Defendants. )<br>) | No. CR-18-00465-PHX-SPL<br><br>**ORDER** |

Before the Court is the Government's Amended Joint Motion to Temporarily Continue Ancillary Proceedings (Doc. 85).  Having considered the Movant's request along with the arguments set forth in the Second Joint Motion to Continue Ancillary Hearing (Doc. 82),

**IT IS ORDERED** that the Amended Joint Motion to Temporarily Continue Ancillary Proceedings (Doc. 85) is **granted**.  The hearing on all pending Petitions for Determination of Third Party Interest in Property Subject to Forfeiture (Docs. 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 61, 62, 64, 65, 66, 67, 68, 69, 70, 71, 72, 73) presently set for January, 25 2019 at 9:30 a.m. is **vacated and reset** for **June 21, 2019 at 9:30 a.m.** in Courtroom 501, 401 West Washington Street, Phoenix, AZ 85003.

Dated this 24th day of January, 2019.

Honorable Steven P. Logan
United States District Judge