IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Backpage.com LLC, et al.,<br><br>　　　　　　Defendants. | No.  CR-18-00465-PHX-DLR<br><br>**ORDER** |

　　　　I hereby recuse myself from any further action in the above-captioned matter. Accordingly;

　　　　**IT IS ORDERED** this case be reassigned, by lot, to another judge in the District of Arizona.

　　　　**IT IS FURTHER ORDERED** that this matter has been reassigned by random lot to the Honorable Susan M. Brnovich. All future pleadings and papers submitted for filing shall bear the following complete case number: **CR-18-00465-PHX-SMB**.

　　　　Dated this 4th day of March, 2019.

<em>[signature]</em><br>
Douglas L. Rayes<br>
United States District Judge