**KARP & WEISS, P.C.**
3060 North Swan Road
Tucson, Arizona 85712
520-325-4200
Stephen M. Weiss
State Bar No. 002261
sweiss@karpwiess.com
Attorney for Petitioner Joye Vaught

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | NO. CR-18-00465-PHX-SMB |
| Plaintiff, | |
| vs. | MOTION TO WITHDRAW AS COUNSEL OF RECORD |
| Backpage.com, LLD, et al., | |
| Defendant. | (No Oral Argument Requested) |

Undersigned counsel for petitioner/movant Joye Vaught hereby respectfully moves to withdraw as counsel of record for Ms. Vaught in the above-captioned matter. In the related criminal case, this Court granted undersigned counsel's motion to withdraw as counsel for Defendant Vaught and appointed Joy Bertrand, Esq., to represent Ms. Vaught in *United States v. Lacey, et al.*, No. CR-18-00422-PHX-SMB, (Docs. 515, 559). Similarly, due to the government's seizure of IOLTA funds, Ms. Vaught is no longer able to financially obtain counsel for this ancillary proceeding to her criminal case. Although Ms. Vaught is not a named defendant in the above-captioned matter, she has filed a petition in the criminal forfeiture proceedings in the matter to determine her interest in funds specifically earmarked for indemnification and advancement of attorneys' fees and costs for her defense. (*United States v. Ferrer*, No.

CR-18-00464-001-PHX-SMB, Doc. 31). For the same reasons set forth in Defendant's motion in *United States v. Lacey, et al., supra*, and this Court's order in that case,[1] undersigned counsel hereby moves to withdraw as counsel for Ms. Vaught in the above-captioned case. As noted in documents filed under seal with this Court in *United States v. Lacey, et al.*,[2] Ms. Vaught is indigent and without funds to pay attorneys' fees or costs.

Undersigned counsel also respectfully requests this Court to appoint Ms. Joy Bertrand, Esq., to represent Ms. Vaught in the above-captioned matter. The forfeiture proceedings in the above-captioned matter involve the same parties, facts, and legal theories and defenses that are involved in *United States v. Lacey, et al.*, and are therefore "ancillary" to Ms. Bertrand's representation of Ms. Vaught in that case. Under 18 U.S.C. § 3006A(c), a person for whom counsel is appointed "shall be represented at every stage of the proceedings from his initial appearance…through appeal, *including ancillary matters appropriate to the proceedings*." (Emphasis added). *See United States v. Counterfeit Merchandise*, 2011 WL 1667437, *3 (N. D. Cal. 2011) ("The Government concedes that the Court has discretion to appoint counsel for a financially eligible person in a forfeiture action in connection with a related criminal case").

For the foregoing reasons, undersigned counsel for Ms. Vaught now respectfully requests this Court to permit him to withdraw as counsel of record for Ms. Vaught and

---

[1] *United States v. Lacey*, *et al.*, No. CR-18-00422-SMB, Docs. 456, 507, 559, incorporated herein by reference pursuant to LRCrim 12.1 and LRCiv 7.1(d)(2).
[2] Also incorporated herein by reference.

to appoint Ms. Joy Bertrand, Esq., to represent Ms. Vaught in the above-captioned matter.

RESPECTFULLY SUBMITTED this 28th day of May, 2019.

KARP & WEISS, PC

By: ___/s/___  *Stephen M. Weiss*
Stephen M. Weiss
Attorney for Joye Vaught

On May 28, 2019, a PDF version of this document was filed with the Clerk of Court using the CM/ECF System for filing and for Transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Kevin Rapp: kevin.rapp@usdoj.gov
Margaret Perlmeter: margaret.perlmeter@usdoj.gov
John Kucera: john.kucera@usdoj.gov
Reginald Jones: reginald.jones4@usdoj.gov

PDF sent via email to:

Joy Bertrand : joy@joybertrandlaw.com

**KARP & WEISS, P.C.**
3060 North Swan Road
Tucson, Arizona 85712
520-325-4200
Stephen M. Weiss
State Bar No. 002261
sweiss@karpwiess.com
Attorney for Petitioner Joye Vaught

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | NO. CR-18-00465-PHX-SMB |
|---|---|
| Plaintiff, | |
| vs. | PROPOSED ORDER GRANTING WITHDRAW AS COUNSEL OF RECORD |
| Backpage.com, LLD, et al., | |
| Defendant. | (No Oral Argument Requested) |

Upon Motion duly made and good cause appearing,

IT IS HEREBY ORDERED that Stephen M. Weiss is withdrawn as counsel of record for Joye Vaught in the above captioned matter.

IT IS FURTHER ORDERED that Joy Bertrand is appointed as counsel of record for Joye Vaught in the above captioned matter.

DATED this _____ day of _____, 2019.

_____
Hon. Susan Brnovich

1
2  On May 28, 2019, a PDF version
   of this document was filed with the
3  Clerk of Court using the CM/ECF
   System for filing and for Transmittal
4  of a Notice of Electronic Filing to the
5  following CM/ECF registrants:

6  Kevin Rapp: kevin.rapp@usdoj.gov
   Margaret Perlmeter: margaret.perlmeter@usdoj.gov
7  John Kucera: john.kucera@usdoj.gov
8  Reginald Jones: reginald.jones4@usdoj.gov

9  PDF sent via email to:

10
   Joy Bertrand : joy@joybertrandlaw.com
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2