IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | NO. CR-18-00465-PHX-SMB |
| Plaintiff, | |
| vs. | |
| | ORDER |
| Backpage.com, LLC, *et al.*, | |
| Defendants. | |

Upon Petitioner/Movant Andrew Padilla's Motion to Withdraw as Counsel of Record (Doc. 93), and good cause appearing, IT IS HEREBY ORDERED:

1. The motion to withdraw as counsel of record is **GRANTED** and Michael L. Piccarreta is withdrawn as counsel of record for Andrew Padilla.

2. David Eisenberg (CJA) is **APPOINTED** for Andrew Padilla for all further proceedings.

Dated this 28th day of May, 2019.

Honorable Susan M. Brnovich
United States District Judge