IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br>vs.<br><br>Backpage.com, LLD, et al.,<br><br>  Defendant. | NO. CR-18-00465-PHX-SMB<br><br>ORDER GRANTING WITHDRAW AS COUNSEL OF RECORD |

Upon Motion duly made and good cause appearing,

IT IS HEREBY ORDERED that Stephen M. Weiss (Ret.) is withdrawn as counsel of record for Joye Vaught in the above captioned matter.

IT IS FURTHER ORDERED that Joy Bertrand (CJA) is appointed as counsel of record for Joye Vaught in the above captioned matter.

Dated this 29th day of May, 2019.

_____
Honorable Susan M. Brnovich
United States District Judge