MICHAEL BAILEY
United States Attorney
District of Arizona

KEVIN M. RAPP (Ariz. Bar No. 14249, kevin.rapp@usdoj.gov)
MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
PETER S. KOZINETS (Ariz. Bar No. 019856, peter.kozinets@usdoj.gov)
ANDREW C. STONE (Ariz. Bar No. 026543, andrew.stone@usdoj.gov)
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

JOHN J. KUCERA (Cal. Bar No. 274184, john.kucera@usdoj.gov)
Special Assistant U.S. Attorney
312 N. Spring Street, Suite 1200
Los Angeles, CA 90012
Telephone (213) 894-3391

BRIAN BENCZKOWSKI
Assistant Attorney General
Criminal Division, U.S. Department of Justice

REGINALD E. JONES (Miss. Bar No. 102806, reginald.jones4@usdoj.gov)
Senior Trial Attorney, U.S. Department of Justice
Child Exploitation and Obscenity Section
950 Pennsylvania Ave N.W., Room 2116
Washington, D.C. 20530
Telephone (202) 616-2807
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, <br><br> Plaintiff, <br> vs. <br><br> 1-Backpage.com, LLC, <br> 2-Website Technologies, LLC, <br> 3-Posting Solutions, LLC, <br> 4-Amstel River Holdings, LLC, <br> 5-Ad Tech BV, <br> 6-UGC Tech Group CV, <br><br> Defendants. | CR-18-00465-PHX-SMB <br><br> **MOTION TO CONTINUE SENTENCING** <br><br> **(Third Request)** |

The United States of America hereby requests this Court to continue the sentencing currently set for July 18, 2019, at 9:30 a.m. for Defendants Backpage.com, LLC, et al. to a day after the trial currently set for May 5, 2020 because it is in the interest of justice. Defense counsel has no objection to this motion.

Respectfully submitted this 3rd day of July, 2019.

          MICHAEL BAILEY
          United States Attorney
          District of Arizona

          *s/ Kevin M. Rapp*
          KEVIN M. RAPP
          MARGARET PERLMETER
          PETER S. KOZINETS
          ANDREW C. STONE
          Assistant U.S. Attorneys

          JOHN J. KUCERA
          Special Assistant U.S. Attorney

          BRIAN BENCZKOWSKI
          Assistant Attorney General
          U.S. Department of Justice
          Criminal Division, U.S. Department of Justice

          REGINALD E. JONES
          Senior Trial Attorney
          U.S. Department of Justice, Criminal Division
          Child Exploitation and Obscenity Section

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing.

I hereby certify that on this same date, I served the attached document by Electronic mail, on the following, who may or may not be registered participants of the CM/ECF System:

David Lawrence Botsford
Botsford & Roard
1307 West Ave.
Austin, TX 78701
Email:  dbotsford@aol.com
Attorney for Backpage.com, et al.

*s/ Angela Schuetta*
US Attorney's Office

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>1-Backpage.com, LLC,<br>2-Website Technologies, LLC,<br>3-Posting Solutions, LLC,<br>4-Amstel River Holdings, LLC,<br>5-Ad Tech BV,<br>6-UGC Tech Group CV,<br><br>　　　　　　Defendants. | No.  CR-18-00465-PHX-SMB<br><br>**[PROPOSED] ORDER** |

　　　The Court having reviewed the Government's Unopposed Motion to Continue Defendants' Sentencing Hearing (Doc. _____ ), and good cause appearing,

　　　IT IS ORDERED granting the Government's Unopposed Motion to Continue Defendants' Sentencing Hearing.

　　　IT IS FURTHER ORDERED continuing the Sentencing from July 18, 2019, to _____ at _____.