IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-00465-PHX-SMB |
| Plaintiff, | **ORDER** |
| vs. | |
| 1-Backpage.com, LLC,<br>2-Website Technologies, LLC,<br>3-Posting Solutions, LLC,<br>4-Amstel River Holdings, LLC,<br>5-Ad Tech BV,<br>6-UGC Tech Group CV, | |
| Defendants. | |

The Court having reviewed the Government's Unopposed Motion to Continue Defendants' Sentencing Hearing (Doc. 99), and good cause appearing,

IT IS ORDERED granting the Government's Unopposed Motion to Continue Defendants' Sentencing Hearing.

IT IS FURTHER ORDERED continuing the Sentencing from July 18, 2019, to July 17, 2020 at 1:00 p.m.

Dated this 8th day of July, 2019.

Honorable Susan M. Brnovich
United States District Judge