Kevin M. Rapp (Ariz. Bar No. 14249, kevin.rapp@usdoj.gov)
Margaret Perlmeter (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
Peter S. Kozinets (Ariz. Bar No. 019856, peter.kozinets@usdoj.gov)
Andrew C. Stone (Ariz. Bar No. 026543, andrew.stone@usdoj.gov)
Reginald E. Jones (Miss Bar No. 102806, reginald.jones4@usdoj.gov)
John J. Kucera (Cal. Bar No. 274184, john.kucera@usdoj.gov)
Daniel G. Boyle (NY Bar No. 5216825, daniel.boyle2@usdoj.gov)
U.S. ATTORNEY'S OFFICE
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500
*Counsel for Plaintiff*

Thomas H. Bienert, Jr. (Cal. Bar No. 135311, admitted *pro hac vice*)
tbienert@bienertkatzman.com
Whitney Z. Bernstein (Cal. Bar No. 304971, admitted *pro hac vice*)
wbernstein@bienertkatzman.com
BIENERT | KATZMAN PC
903 Calle Amanecer, Suite 350
San Clemente, CA 92673
Tel.: (949) 369-3700
Fax: (949) 369-3701
*Counsel for James Larkin*

Additional counsel listed on next page

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br>v.<br><br>Backpage.com, et al.,<br><br>Defendants. | Case No. 2:18-CR-00465-SMB<br><br>**JOINT MOTION TO CONTINUE STATUS CONFERENCE FROM NOVEMBER 18, 2019 TO DECEMBER 2, 2019** |

Paul J. Cambria, Jr., CA State Bar No. 177957, *admitted pro hac vice*
Erin E. McCampbell, NY State Bar No. 4480166, *admitted pro hac vice*
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite #120
Buffalo, New York 14202
Telephone:   (716) 849-1333
Facsimile:   (716) 855-1580
Email:       pcambria@lglaw.com
             emccampbell@lglaw.com
*Counsel for Michael Lacey*

Gary S. Lincenberg, CA State Bar No. 123058, *admitted pro hac vice*
Ariel A. Neuman, CA State Bar No. 241594, *admitted pro hac vice*
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067-2561
Telephone:   (310) 201-2100
Facsimile:   (310) 201-2110
Email:       glincenberg@birdmarella.com
             aneuman@birdmarella.com
*Counsel for John Brunst*

Bruce Feder, AZ Bar No. 004832
FEDER LAW OFFICE, P.A.
2930 E. Camelback Road, Suite 160
Phoenix, Arizona 85016
Telephone:   (602) 257-0135
Email: bf@federlawpa.com
*Counsel for Scott Spear*

David Eisenberg, AZ Bar No. 017218
DAVID EISENBERG PLC
3550 N. Central Ave., Ste. 1155
Phoenix, AZ 85012
Telephone:   (602) 237-5076
Facsimile:   (602) 314-6273
Email:       david@deisenbergplc.com
*Counsel for Andrew Padilla*

Additional counsel listed on next page

Joy Malby Bertrand AZ Bar No. 024181
JOY BERTRAND ESQ LLC
P.O. BOX 2734
SCOTTSDALE, AZ 85252-2734
Telephone:    (602)374-5321
Facsimile:    (480)361-4694
Email:        joy.bertrand@gmail.com
*Counsel for Joye Vaught*

Daniel J. Quigley, AZ Bar No. 011052
DANIEL J QUIGLEY PLC
5425 E. Broadway Blvd., Ste. 352
Tucson, AZ 85711
Telephone:    (520) 867-4430
Email:        quigley@djqplc.com
*Counsel for Medalist Holdings, Inc.;*
   *Leeward Holdings, LLC;*
   *Camarillo Holdings, LLC;*
   *Vermillion Holdings, LLC;*
   *Shearwater Investments, LLC; and*
   *Cereus Properties, LLC*

The government and Claimants[1] (collectively the "Parties"), by and through their respective counsel of record, jointly move this Court for a continuance of the status conference scheduled November 18, 2019 in this matter. The Parties agree that good cause exists to continue the status conference until December 2, 2019, the date the Parties are scheduled to appear for the continued evidentiary hearing in *United States v. Lacey, et al.*, 18-CR-00422-PHX-SMB. The Parties anticipate that the status conference will be brief and take no more than thirty minutes.

It is not expected that excludable delay pursuant to 18 U.S.C. § 3161(h) will occur as a result of this motion or from an order based thereon.

