IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CASE NO. CR 18-00465-PHX-SMB |
| Plaintiff, | **ORDER** |
| vs. | |
| Backpage, *et al.*, | |
| Defendants. | |

The Court, having reviewed the Parties' Joint Motion to reschedule the Status Conference from November 18, 2019 to December 2, 2019 and good cause appearing,

**IT IS ORDERED** that the Joint Motion to reschedule the November 18, 2019 Status Conference until December 2, 2019at 8:30 a.m. is granted.

Dated this 12th day of November, 2019.

Honorable Susan M. Brnovich
United States District Judge