MICHAEL BAILEY
United States Attorney
District of Arizona
KEVIN M. RAPP (Ariz. Bar No. 14249, kevin.rapp@usdoj.gov)
MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
PETER S. KOZINETS (Ariz. Bar No. 019856, peter.kozinets@usdoj.gov)
ANDREW C. STONE (Ariz. Bar No. 026543, andrew.stone@usdoj.gov)
JOHN J. KUCERA (Cal. Bar No. 274184, john.kucera@usdoj.gov)
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500
*Counsel for Plaintiff*

Thomas H. Bienert, Jr. (Cal. Bar No. 135311, admitted *pro hac vice*)
tbienert@bienertkatzman.com
Whitney Z. Bernstein (Cal. Bar No. 304971, admitted *pro hac vice*)
wbernstein@bienertkatzman.com
BIENERT | KATZMAN PC
903 Calle Amanecer, Suite 350
San Clemente, CA 92673
Tel.: (949) 369-3700
Fax: (949) 369-3701
*Counsel for James Larkin*

Additional counsel listed on next page

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | Case No. 18-CR-00465-SMB |
| Plaintiff, | **STIPULATION TO CONTINUE HEARING ON ANCILLARY PROCEEDINGS** |
| v. | |
| Backpage.com, LLC, et al., | Hon. Susan M. Brnovich |
| Defendants. | Date: February 10, 2020<br>Time: 1:00 PM |

Paul J. Cambria, Jr., CA State Bar No. 177957, *admitted pro hac vice*
Erin E. McCampbell, NY State Bar No. 4480166, *admitted pro hac vice*
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite #120
Buffalo, New York 14202
Telephone:    (716) 849-1333
Facsimile:     (716) 855-1580
Email:          pcambria@lglaw.com
                   emccampbell@lglaw.com
*Counsel for Michael Lacey*

Gary S. Lincenberg, CA State Bar No. 123058, *admitted pro hac vice*
Ariel A. Neuman, CA State Bar No. 241594, *admitted pro hac vice*
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067-2561
Telephone:    (310) 201-2100
Facsimile:     (310) 201-2110
Email:          glincenberg@birdmarella.com
                   aneuman@birdmarella.com
*Counsel for John Brunst*

Bruce Feder, AZ Bar No. 004832
FEDER LAW OFFICE, P.A.
2930 E. Camelback Road, Suite 160
Phoenix, Arizona 85016
Telephone:    (602) 257-0135
Email: bf@federlawpa.com
*Counsel for Scott Spear*

David Eisenberg, AZ Bar No. 017218
DAVID EISENBERG PLC
3550 N. Central Ave., Ste. 1155
Phoenix, AZ 85012
Telephone:    (602) 237-5076
Facsimile:     (602) 314-6273
Email:          david@deisenbergplc.com
*Counsel for Andrew Padilla*

Additional counsel listed on next page

- 3 -

Joy Malby Bertrand AZ Bar No. 024181
JOY BERTRAND ESQ LLC
P.O. BOX 2734
SCOTTSDALE, AZ 85252-2734
Telephone:    (602)374-5321
Facsimile:    (480)361-4694
Email:         joy.bertrand@gmail.com
*Counsel for Joye Vaught*

Daniel J. Quigley, AZ Bar No. 011052
DANIEL J QUIGLEY PLC
5425 E Broadway Blvd., Ste. 352
Tucson, AZ 85711
Telephone:    (520) 867-4430
Email:         quigley@djqplc.com
*Counsel for Medalist Holdings Incorporated;*
 *Leeward Holdings LLC;*
 *Camarillo Holdings LLC;*
 *Vermillion Holdings LLC;*
 *Shearwater Holdings LLC; and*
 *Cereus Properties LLC*

**STIPULATION TO CONTINUE HEARING ON ANCILLARY PROCEEDINGS**

By their signatures hereunder, the parties, through their attorneys, stipulate and request that the hearing on the ancillary proceeding, currently set for February 10, 2020, be continued to May 5, 2020, so that it will run concurrent with the parallel criminal trial in <u>United States v. Michael Lacey, et al.</u> No. CR 2:18-422-PHX-SMB.

Respectfully submitted this 6th day of February 2020.

