IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Backpage.com. LLC., et al.,<br><br>　　　　　Defendants. | No. CR 18-00465-PHX-SMB<br><br>**ORDER CONTINUING HEARING ON ANCILLARY PROCEEDING**<br><br>Hon. Susan M. Brnovich<br>Date: February 10, 2020<br>Time: 1:00 p.m. |

　　　The parties herein by and through their respective counsel of record have applied to this Court for an order continuing the hearing on the ancillary proceedings to May 5, 2020.

　　　The Court finds the parties have demonstrated sufficient good cause for a continuance at this time.

　　　IT IS HEREBY ORDERED that the hearing on the ancillary proceeding be continued to May 5, 2020 at 9:00 a.m.  The February 10, 2020, hearing date is vacated.

　　　Dated this 7th day of February, 2020.

_____
Honorable Susan M. Brnovich
United States District Judge