MICHAEL BAILEY
United States Attorney
District of Arizona

KEVIN M. RAPP (Ariz. Bar No. 14249, kevin.rapp@usdoj.gov)
MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
PETER S. KOZINETS (Ariz. Bar No. 019856, peter.kozinets@usdoj.gov)
ANDREW C. STONE (Ariz. Bar No. 026543, andrew.stone@usdoj.gov)
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

JOHN J. KUCERA (Cal. Bar No. 274184, john.kucera@usdoj.gov)
Special Assistant U.S. Attorney
312 N. Spring Street, Suite 1200
Los Angeles, CA 90012
Telephone (213) 894-3391

BRIAN BENCZKOWSKI
Assistant Attorney General
Criminal Division, U.S. Department of Justice

REGINALD E. JONES (Miss. Bar No. 102806, reginald.jones4@usdoj.gov)
Senior Trial Attorney, U.S. Department of Justice
Child Exploitation and Obscenity Section
950 Pennsylvania Ave N.W., Room 2116
Washington, D.C. 20530
Telephone (202) 616-2807
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-00465-PHX-SMB |
| Plaintiff, | |
| vs. | **MOTION TO CONTINUE SENTENCING** |
| 1. Backpage.com, LLC,<br>2. Website Technologies, LLC,<br>3. Posting Solutions, LLC,<br>4. Amstel River Holdings, LLC,<br>5. Ad Tech BV, and<br>6. UGC Tech Group CV, | **(Fourth Request)** |
| Defendants. | |

The United States of America hereby requests this Court to continue the sentencing currently set for July 17, 2020, at 1:00 p.m. for Defendants Backpage.com, LLC, et al. to

a date occurring after the conclusion of the trial in *U.S. v. Michael Lacey, et al.* (CR-18-00422-PHX-SMB), which is currently set for January 12, 2021. This continuance is requested because it is in the interest of justice.

Defense counsel has no objection to this motion.

Respectfully submitted this 30th day of June, 2020.

<div style="margin-left:3em">

MICHAEL BAILEY
United States Attorney
District of Arizona

*s/ Kevin M. Rapp*
KEVIN M. RAPP
MARGARET PERLMETER
PETER S. KOZINETS
ANDREW C. STONE
Assistant U.S. Attorneys

JOHN J. KUCERA
Special Assistant U.S. Attorney

BRIAN BENCZKOWSKI
Assistant Attorney General
U.S. Department of Justice
Criminal Division, U.S. Department of Justice

REGINALD E. JONES
Senior Trial Attorney
U.S. Department of Justice, Criminal Division
Child Exploitation and Obscenity Section

</div>

### CERTIFICATE OF SERVICE

I hereby certify that on this same date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

*s/ Marjorie Dieckman*
U.S. Attorney's Office

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br><br>vs.<br><br>1. Backpage.com, LLC,<br>2. Website Technologies, LLC,<br>3. Posting Solutions, LLC,<br>4. Amstel River Holdings, LLC,<br>5. Ad Tech BV, and<br>6. UGC Tech Group CV,<br><br>                Defendants. | No. CR-18-00465-PHX-SMB<br><br>**[PROPOSED] ORDER** |

The Court having reviewed the Government's Motion to Continue Sentencing, there being no objections, and good cause appearing,

**IT IS HEREBY ORDERED** granting the Motion to Continue Sentencing.

**IT IS FURTHER ORDERED** continuing the Sentencing from July 17, 2020, to _____ at _____ .