IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>vs.<br><br>1. Backpage.com, LLC,<br>2. Website Technologies, LLC,<br>3. Posting Solutions, LLC,<br>4. Amstel River Holdings, LLC,<br>5. Ad Tech BV, and<br>6. UGC Tech Group CV,<br><br>  Defendants. | No. CR-18-00465-PHX-SMB<br><br>**ORDER**<br><br>**(Fourth Request)** |

The Court having reviewed the Government's Motion to Continue Sentencing, there being no objections, and good cause appearing,

**IT IS HEREBY ORDERED** granting the Motion to Continue Sentencing (Doc. 107).

**IT IS FURTHER ORDERED** continuing the Sentencing from July 17, 2020, to March 29, 2021 at 2:30 p.m., Courtroom 506 in Phoenix, AZ.

Dated this 2nd day of July, 2020.

Honorable Susan M. Brnovich
United States District Judge