MICHAEL BAILEY
United States Attorney
District of Arizona

KEVIN M. RAPP (Ariz. Bar No. 014249, kevin.rapp@usdoj.gov)
MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
PETER S. KOZINETS (Ariz. Bar No. 019856, peter.kozinets@usdoj.gov)
ANDREW C. STONE (Ariz. Bar No. 026543, andrew.stone@usdoj.gov)
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

BRIAN C. RABBITT
Acting Assistant Attorney General
Criminal Division, U.S. Department of Justice

REGINALD E. JONES (Miss. Bar No. 102806, reginald.jones4@usdoj.gov)
Senior Trial Attorney, U.S. Department of Justice
Child Exploitation and Obscenity Section
950 Pennsylvania Ave N.W., Room 2116
Washington, D.C. 20530
Telephone (202) 616-2807
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>        v.<br><br>Backpage.com, LLC, et al.,<br><br>                    Defendants. | No. CR-18-00465-PHX-SMB<br><br>**STIPULATION TO CONTINUE HEARING ON ANCILLARY PROCEEDINGS**<br><br>**Current Date: August 17, 2020**<br>**Current Time: 9:00 AM**<br><br>**Proposed Conf. Date: December 14, 2020**<br>**Proposed Time: 9:00 AM** |

The United States of America (the "government") and all movants (as defined herein), by and through their counsel of record, stipulate and request that the Court enter the proposed order lodged contemporaneously herewith, continuing the hearing scheduled in this matter, and holding a status conference on December 14, 2020, concurrent with the

final pretrial conference in the related criminal trial, United States v. Michael Lacey, et al. No. CR 2:18-422-PHX-SMB.

The parties stipulate and request as follows:

1. On May 1, 2018, this Court accepted a plea of guilty from defendants Backpage.com LLC, Website Technologies LLC, Posting Solutions LLC, Amstel River Holdings LLC, Ad Tech BV, UGC Tech Group CV. See Dkt. 20.

2. On June 29, 2018 and July 1, 2018, Michael Lacey, James Larkin, Joye Vaught, Andrew Padilla, Scott Spear, John Brunst, Medalist Holdings, Inc., Leeward Holdings, LLC, Camarillo Holdings, LLC, Vermillion Holdings, LLC, Cereus Properties, LLC, and Shearwater Investments, LLC (hereinafter "movants") moved for a hearing seeking determination of asserted third party interests in property alleged to be subject to forfeiture in this action. See Dkts. 28-40.

3. The ancillary proceeding to determine third party interests in the property the government seeks to forfeit has not yet been held. Most recently, on February 7, 2020, the parties stipulated to continue the hearing on the ancillary proceedings until May 5, 2020.

4. On April 29, 2020, the Court continued the hearing on the ancillary proceedings *sua sponte* due to the COVID-19 pandemic, setting a new date of August 17, 2020. See Dkt. 106.

5. On June 19, 2020, the Court continued trial in the related criminal action to January 12, 2021, and set a final pretrial conference for 9:00 a.m. on December 14, 2020. See United States v. Michael Lacey, et al. No. CR 2:18-422-PHX-SMB, Dkt. No. 1031.

6. By this stipulation, the parties move to continue the current ancillary proceeding hearing date and set it for a status conference for December 14, 2020, concurrent with the final pretrial conference in the *Lacey* action.

Respectfully submitted this 14th day of August, 2020.

                                          MICHAEL BAILEY
                                          United States Attorney
                                          District of Arizona

*s/ Kevin M. Rapp*
KEVIN M. RAPP
MARGARET PERLMETER
PETER S. KOZINETS
ANDREW C. STONE
Assistant U.S. Attorneys

BRIAN C. RABBIT
Acting Assistant Attorney General
U.S. Department of Justice
Criminal Division, U.S. Department of Justice

REGINALD E. JONES
Senior Trial Attorney
U.S. Department of Justice, Criminal Division
Child Exploitation and Obscenity Section

*Pursuant to the District's Electronic Case Filing Administrative Policies and Procedures Manual (Jan. 2020) § II(C)(3), Kevin M. Rapp hereby attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized its filing.*

Dated: August 13, 2020

LIPSITZ GREEN SCIME CAMBRIA LLP
*s/ Paul J. Cambria, Jr.*
Paul J. Cambria, Jr.
Erin McCampbell Paris
Attorneys for Michael Lacey

BIENERT | KATZMAN PC
*s/ Whitney Z. Bernstein*
Thomas H. Bienert, Jr.
Whitney Z. Bernstein
Attorneys for James Larkin

BIRD MARELLA BOXER WOLPERT NESSIM DROOKS LINCENBERG AND RHOW PC
*s/ Ariel A. Neuman*
Gary S. Lincenberg
Ariel A. Neuman
Gopi K. Panchapakesan
Attorneys for Movant John Brunst

- 3 -

FEDER LAW OFFICE PA
*s/ Bruce Feder*
Bruce Feder
Attorneys for Movant Scott Spear

DAVID EISENBERG PLC
*s/ David Eisenberg*
David Eisenberg
Attorneys for Movant Andrew Padilla

JOY BERTRAND ESQ LLC
*s/ Joy Bertrand*
Joy Bertrand
Attorneys for Movant Joye Vaught

DANIEL J. QUIGLEY, PLC
*s/ Daniel J. Quigley*
Daniel J. Quigley
Attorneys for Movants Medalist Holdings, Inc., Leeward Holdings, LLC, Camarillo Holdings, LLC, Vermillion Holdings, LLC, Cereus Properties, LLC, and Shearwater Investments, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on this same date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

*s/ Joy Faraj*
U.S. Attorney's Office

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Backpage.com, LLC, et al.,<br><br>　　　　　Defendants. | No. CR-18-00465-PHX-SMB<br><br>**[PROPOSED] ORDER CONTINUING HEARING ON ANCILLARY PROCEEDINGS**<br><br>Current Date: August 17, 2020<br>Current Time: 9:00 AM<br><br>[Proposed] Conf. Date: December 14, 2020<br>[Proposed] Time: 9:00 AM |

　　　The parties herein by and through their respective counsel of record have applied to this Court for an order continuing the hearing on the ancillary proceedings presently-scheduled for August 17, 2020 and setting a status conference for December 14, 2020, concurrent with the final pretrial conference in the related criminal trial, <u>United States v. Michael Lacey, et al</u>. No. CR 2:18-422-PHX-SMB.

　　　The Court finds the parties have demonstrated sufficient good cause for a continuance at this time.

　　　IT IS HEREBY ORDERED that the hearing on the ancillary proceeding is continued, the August 17, 2020, hearing date is vacated, and a status conference in this matter is set for December 14, 2020 at 9:00 a.m.