IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Backpage.com, LLC, et al.,<br><br>    Defendants. | No. CR-18-00465-PHX-SMB<br><br>**ORDER CONTINUING HEARING ON ANCILLARY PROCEEDINGS**<br><br>**Current Date: August 17, 2020**<br>**Current Time: 9:00 AM**<br><br>**Conf. Date: December 14, 2020**<br>**Time: 9:00 AM** |

  The parties herein by and through their respective counsel of record have applied to this Court for an order continuing the hearing on the ancillary proceedings presently-scheduled for August 17, 2020 and setting a status conference for December 14, 2020, concurrent with the final pretrial conference in the related criminal trial, <u>United States v. Michael Lacey, et al</u>. No. CR-18-0422-PHX-SMB.

  The Court finds the parties have demonstrated sufficient good cause for a continuance at this time.

  **IT IS HEREBY ORDERED** that the Stipulation to Continue (Doc. 109) is **granted** and the hearing on the ancillary proceeding is continued, the August 17, 2020, hearing date is vacated, and a status conference in this matter is set for December 14, 2020 at 9:00 a.m.

  Dated this 14th day of August, 2020.

_____
Honorable Susan M. Brnovich
United States District Judge