1   MICHAEL BAILEY
    United States Attorney
2   District of Arizona

3   KEVIN M. RAPP (Ariz. Bar No. 014249, kevin.rapp@usdoj.gov)
    MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
4   PETER S. KOZINETS (Ariz. Bar No. 019856, peter.kozinets@usdoj.gov)
    ANDREW C. STONE (Ariz. Bar No. 026543, andrew.stone@usdoj.gov)
5   Assistant U.S. Attorneys
    40 N. Central Avenue, Suite 1800
6   Phoenix, Arizona 85004-4408
    Telephone (602) 514-7500
7
    DAN G. BOYLE (N.Y. Bar No. 5216825, daniel.boyle2@usdoj.gov)
8   Special Assistant U.S. Attorney
    312 North Spring Street
9   Los Angeles, California 90012
    Telephone (213) 894-2426
10

11

12              IN THE UNITED STATES DISTRICT COURT

13              FOR THE DISTRICT OF ARIZONA

14  | United States of America, | No. CR-18-465-SMB |
15  | Plaintiff, | **STIPULATION TO CONTINUE HEARING ON ANCILLARY PROCEEDINGS** |
16  | v. | |
17  | | **Hon. Susan M. Brnovich** |
18  | Backpage.com, LLC, et al., | **Current Date: December 14, 2020** |
    | Defendants. | **Current Time: 9:00 AM** |
19  | | **Proposed Conf. Date: March 22, 2021** |
20  | | **Proposed Time: 9:00 AM** |
21

22          The United States of America (the "government") and all movants (as defined

23  herein), by and through their counsel of record, stipulate and request that the Court enter

24  the proposed order lodged contemporaneously herewith, continuing the current status

25  conference scheduled in this matter, and holding a status conference on March 22, 2021,

26  concurrent with the final pretrial conference in the related criminal trial, United States v.

27  Michael Lacey, et al. No. CR 2:18-422-PHX-SMB.

28          The parties stipulate and request as follows:

1.     On May 1, 2018, this Court accepted a plea of guilty from defendants Backpage.com LLC, Website Technologies LLC, Posting Solutions LLC, Amstel River Holdings LLC, Ad Tech BV, UGC Tech Group CV. See Dkt. 20.

2.     On June 29, 2018 and July 1, 2018, Michael Lacey, James Larkin, Joye Vaught, Andrew Padilla, Scott Spear, John Brunst, Medalist Holdings, Inc., Leeward Holdings, LLC, Camarillo Holdings, LLC, Vermillion Holdings, LLC, Cereus Properties, LLC, and Shearwater Investments, LLC (hereinafter "movants") moved for a hearing seeking determination of asserted third party interests in property alleged to be subject to forfeiture in this action. See Dkts. 28-40.

3.     The ancillary proceeding to determine third party interests in the property the government seeks to forfeit has not yet been held. On February 7, 2020, the parties stipulated to continue the hearing on the ancillary proceedings until May 5, 2020.

4.     On April 29, 2020, the Court continued the hearing on the ancillary proceedings *sua sponte* due to the COVID-19 pandemic, setting a date of August 17, 2020. See Dkt. 106.

5.     On August 14, 2020, the Court continued the scheduled hearing on the ancillary proceedings in this matter, and set a status conference for December 14, 2020. Dkt. No. 110.

6.     On October 8, 2020, the Court continued trial in the related criminal action to April 12, 2021, and set a final pretrial conference for 9:00 a.m. on March 22, 2020. See United States v. Michael Lacey, et al. No. CR 2:18-422-PHX-SMB, Dkt. No. 1068.

//

//

//

7.     By this stipulation, the parties move to continue the current status conference set for December 14, 2020, and set a new status conference for March 22, 2021, concurrent with the final pretrial conference in the *Lacey* action.

Dated:  October 29, 2020                    Respectfully  submitted,

MICHAEL  BAILEY
United  States  Attorney

/s/ *Dan G. Boyle*
DAN G. BOYLE
Special Assistant  United  States  Attorney
Attorneys  for Plaintiff
UNITED  STATES  OF  AMERICA

*Pursuant to the District's  Electronic Case Filing Administrative Policies and Procedures Manual (Jan. 2020) § II(C)(3), Dan G. Boyle hereby attests that all other signatories listed, and on whose behalf this filing  is submitted, concur in the filing's  content and have authorized its filing.*

Dated: October 29, 2020

LIPSITZ  GREEN  SCIME  CAMBRIA  LLP
*s/ Paul J. Cambria, Jr.*
Paul J. Cambria, Jr.
Erin McCampbell  Paris
Attorneys  for Michael  Lacey

BIENERT  | KATZMAN  PC
*s/ Whitney Z. Bernstein*
Thomas  H. Bienert,  Jr.
Whitney  Z. Bernstein
Attorneys  for James  Larkin

BIRD  MARELLA  BOXER  WOLPERT  NESSIM
DROOKS  LINCENBERG  AND RHOW PC
*s/ Ariel A. Neuman*
Gary S. Lincenberg
Ariel A. Neuman

Gopi K. Panchapakesan
Attorneys for Movant John Brunst

FEDER LAW OFFICE PA
*s/ Bruce Feder*
Bruce Feder
Attorneys for Movant Scott Spear

DAVID EISENBERG PLC
*s/ David Eisenberg*
David Eisenberg
Attorneys for Movant Andrew Padilla

JOY BERTRAND ESQ LLC
*s/ Joy Bertrand*
Joy Bertrand
Attorneys for Movant Joye Vaught

DANIEL J. QUIGLEY, PLC
*s/ Daniel J. Quigley*
Daniel J. Quigley
Attorneys for Movants Medalist Holdings, Inc.,
Leeward Holdings, LLC, Camarillo Holdings, LLC,
Vermillion Holdings, LLC, Cereus Properties, LLC,
and Shearwater Investments, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

*s/ Joy Faraj*
Joy Faraj
U.S. Attorney's Office