IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-18-00465-PHX-SMB |
|---|---|
| Plaintiff, | **ORDER CONTINUING HEARING ON ANCILLARY PROCEEDINGS** |
| v. | |
| Backpage.com, LLC, et al., | |
| Defendants. | |

The parties herein by and through their respective counsel of record have applied to this Court for an order continuing the status conference on the ancillary proceedings presently-scheduled for December 14, 2020 and setting a status conference for March 22, 2021, concurrent with the final pretrial conference in the related criminal trial, United States v. Michael Lacey, et al. No. CR-18-422-PHX-SMB.

The Court finds the parties have demonstrated sufficient good cause for a continuance at this time.

**IT IS HEREBY ORDERED** that the current status conference on the ancillary proceeding is continued, and a new status conference in this matter is set for March 22, 2021 at 9:00 a.m.

Dated this 2nd day of November, 2020.

_____
Honorable Susan M. Brnovich
United States District Judge