# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>Plaintiff<br>-vs-<br>Backpage.com LLC, et al.,<br>Defendants. | CR-18-0465-PHX-DJH<br><br>**Order** |

This matter was recently referred to the undersigned for consideration of the Petitions for Determination of Third Party Interest in Property Subject to Forfeiture (Docs. 28-40, 61, 62, 64-73) (collectively, the "Ancillary Proceeding"), and preparation of a report and recommendation thereon. (Order 1/7/22, Doc. 127.)

The Ancillary Proceedings had been set for a **status conference** before Judge Humetewa on January 11, 2022, which originated (with intervening continuances and changes of judge) with a conference set before Judge Brnovich for November 18, 2019, after the vacating of the earlier scheduled ancillary proceeding hearing. (Order 6/6/2019, Doc. 98.) The parties previously entered into a Stipulation (Doc. 125) for appearances by video conference. The Court concludes such Stipulation extended to any continuation of the status conference, and given the prior scheduling of a *telephonic* conference, that it extended to telephonic appearances.

The Court observes that the United States has provided a Status Report (Doc.124) in anticipation of the conference. The other parties are encouraged, but not required, to file their own **status reports** if they believe such may be of assistance to the Court.

**IT IS THEREFORE ORDERED**:

(A) Setting the Ancillary Proceedings for a status conference on **February 16, 2022** at 1:30 p.m. before the Hon. James F. Metcalf.

(B) The parties may appear telephonically. Dialing instructions will be provided to counsel via email. Parties may appear in person at the John M. Roll United States Courthouse, 98 West 1st Street, Yuma, AZ 85364.

(C) Any status reports to be considered must be filed no less than 3 days prior to the status conference.

Dated: January 12, 2022

18-0465o Order 22 01 07 re Status Conference.docx

James F. Metcalf
United States Magistrate Judge