IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Backpage.com, LLC, et al.,<br><br>　　　　　Defendants. | No. CR-18-00465-PHX-DJH-JFM<br><br>**[PROPOSED] ORDER STAYING ANCILLARY PROCEEDINGS** |

　　　　The parties herein by and through their respective counsel of record have applied to this Court for an order staying these ancillary proceedings until the conclusion of any trial in the related criminal matter captioned <u>United States v. Michael Lacey, et al</u>. No. CR 2:18-422-PHX-SMB.

　　　　The Court finds the parties have demonstrated sufficient good cause for a stay of these ancillary proceedings at this time.

　　　　IT IS HEREBY ORDERED, the ancillary proceedings in this action are stayed until the conclusion of a reset trial in Case No. CR 2:18-422-PHX-DJH; all scheduling orders and discovery and motion deadlines are vacated; and movants Lacey, Larkin, Brunst, and Spear shall not seek, before the conclusion of a reset trial after the resolution of the interlocutory appeal in Case No. CR 2:18-422-PHX-DJH (Ninth Circuit Case No. 22-10000), the release of any assets subject to the preliminary orders of forfeiture in this action

1  either through a *Monsanto* proceeding in Case No. CR 2:18-422-PHX-DJH or a motion for
2  release of only those assets in C.D.Cal. Case No. 18-cv-8420-RGK.

4  DATED this _____ day of _____, 2022.