**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br>Plaintiff<br>-vs-<br>Backpage.com, LLC, et al.,<br>Defendant. | CR-18-0465-PHX-DJH<br><br>**Order** |

The Government and third-party Petitioners Lacey, Larkin, Brunst, Spear, Padilla, Vaught, Medalist Holdings, Inc., Leeward Holdings, LLC, Camarillo Holdings, LLC, Vermillion Holdings, LLC, Cereus Properties, LLC, and Shearwater Investments, LLC, by and through their respective counsel of record, filed a Stipulation (Doc. 135) for an order staying the Ancillary Proceedings (Docs. 28-40, 61, 62, 64-73) until the conclusion of any trial in the related criminal matter captioned *United States v. Michael Lacey*, *et al.*, CR-18-0422-PHX-SMB.

Because not all third-party petitioners have joined in the stipulation, and in light of the number of parties and counsel involved in the Ancillary Proceedings, the Court will set a specific briefing schedule.

**IT IS THEREFORE ORDERED**:

(A) Any response to the Stipulation to Stay Ancillary Proceedings (Doc. 135) must be filed by **March 30, 2022**.

(B) Any reply must be filed by **April 6, 2022**.

Dated: March 17, 2022

18-0465o Order 22 03 17 re Sched on Stip Stay.docx

James F. Metcalf
United States Magistrate Judge

- 1 -