1  GARY M. RESTAINO
   United States Attorney
2  District of Arizona

3  KEVIN M. RAPP (Ariz. Bar No. 014249, kevin.rapp@usdoj.gov)
   MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
4  PETER S. KOZINETS (Ariz. Bar No. 019856, peter.kozinets@usdoj.gov)
   ANDREW C. STONE (Ariz. Bar No. 026543, andrew.stone@usdoj.gov)
5  Assistant U.S. Attorneys
   40 N. Central Avenue, Suite 1800
6  Phoenix, Arizona 85004-4408
   Telephone (602) 514-7500
7
   DAN G. BOYLE (N.Y. Bar No. 5216825, daniel.boyle2@usdoj.gov)
8  Special Assistant U.S. Attorney
   312 N. Spring Street, Suite 1400
9  Los Angeles, CA 90012
   Telephone (213) 894-2426
10
   NICOLE M. ARGENTIERI
11 Acting Assistant Attorney General
   Criminal Division, U.S. Department of Justice
12
   AUSTIN M. BERRY (Texas Bar No. 24062615, austin.berry2@usdoj.gov)
13 U.S. Department of Justice
   Child Exploitation and Obscenity Section
14 1301 New York Avenue, N.W., 11th Floor
   Washington, D.C. 20005
15 Telephone (202) 412-4136
   Attorneys for Plaintiff
16
                    IN THE UNITED STATES DISTRICT COURT
17
                         FOR THE DISTRICT OF ARIZONA
18

19    United States of America,                    No. CR-18-00465-PHX-DJH

20                         Plaintiff,
            vs.                                     **MOTION TO CONTINUE
21                                                     SENTENCING**

22    1-Backpage.com, LLC,                          **(Tenth Request)**
      2-Website Technologies, LLC,
23    3-Posting Solutions, LLC,
      4-Amstel River Holdings, LLC,
24    5-Ad Tech BV,
      6-UGC Tech Group CV,
25
                         Defendants.
26

27

28

1    The United States of America hereby requests this Court to continue the sentencing

2    currently set for March 25, 2024, at 10:30 a.m. for Defendants Backpage.com, LLC, et al.

3    to a date after August 6, 2024.

4         Counsel for defendants have no objection to this motion.

5         Respectfully submitted this 1st day of February, 2024.

6
                                        GARY M. RESTAINO
7                                       United States Attorney
                                        District of Arizona
8
                                        s/ Kevin M. Rapp
9                                       KEVIN M. RAPP
                                        MARGARET PERLMETER
10                                      PETER S. KOZINETS
                                        ANDREW C. STONE
11                                      Assistant U.S. Attorneys

12                                      DAN G. BOYLE
                                        Special Assistant U.S. Attorney
13
                                        NICOLE M. ARGENTIERI
14                                      Acting Assistant Attorney General
                                        Criminal Division, U.S. Department of Justice
15
                                        AUSTIN M. BERRY
16                                      U.S. Department of Justice
                                        Child Exploitation and Obscenity Section
17

18

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2        I hereby certify that on this same date, I electronically transmitted the attached

3   document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4   Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance

5   as counsel of record.

6

7   *s/ Daniel Parke*
    U.S. Attorney's Office
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28