IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>1-Backpage.com, LLC,<br>2-Website Technologies, LLC,<br>3-Posting Solutions, LLC,<br>4-Amstel River Holdings, LLC,<br>5-Ad Tech BV,<br>6-UGC Tech Group CV,<br><br>　　　　　　Defendants. | No.  CR-18-00465-PHX-DJH<br><br>**[PROPOSED] ORDER** |

　　　The Court having reviewed the Government's Motion to Continue Sentencing, there being no objection, and good cause appearing,

　　　**IT IS ORDERED** granting the Motion to Continue Sentencing.

　　　**IT IS FURTHER ORDERED** continuing the Sentencing from March 25, 2024, to _____ at _____.