GARY M. RESTAINO
United States Attorney
District of Arizona

KEVIN M. RAPP (Ariz. Bar No. 014249, kevin.rapp@usdoj.gov)
MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
PETER S. KOZINETS (Ariz. Bar No. 019856, peter.kozinets@usdoj.gov)
JOSEPH BOZDECH (CA Bar No. 303453, Joseph.Bozdech@usdoj.gov)
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

NICOLE M. ARGENTIERI
Acting Assistant Attorney General
Criminal Division, U.S. Department of Justice

AUSTIN M. BERRY (Texas Bar No. 24062615, austin.berry2@usdoj.gov)
U.S. Department of Justice
Child Exploitation and Obscenity Section
1301 New York Avenue, NW, 11th Floor
Washington, D.C. 20005
Telephone (202) 412-4136
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-18-00465-PHX-DJH |
| Plaintiff, | **NOTICE OF DISASSOCIATION OF COUNSEL** |
| vs. | |
| 1-Backpage.com, LLC,<br>2-Website Technologies, LLC,<br>3-Posting Solutions, LLC,<br>4-Amstel River Holdings, LLC,<br>5-Ad Tech BV,<br>6-UGC Tech Group CV, | |
| Defendant. | |

NOTICE is hereby given that Assistant United States Attorney Peter Kozinets is withdrawing as counsel of record for the United States, all other counsel for the United States remains the same.

///

Respectfully submitted this 15th day of January, 2025.

        GARY M. RESTAINO
        United States Attorney
        District of Arizona

        NICOLE M. ARGENTIERI
        Acting Assistant Attorney General
        Criminal Division, U.S. Department of Justice

        *s/Peter S. Kozinets*
        PETER S. KOZINETS
        KEVIN M. RAPP
        MARGARET PERLMETER
        JOSEPH BOZDECH
        Assistant U.S. Attorneys

        AUSTIN BERRY
        Trial Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of January, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants who have entered their appearance as counsel of record.

*s/D. Parke*
U.S. Attorney's Office