GARY M. RESTAINO
United States Attorney
District of Arizona

KEVIN M. RAPP (Ariz. Bar No. 014249, kevin.rapp@usdoj.gov)
MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)
JOSEPH BOZDECH (CA Bar No. 303453, joseph.bozdech@usdoj.gov)
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

ANTOINETTE T. BACON
Supervisory Official for the Criminal Division
Criminal Division, U.S. Department of Justice

AUSTIN M. BERRY (Texas Bar No. 24062615, austin.berry2@usdoj.gov)
U.S. Department of Justice
Child Exploitation and Obscenity Section
1301 New York Avenue, N.W., 11th Floor
Washington, D.C. 20005
Telephone (202) 412-4136
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, <br><br> Plaintiff, <br><br> vs. <br><br> 1-Backpage.com, LLC, <br> 2-Website Technologies, LLC, <br> 3-Posting Solutions, LLC, <br> 4-Amstel River Holdings, LLC, <br> 5-Ad Tech BV, <br> 6-UGC Tech Group CV, <br><br> Defendants. | No. CR-18-00465-PHX-DJH <br><br> **MOTION TO CONTINUE SENTENCING** <br><br> **(Twelfth Request)** |

The United States of America hereby requests this Court to continue the sentencing currently set for March 3, 2025, at 11:00 a.m. for Defendants Backpage.com, LLC, et al. for a period of six months. The United States has filed a Motion to Continue Sentencing in the case of *United States v. Carl Ferrer,* CR-18-00464-001-PHX-DJH (Doc. 155) and believes that the sentencing for the Defendants in Backpage.com, LLC, et al. should be

combined with Ferrer's sentencing because he is the representative of the Backpage.com entities. It makes sense to sentence both Ferrer and the entities in a single sentencing hearing.

Counsel for defendants have no objection to this motion.

Respectfully submitted this 3rd day of February, 2025.

> GARY M. RESTAINO
> United States Attorney
> District of Arizona
>
> *s/ Kevin M. Rapp*
> KEVIN M. RAPP
> MARGARET PERLMETER
> JOSEPH BOZDECH
> Assistant U.S. Attorneys
>
> ANTOINETTE T. BACON
> Supervisory Official for the Criminal Division
> Criminal Division, U.S. Department of Justice
>
> AUSTIN M. BERRY
> U.S. Department of Justice
> Child Exploitation and Obscenity Section

**CERTIFICATE OF SERVICE**

I hereby certify that on this same date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

*s/ D. Parke*
U.S. Attorney's Office