IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No.  CR-18-00465-PHX-DJH |
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER** |
| 1-Backpage.com, LLC,<br>2-Website Technologies, LLC,<br>3-Posting Solutions, LLC,<br>4-Amstel River Holdings, LLC,<br>5-Ad Tech BV,<br>6-UGC Tech Group CV, | |
| Defendants. | |

The Court having reviewed the Government's Motion to Continue Sentencing, there being no objection, and good cause appearing,

**IT IS ORDERED** granting the Motion to Continue Sentencing.

**IT IS FURTHER ORDERED** continuing the Sentencing from March 3, 2025, to _____ at _____.