| | |
|---|---|
| 1 | TIMOTHY COURCHAINE |
| 2 | United States Attorney<br>District of Arizona |
| 3 | KEVIN M. RAPP (Ariz. Bar No. 014249, kevin.rapp@usdoj.gov) |
| 4 | MARGARET PERLMETER (Ariz. Bar No. 024805, margaret.perlmeter@usdoj.gov)<br>JOSEPH BOZDECH (CA Bar No. 303453, joseph.bozdech@usdoj.gov) |
| 5 | Assistant U.S. Attorneys<br>40 N. Central Avenue, Suite 1800 |
| 6 | Phoenix, Arizona 85004-4408<br>Telephone (602) 514-7500 |
| 7 | NICOLE M. ARGENTIERI |
| 8 | Acting Assistant Attorney General<br>Criminal Division, U.S. Department of Justice |
| 9 | AUSTIN M. BERRY (Texas Bar No. 24062615, austin.berry2@usdoj.gov) |
| 10 | U.S. Department of Justice<br>Child Exploitation and Obscenity Section |
| 11 | 1301 New York Avenue, N.W., 11th Floor<br>Washington, D.C. 20005 |
| 12 | Telephone (202) 412-4136<br>*Attorneys for Plaintiff* |
| 13 | Attorneys for Plaintiff |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>1-Backpage.com, LLC,<br>2-Website Technologies, LLC,<br>3-Posting Solutions, LLC,<br>4-Amstel River Holdings, LLC,<br>5-Ad Tech BV,<br>6-UGC Tech Group CV,<br><br>Defendants. | CR-18-00465-PHX-DJH<br><br>**NOTICE OF<br>DISASSOCIATION OF COUNSEL** |

NOTICE is hereby given that Assistant United States Attorney Margaret Perlmeter is withdrawing as counsel of record for the United States, all other counsel for the United States remains the same.

Respectfully submitted this 24th day of June, 2025.

> TIMOTHY COURCHAINE
> United States Attorney
> District of Arizona
>
> NICOLE M. ARGENTIERI
> Acting Assistant Attorney General
> Criminal Division, U.S. Department of Justice
>
> *s/ Kevin M. Rapp*
> KEVIN M. RAPP
> MARGARET PERLMETER
> PETER KOZINETS
> Assistant U.S. Attorneys
>
> AUSTIN M. BERRY
> Trial Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of June, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants who have entered their appearance as counsel of record.

*s/Daniel Parke*
U.S. Attorney's Office