DAVID L. BOTSFORD (Texas Bar No. 02687950, dbotsford@aol.com)
Botsford & Roark
1307 West Avenue
Austin, Texas 78701
Telephone (512) 479-8030
Fax (512) 479-8040

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
PHOENIX DIVISION

| | | |
|---|---|---|
| United States of America, | § | NO. 2:18-cr-00465-DJH |
| | § | |
| Plaintiff, | § | |
| VS. | § | |
| | § | |
| 1. Backpage.com, LLC, | § | |
| 2. Website Technologies, LLC, | § | |
| 3. Posting Solutions LLC, | § | |
| 4. Amstel River Holdings, LLC, | § | |
| 5. Ad Tech BV, | § | |
| 6. UGC Tech Group C.V. | § | |

**OBJECTIONS TO THE PRESENTENCE INVESTIGATION REPORT**

TO THE HONORABLE DIANE J. HUMETEWA, U.S. District Judge:

Pursuant to Rule 32(f), Fed. R. Crim. P., and notwithstanding that the six presentence investigation reports (PSR's) prepared by Mr. Darren Streich, Senior U.S. Probation Officer are excellent and almost 100% accurate, the six corporate defendants must respectfully object to the following numbered paragraphs of their respective PSR's in order to clarify and/or more accurately reflect their respective

contents:

**Objection #1**: The defendants respectfully object to the last clause of the last sentence in **paragraph #13**[1] -- which states **"...and converting customer payments and the proceeds of Backpage's business into cryptocurrency"** -- on that basis that the company did not "convert customer payments and the proceeds of Backpage's business into cryptocurrency." Rather, Backpage added the option (on its website) to allow payments to be made cryptocurrency. Accordingly, it would be more accurate to delete the above quoted (and highlighted) language and substitute in lieu thereof the following" "...and receiving customer payments in cryptocurrency."

**Objection #2**: The defendants respectfully object to the first sentence in **paragraph #16**[2] -- which states "By 2000, the internet was a growing technology, and www.craigslist.com, hereafter referred to as Craigslist, was a popular website" -- on the basis that "www.craigslist**.com**" should

---

[1] This language is not in paragraph #13 in the PSR relating to UGC Tech Group C.V.; rather, it is included in paragraph #14 as to UGC Tech Group C.V..

[2] This language is not in paragraph #16 in the PSR relating to UGC Tech Group C.V.; rather, it is included in paragraph #17 as to UGC Tech Group C.V..

be "www.craigslist.**org**."

**Objection #3**: The defendants respectfully object to the next to last sentence in **paragraph #17**[3] -- which states "On Backpage, the only advertising category which required a payment to post an advertisement at this time was on `Female Escorts.'" -- on the basis that "it would be more accurate to state "On Backpage, the only advertising categories which required a payment to post an advertisement at this time were `Female Escorts,' `Body Rubs,' and `Massage.'"

**Objection #4**: The defendants respectfully object to the last portion of the last sentence in **paragraph #115**[4] -- which states "...and they spread payments from EMP across other banks, including Borgun and Bank Frick, in Liechenstein" -- on the basis that the sentence will be more accurate if it is modified to state "including Borgun in Iceland and Bank Frick in Liechtenstein."

---

[3] This language is not in paragraph #17 in the PSR relating to UGC Tech Group C.V.; rather, it is included in paragraph #18 as to UGC Tech Group C.V..

[4] This language is not in paragraph #115 in the PSR relating to UGC Tech Group C.V.; rather, it is included in paragraph #116 as to UGC Tech Group C.V..

WHEREFORE, PREMISES CONSIDERED, all six corporate defendants respectfully pray that Mr. Streich consider the foregoing objections and revise these small portions of the PSRs to make them more accurate and/or that the Court address these during the sentencing hearing.

Respectfully submitted,

/s/DAVID L. BOTSFORD
DAVID L. BOTSFORD
State Bar No. 02687950
Botsford & Roark
1307 West Avenue
Austin, Texas 78701
512-479-8019: Telephone
512-479-8040: Fax
dbotsford@aol.com: Email

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was emailed to Mr. Darren Streich, Senior U.S. Probation Officer and Mr. Kevin Rapp, counsel for the Government, at the time it was filed with the CMECF system.

/s/DAVID L. BOTSFORD
DAVID L. BOTSFORD