DAVID L. BOTSFORD (Texas Bar No. 02687950, dbotsford@aol.com)
Botsford & Roark
1307 West Avenue
Austin, Texas 78701
Telephone (512) 479-8030
Fax (512) 479-8040

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
PHOENIX DIVISION

| United States of America, | § | NO. 2:18-cr-00465-DJH |
|---|---|---|
| | § | |
| Plaintiff, | § | |
| VS. | § | |
| | § | |
| 1. Backpage.com, LLC, | § | |
| 2. Website Technologies, LLC, | § | |
| 3. Posting Solutions LLC, | § | |
| 4. Amstel River Holdings, LLC, | § | |
| 5. Ad Tech BV, | § | |
| 6. UGC Tech Group C.V. | § | |

**STATEMENT REGARDING SENTENCING**

TO THE HONORABLE DIANE J. HUMETEWA:

Pursuant to the Court's July 15, 2025 order, *see* Dkt.#161, the six corporate defendants timely submit this statement regarding the sentencing hearing scheduled for September 9, 2025.

Undersigned counsel believes that virtually all of the assets of each of the six

corporate defendants have been forfeited[1] and that restitution has been ordered in a related case (i.e., 2:18-cr-00422-DJH).[2]  Additionally, the parties intended each of these corporate entities to cease to exist and operate following the entry of their respective guilty pleas on April 5, 2018. Accordingly, undersigned counsel agrees with the recommendation contained in each of the PSR's that a "terminal disposition with an entry of a judgement of guilt" is appropriate,[3] along with the imposition of the statutorily mandated $400 special assessment (as to each of the six corporate defendants).

Respectfully submitted,

/s/DAVID L. BOTSFORD
DAVID L. BOTSFORD
State Bar No. 02687950
Botsford & Roark
1307 West Avenue
Austin, Texas 78701
512-479-8019: Telephone
512-479-8040: Fax
dbotsford@aol.com: Email

---

[1] Forfeiture was agreed to, as set forth in each of the six respective plea bargain agreements.

[2] Undersigned counsel believes the government can and will confirm undersigned counsel's belief regarding forfeiture and restitution.

[3] *See* Dkt.#162 at 41, 42; Dkt.#163 at 40, 41; Dkt.# at 39, 40; Dkt.#164 at 39, 40; Dkt.#165 at 39, 40; Dkt.#166 at 39, 40; and Dkt.#167 at 40, 41.

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document was emailed to Mr. Kevin Rapp, counsel for the Government, at the time it was filed with the CMECF system.

/s/DAVID L. BOTSFORD
DAVID L. BOTSFORD
