TIMOTHY COURCHAINE
United States Attorney
District of Arizona

KEVIN M. RAPP
Assistant United States Attorney
Arizona State Bar No. 014249
JOSEPH F. BOZDECH
Assistant United States Attorney
California State Bar No. 303453
Two Renaissance Square
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
Emails: kevin.rapp@usdoj.gov
         joseph.bozdech@usdoj.gov
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR-18-00465-PHX-DJH |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATED STATEMENT OF FACTS IN SUPPORT OF SECOND STIPULATD MOTION TO AMEND THE PRELIMINARY ORDER OF FORFEITURE** |
| 1   Backpage.com, LLC,<br>2   Website Technologies, LLC,<br>3   Posting Solutions LLC,<br>4   Amstel River Holdings, LLC,<br>5   Ad Tech BV,<br>6   UGC Tech Group C.V., | |
| Defendants. | |

Plaintiff United States of American and Defendants Backpage.com, LLC; Website Technologies, LLC; Posting Solutions, LLC; Amstel River Holdings, LLC; Ad Tech BV; and UGC Tech Group BV (collectively "Defendants"), have identified the following accounts as containing proceeds of specified unlawful activity which were transferred by Defendants in furtherance of the conspiracy to violate money laundering laws to which Defendants have pleaded guilty. As such, the United States and Defendants agree that the funds in these accounts are subject to forfeiture pursuant to 18 U.S.C. § 982(a)(1) as

property involved in the money laundering offense to which Defendants have pleaded guilty. Defendants agree to affirmatively waive any defense to the forfeiture under any provision of law, including 18 U.S.C. § 1957(f)(1).

Specifically, the funds held in Account Number ending in 4473, in the name of UniversAds, at Rabobank, are ultimately owned by Backpage.com through UniversAds. UniversAds BV, a Dutch entity, is a third-party affiliate to Backpage.com. It is not owned by Backpage.com, but it has or had an agreement with Defendant Ad Tech BV to receive payments for Backpage.com services from Backpage.com's customers. Backpage.com is the ultimate beneficiary of the proceeds obtained by Ad Tech BV. Transfers to the account were used to conceal that Backpage.com was the source of those funds and to fool credit card companies into believing that the charges were incurred on different websites. The funds transferred into the accounts were proceeds of a specified unlawful activity as defined in 18 U.S.C. § 1956(c)(7).

The funds held in Account Number ending in 4431, in the name of OLIST OÜ at AS LHV Pank, are ultimately owned by Backpage.com through OLIST OÜ. OLIST OÜ, an Estonian entity, has or had an arrangement with Defendant Ad Tech BV to receive payments for Backpage.com services from Backpage.com's customers. Backpage.com is the ultimate beneficiary of the proceeds obtained by Ad Tech BV. Transfers to the account were used to conceal that Backpage.com was the source of those funds and to fool credit card companies into believing that the charges were incurred on different websites. The funds transferred into the accounts were proceeds of a specified unlawful activity as defined in 18 U.S.C. § 1956(c)(7).

Respectfully submitted this 3rd day of September, 2025.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*s/Joseph F. Bozdech*
JOSEPH F. BOZDECH
KEVIN RAPP
Assistant U.S. Attorneys

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Attorneys for Plaintiff
UNITED STATES OF AMERICA


*s/David L. Botsford (per e-mail confirmation)*
DAVID L. BOTSFORD
State Bar No. 02687950
Botsford & Roark
1307 West Avenue
Austin, Texas 78701
512-479-8019: Telephone
512-479-8040: Fax
dbotsford@aol.com: Email
Attorney for Defendants
Backpage.com, LLC (Defendant #1)
Website Technologies, LLC (Defendant #2)
Posting Solutions, LLC (Defendant #3)
Amstel River Holding, LLC (Defendant #4)
Ad Tech BV (Defendant #5)
UGC Tech Group BV (Defendant #6)

# CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of September 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing a copy to the following CM/ECF registrants:

David Botsford
*Counsel for Defendant*

 *s/Victoria Tiffany*
U.S. Attorney's Office