IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>vs.<br><br>1  Backpage.com, LLC,<br>2  Website Technologies, LLC,<br>3  Posting Solutions LLC,<br>4  Amstel River Holdings, LLC,<br>5  Ad Tech BV,<br>6  UGC Tech Group C.V.,<br><br>  Defendants. | CR-18-00465-PHX-DJH<br><br>**SECOND STIPULATED AMENDMENT TO THE PRELIMINARY ORDER OF FORFEITURE** |

Defendants Backpage.com, LLC; Website Technologies, LLC; Posting Solutions, LLC; Amstel River Holdings, LLC; Ad Tech BV; and UGC Tech Group BV (collectively "Defendants") have pleaded guilty to conspiring to violate the money laundering laws in violation of 18 U.S.C. § 1956(h) and have agreed to the forfeiture of all property involved in that offense pursuant to 18 U.S.C. § 982(a)(1). On May 16, 2018, the Court entered a Preliminary Order of Forfeiture pursuant to Rule 32.2(b) directing the Defendants to forfeit certain property. Doc. 22. The Preliminary Order expressly provided that the court would retain jurisdiction to amend the order pursuant to Rule 32.2(e) as necessary to include any additional property that might be subject to forfeiture in connection with the offense on which the Defendant has been convicted. *Id*. at 25. On October 18, 2018, the Court granted the Parties' first stipulated motion to amend the Preliminary Order of Forfeiture, and amended the Order to include forfeiture of additional accounts containing property subject

to forfeiture and to correct a clerical error. Doc. 44.

The Parties now have again jointly move the Court to amend the Preliminary Order of Forfeiture to include additional property that is subject to forfeiture. The Court finds, based on the Parties' Stipulated Statement of Facts in Support of the Second Stipulated Motion to Amend the Preliminary Order of Forfeiture, that the following assets are proceeds of a specified unlawful activity as defined in at 18 U.S.C. § 1956(c)(7), and were involved in the money laundering offense to which the Defendants have pleaded guilty.

Accordingly, IT IS HEREBY ORDERED that the Preliminary Order of Forfeiture, as amended, is further amended to include the following assets as property involved in the money laundering conspiracy to which the Defendants have pleaded guilty and shall be forfeited to the United States:

- All funds held in Account Number ending in 4473, in the name of UniversAds, at Rabobank; and
- All funds held in Account number ending in 4431, in the name of OLIST OÜ at AS LHV Pank.

All other provisions of the Preliminary Order of Forfeiture, including the provisions relating to the adjudication of third party claims to the forfeited property, shall remain in effect.

IT IS SO ORDERED.