✎AO 435
AZ Form (Rev. 10/2023)

Administrative Office of the United States Courts

**TRANSCRIPT ORDER**

**FOR COURT USE ONLY**
DUE DATE:

| | | |
|---|---|---|
| 1. NAME: Matthew Capoccia | 2. PHONE NUMBER: 214.698.3249 | 3. DATE: 9/9/2025 |
| 4. FIRM NAME: GIBSON, DUNN & CRUTCHER LLP | | |
| 5. MAILING ADDRESS: 2001 Ross Avenue, Suite 2100 | 6. CITY: Dallas | 7. STATE: TX / 8. ZIP CODE: 75201 |
| 9. CASE NUMBER: 2:18-cr-00465-DJH-1 | 10. JUDGE: Diane J. Humetewa | DATES OF PROCEEDINGS: 11. 9/9/2025  12. |
| 13. CASE NAME: USA v. Backpage.com, LLC | LOCATION OF PROCEEDINGS: 14. CITY: Phoenix  15. STATE: Arizona | |

**16. ORDER FOR**
- [ ] APPEAL
- [x] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [ ] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER (Specify)

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☒ SENTENCING | 9/9/2025 | Full Transcript | 9/9/2025 |
| ☐ BAIL HEARING | | | |

**18. ORDER**

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30-Day (Ordinary) | ☐ | ☐ | | ☐ PAPER COPY | |
| 14-Day Transcript | ☐ | ☐ | | | |
| 7-Day (Expedited) | ☐ | ☐ | | ☒ PDF (e-mail) | |
| 3-Day Transcript | ☐ | ☐ | | | |
| Next-Day (Daily) | ☐ | ☒ | | ☐ ASCII (e-mail) | |
| 2-Hour (Hourly) | ☐ | ☐ | | | |
| Realtime Transcript | ☐ | ☐ | | E-MAIL ADDRESS: MCapoccia@gibsondunn.com | |

CERTIFICATION (19. & 20.) By signing below, I certify that I will pay all charges (deposit plus additional).

**NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.**

19. SIGNATURE: /s/ Matthew Capoccia

20. DATE: 9/9/2025

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | |
|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

**DISTRIBUTION:**   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY