TIMOTHY COURCHAINE
United States Attorney
District of Arizona

KEVIN M. RAPP
Assistant United States Attorney
Arizona State Bar No. 014249
JOSEPH F. BOZDECH
Assistant United States Attorney
California State Bar No. 303453
Two Renaissance Square
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
Email: kevin.rapp@usdoj.gov
joseph.bozdech@usdoj.gov
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR-18-00465-PHX-DJH |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE REGARDING PENDING FORFEITURE MOTIONS AND PETITIONS** |
| 1  Backpage.com, LLC,<br>2  Website Technologies, LLC,<br>3  Posting Solutions LLC,<br>4  Amstel River Holdings, LLC,<br>5  Ad Tech BV,<br>6  UGC Tech Group C.V., | |
| Defendants. | |

Plaintiff United States of American and Defendants Backpage.com, LLC; Website Technologies, LLC; Posting Solutions, LLC; Amstel River Holdings, LLC; Ad Tech BV; and UGC Tech Group BV, have jointly reviewed the docketed forfeiture-related motions and petitions in this matter. The Parties agree that all Petitions, Docs. 28-40, and Supplemental Petitions, Docs. 61-73, were withdrawn either upon the entry of the civil forfeiture settlement in the related case filed in the Central District of California, *United States v. $1,546,076.35 in Bank Funds*, No. CV 18-08420-RGK, or by operation of Daniel

Hyer's plea agreement accepted by the Court in *United States v. Lacey*, No. CR-18-422-PHX-DJH. Petitioner Michael Lacey's Motion to Reconsider Order Graning Government's Motion to Amend/Correct and Supplement Preliminary Order of Forfeiture, Doc. 45, remains pending. Given, however, that Petitioner Lacey's petition has been withdrawn, this motion is moot. The government has contacted Petitioner Lacey's counsel, Erin McCampbell Paris, who agrees that the motion is moot. Accordingly, there are no pending petitions or motions related to forfeiture.

Respectfully submitted this 23rd day of September, 2025.

            TIMOTHY COURCHAINE
            United States Attorney
            District of Arizona

            *s/Joseph F. Bozdech*
            JOSEPH F. BOZDECH
            KEVIN RAPP
            Assistant U.S. Attorneys

            Attorneys for Plaintiff
            UNITED STATES OF AMERICA

            *s/David L. Botsford (per e-mail confirmation)*
            DAVID L. BOTSFORD
            State Bar No. 02687950
            Botsford & Roark
            1307 West Avenue
            Austin, Texas 78701
            512-479-8019: Telephone
            512-479-8040: Fax
            dbotsford@aol.com: Email
            Attorney for Defendants
            Backpage.com, LLC (Defendant #1)
            Website Technologies, LLC (Defendant #2)
            Posting Solutions, LLC (Defendant #3)
            Amstel River Holding, LLC (Defendant #4)
            Ad Tech BV (Defendant #5)
            UGC Tech Group BV (Defendant #6)

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of September 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing a copy to the following CM/ECF registrants:

David Botsford
*Counsel for Defendant*

 *s/Victoria Tiffany*
U.S. Attorney's Office