Date: November 4, 2019                    Respectfully submitted,

BIENERT | KATZMAN PC
*s/ Whitney Z. Bernstein*
Thomas H. Bienert, Jr.
Whitney Z. Bernstein
Attorneys for James Larkin

LIPSITZ GREEN SCIME CAMBRIA LLP
*s/ Paul J. Cambria, Jr.*
Paul J. Cambria, Jr.
Erin McCampbell
Attorneys for Michael Lacey

BIRD MARELLA BOXER WOLPERT NESSIM DROOKS LINCENBERG AND RHOW
*s/ Gary S. Lincenberg*
Gary S. Lincenberg
Ariel A. Neuman
Attorneys for John Brunst

---

[1] As used herein, "Claimants" refers to Michael Lacey, James Larkin, John Brunst, Scott Spear, Andrew Padilla, Joye Vaught, Medalist Holdings, Inc., Leeward Holdings, LLC, Camarillo Holdings, LLC, Vermillion Holdings, LLC, Shearwater Investments, LLC, and Cereus Properties, LLC.

FEDER LAW OFFICE, P.A.
*s/ Bruce Feder*
Bruce Feder
Attorneys for Scott Spear

DAVID EISENBERG PLC
*s/ David Eisenberg*
David Eisenberg
Attorneys for Andrew Padilla

JOY BERTRAND ESQ LLC
*s/ Joy Bertrand*
Joy Bertrand
Attorneys for Joye Vaught

DANIEL J QUIGLEY PLC
*s/Daniel J. Quigley*
Daniel J. Quigley
Attorneys for Medalist Holdings, Inc.;
Leeward Holdings, LLC; Camarillo Holdings, LLC; Vermillion Holdings, LLC; Shearwater Investments, LLC; and Cereus Properties, LLC

MICHAEL BAILEY
United States Attorney
District of Arizona

*/s John J. Kucera*
Kevin M. Rapp
Margaret Perlmeter
Peter S. Kozinets
Andrew C. Stone
John J. Kucera
Daniel G. Boyle
Reginald E. Jones
Assistant U.S. Attorneys

---

JOINT MOTION TO CONTINUE STATUS CONCERENCE FROM
NOVEMBER 18, 2019 TO DECEMBER 2, 2019

**Certificate of Service**

I hereby certify that on November 4, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

*s/Toni Thomas*
Toni Thomas

David L. Botsford, Botsford & Roark, dbotsford@aol.com

Erin E. McCampbell, Lipsitz Green Scime Cambria LLP, emccampbell@lglaw.com

Paul John Cambria, Jr., Lipsitz Green Scime Cambria LLP, pcambria@lglaw.com

Daniel James Quigley, Daniel J Quigley PLC, quigley@djqplc.com

Thomas H. Bienert, Jr., Bienert | Katzman PC, tbienert@bienertkatzman.com

Whitney Z. Bernstein, Bienert | Katzman PC, wbernstein@bienertkatzman.com

K. C. Maxwell, Maxwell Law PC, kcm@kcmaxlaw.com

Ariel A. Neuman, Bird Marella, aan@birdmarella.com

Gary S. Lincenberg, Bird Marella, gsl@birdmarella.com

Gopi K. Panchapakesan, Bird Marella, gkp@birdmarella.com

Michael D. Kimerer, Kimerer & Derrick PC, MDK@kimerer.com

Rhonda Elaine Neff, Kimerer & Derrick PC, rneff@kimerer.com

Bruce S. Feder, Feder Law Office PA, bf@federlawpa.com

James P. Whalen, Whalen Law Office, jwhalen@whalenlawoffice.com

Ryne T. Sandel, Whalen Law Office, rsandel@whalenlawoffice.com

Joy Bertrand, Joy Bertrand Esq LLC, joy.bertrand@gmail.com

David Eisenberg, David Eisenberg PLC, david@deisenbergplc.com,

Andrew C. Stone, Assistant U.S. Attorney, andrew.stone@usdoj.gov

John J. Kucera, Assistant U.S. Attorney, john.kucera@usdoj.gov

Kevin M. Rapp, Assistant U.S. Attorney, kevin.rapp@usdoj.gov

Margaret Wu Perlmeter, Assistant U.S. Attorney, Margaret.perlmeter@usdoj.gov

Reginald E. Jones, Assistant U.S. Attorney, reginald.jones@usdoj.gov

Peter Shawn Kozinets, Assistant U.S. Attorney, peter.kozinets@usdoj.gov

Daniel G. Boyle, Assistant U.S. Attorney, daniel.boyle2@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CASE NO. 2:18-cr-00465-SMB |
| Plaintiff, | **[PROPOSED] ORDER** |
| vs. | |
| Backpage, *et al.*, | |
| Defendants. | |

    The Court, having reviewed the Parties' Joint Motion to reschedule the Status Conference from November 18, 2019 to December 2, 2019 and good cause appearing,

    **IT IS ORDERED** that the Joint Motion to reschedule the November 18, 2019 Status Conference until December 2, 2019 is granted.

_____
Honorable Susan M. Brnovich
District Court Judge