        MICHAEL BAILEY
        United States Attorney
        District of Arizona

        */s John J. Kucera*
        KEVIN M. RAPP
        MARGARET PERLMETER
        PETER S. KOZINETS
        ANDREW C. STONE
        JOHN J. KUCERA
        Assistant U.S. Attorneys

        BRIAN BENCZKOWSKI
        Assistant Attorney General
        U.S. Department of Justice
        Criminal Division

        REGINALD E. JONES
        Senior Trial Attorney
        U.S. Department of Justice
        Criminal Division
        Child Exploitation and Obscenity Section

        BIENERT | KATZMAN PC
        *s/ Thomas H. Bienert, Jr.*
        Thomas H. Bienert, Jr.
        Whitney Z. Bernstein
        Attorneys for James Larkin

        LIPSITZ GREEN SCIME CAMBRIA LLP
        *s/ Paul J. Cambria, Jr.*
        Paul J. Cambria, Jr.
        Erin McCampbell
        Attorneys for Michael Lacey

BIRD MARELLA BOXER WOLPERT NESSIM DROOKS LINCENBERG AND RHOW
*s/ Gary S. Lincenberg*
Gary S. Lincenberg
Ariel A. Neuman
Attorneys for John Brunst

FEDER LAW OFFICE, P.A.
*s/ Bruce Feder*
Bruce Feder
Attorneys for Scott Spear

DAVID EISENBERG PLC
*s/ David Eisenberg*
David Eisenberg
Attorney for Andrew Padilla

JOY BERTRAND ESQ LLC
*s/ Joy Bertrand*
Joy Bertrand
Attorney for Joye Vaught

DANIEL J QUIGLEY PLC
*s/Daniel J. Quigley*
Daniel J. Quigley
Attorneys for Medalist Holdings Incorporated; Leeward Holdings LLC; Camarillo Holdings LLC; Vermillion Holdings LLC; Shearwater Holdings LLC; and Cereus Properties LLC

**Certificate of Service**

I hereby certify that on this date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Jonathan Baum, Clarence Dyer & Cohen LLP, jbaum@clarencedyer.com
Nanci Clarence, Clarence Dyer & Cohen LLP, nclarence@clarencedyer.com
Erin E. McCampbell, Lipsitz Green Scime Cambria LLP, emccampbell@lglaw.com
Paul John Cambria, Jr., Lipsitz Green Scime Cambria LLP, pcambria@lglaw.com
Daniel James Quigley, Daniel J Quigley PLC, quigley@djqplc.com
Anthony R. Bisconti, Bienert Miller & Katzman PLC, tbisconti@bmkattorneys.com
Kenneth M. Miller, Bienert Miller & Katzman PLC, kmiller@bmkattorneys.com
Thomas H. Bienert, Jr., Bienert Miller & Katzman PLC, tbienert@bmkattorneys.com
Whitney Z. Bernstein, Bienert Miller & Katzman PLC, wbernstein@bmkattorneys.com
K. C. Maxwell, Maxwell Law PC, kcm@kcmaxlaw.com
Ariel A. Neuman, Bird Marella, aan@birdmarella.com
Gary S. Lincenberg, Bird Marella, gsl@birdmarella.com
Gopi K. Panchapakesan, Bird Marella, gkp@birdmarella.com
Michael D. Kimerer, Kimerer & Derrick PC, MDK@kimerer.com
Rhonda Elaine Neff, Kimerer & Derrick PC, rneff@kimerer.com
Bruce S. Feder, Feder Law Office PA, bf@federlawpa.com
James P. Whalen, Whalen Law Office, jwhalen@whalenlawoffice.com
Ryne T. Sandel, Whalen Law Office, rsandel@whalenlawoffice.com
Joy Bertrand, Joy Bertrand Esq LLC, joy.bertrand@gmail.com
David Eisenberg, David Eisenberg PLC, david@deisenbergplc.com,
Andrew C. Stone, Assistant U.S. Attorney, andrew.stone@usdoj.gov
John J. Kucera, Assistant U.S. Attorney, john.kucera@usdoj.gov
Kevin M. Rapp, Assistant U.S. Attorney, kevin.rapp@usdoj.gov
Margaret Wu Perlmeter, Assistant U.S. Attorney, Margaret.perlmeter@usdoj.gov
Reginald E. Jones, Assistant U.S. Attorney, reginald.jones@usdoj.gov
Peter Shawn Kozinets, Assistant U.S. Attorney, peter.kozinets@usdoj.gov

*/s/ k. sor*
U.S. Attorney's Office

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>  v.<br><br>Backpage.com. LLC., et al.,<br><br>  Defendants. | No. 18-CR-00465-SMB<br><br>**[PROPOSED] ORDER CONTINUING HEARING ON ANCILLARY PROCEEDING**<br><br>Hon. Susan M. Brnovich<br>Date: February 10, 2020<br>Time: 1:00 p.m. |

The parties herein by and through their respective counsel of record have applied to this Court for an order continuing the hearing on the ancillary proceedings to May 5, 2020.

The Court finds the parties have demonstrated sufficient good cause for a continuance at this time.

IT IS HEREBY ORDERED that the hearing on the ancillary proceeding be continued to May 5, 2020.  The February 10, 2020, hearing date is vacated.


DATED this _____ day of _____, 2020.


                                                                 _____
                                                                 Honorable Susan M. Brnovich
                                                                 United States District Judge